| | |
|---|---|
| 1 | Bouazza ouaziz |
| 2 | 1909 QUENTIN RD APT 6D |
| 3 | BROOKLYN, NEW YORK 11229 |
| 4 | PHONE N:6465755858 |
| 5 | EMAIL: aitbouzzauit@gmail.com |

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★   NOV 14 2022   ★

LONG ISLAND OFFICE

UNITED STATE DISTRICT COURT

ESTERN   DISTRICT OF NEW YORK

Bouazza ouaziz

Plaintiff

**CV 22 6934**

VS

**GUJARATI, J.**

Congresswoman Yvette Clarke

individually ;

**HENRY, M.J.**

New York city, new York;                    case number:

KEECHANT Sewell individually          civil action

as chief of the New York city police    jury demand

department; Robert Rodríguez police officer

; Erin j Blum police officer; Duran police

1

1   Officer; police sergeant Rosa

2   individually and he official capacity

3   as New York city police officers,

4    DOES individuals I-x Individually and

5   official capacity; all police officers

6   I -X in 62 precent and 61 precent in Brooklyn

7   Individually and official capacity

8    Jointly and severally; Jessica S. Tish individually as

9   commissioner of department of sanitation and

10   Richard Taylor individually and official

11   capacity as employee of department of sanitation

12   NYC; doctor weal elwadary

13   individually and his capacity; Judge Carolina

14    Cohen king's county municipal court

15   individually and personal capacity

16    and her official capacity; judge Gregory

17   gliedman judge in Richmond county

18    individually and personal capacity and

19   official capacity; Gregory gorodetsky law firm

20    private entity and its attorney Gregory c.

21    goroditsky attorney Individually and his

22   capacity; Chung Kathrine individually and her

23    capacity; Orlando ross and Eli slaving as

24   representatives of Yevette Clarke

25    Brooklyn office individually and their capacity;

1    Dimitry Kolker individually and his

2    personal capacity; lilmor management LLC and realty 1909 llc,

3    and it worker David manger and super bechoy and his wife and

4    assistance super wehbi and individually and their capacity;

5    Rivera  manager of united post office in bath avenue

6    Brooklyn New York individually and her

7    official capacity; optimum cable company ,

8    consolidated conEdson company of New York, Inc;

9    William carr psyd In coney island hospital individually

10    and capacity; timothy Taylor individually and capacity.

11    Coney Island hospital and its doctors nurses I-X individually

12    And personal capacity; best western hotel and its workers

13    i-x individually and capacityall defendant jointly and severally.

14    all defendant jointly and severally as conspirators,

15    accessories, accomplices, facilitators, attempters, seditious

16    and provocative, auditor  and abettors

17

18                        Defendants

19

20

21        Come now the plaintiff, Bouazza  ouaziz by and for his claims for relief

22    against defendants, and each of them, jointly and severally, based upon knowledge,

23    information, and reasonable belief derived therefrom, allege, complain, and state as

24    follow:

25

*3*

JURIDICTION AND VENUE

1.This court has subject matter jurisdiction pursuant to 28 U.S.C  1331 and 1343 over plaintiff's cause of action arising under 42 U.S.C 1983 and due to the deprivation of rights, privilege, and immunity secured to plaintiff under the first, third, fourth, fifth, eight, ninth and fourteenth amendment to the United States constitution.

2. this court has subject matter jurisdiction pursuant to Bivens v. six unknown named agents of the federal bureau of narcotics ,403 U.S .388(1971). The court has jurisdiction over this action pursuant to 28 U.S.C 1331 and 2201.

3. this court has supplemental jurisdiction over plaintiff cause of action arising and New York State law pursuant to 28 U.S.C 1367

4.venue lies in eastern division of united states District Court of district of New York pursuant to 28U.S.C 1391(a) (1) and 28 U.S.C 1391(b)(2) because one or more defendants is a political subdivision in the state of New York, and because the underlying act, omission, events, injuries and related facts upon which the present action is based occurred in Brooklyn, New York.

PARTIES

5.plaintiff Bouazza  ouaziz  is, and always herein mentioned was a united state neutralized since 2014, and all time is a resident of New York, and he married to defendant Noura el Ghazoini (defendant in civil lawsuit in district of new jersey )March 14,2019, and we lived for less than 20 days in Jersey City and plaintiff filed for annulment in Hudson County since September 18, 2019, plaintiff Bouazzza ouaziz  is a resident of Brooklyn New York.

4

4. defendant Yevette Diana Clarke is an American politician serving as U.S representative for new York's 9th congressional district, defendant Yevette Clarke has power as united state member of legislative power under article 1 of the constitution and took oath and may be second oath if she served in the army to support and defend the constitution of the united states of America including amendment of the constitution which designed to protect citizen rights and liberties , and defendant Yevette Clarke acted throughout her representatives in Brooklyn office and ultra-vires beyond her legislative power to violate plaintiff rights and liberties which already she sworn to protect and she acted through it agent Orlando ross and Eli slavin and conspired under color of law to facilitate crimes against plaintiff and his girlfriend by helping other defendant to barbarous crimes against plaintiff and involved in fraud and attempt to defraud united states of America and destroy plaintiff life and liberties and plaintiff constitution rights, and aided and abetted crimes against plaintiff and his girlfriend , defendant Yevette Clarke acted alongside NYC and NYPD local and alongside defendant caroline cohen and defendant Gregory gliedman as local official to interference with my constitution rights and my equal protection of law and due process and committed treason and all time relevant to this incidents and she sued individually ,and she may be served in her office in Washington dc .

6. defendant Orlando ross is a representative of congresswoman Yevette Clarke in Brooklyn office, and sued individually and his capacity, and he may be served in his place of work 222 Lenox Avenue Brooklyn New York 11209

7. defendant ELI SLAVIN is a representative of congresswoman Yevette Clark in Brooklyn office, he is sued in this action individually and personal capacity, he may serve in his place of work .222 Lenox Avenue Brooklyn, New York ,11209.

5

1    8.defendant city of New York is a governmental entity organized and existing

2    under the laws of New York state and is political entity of the state of New York.

3    9.always, defendant city of New York is governmental entity organized and

4    existing under laws of New York state

5    10. all time defendant of New York city possessed the power and authority to

6    adopt policies and prescribe rules, regulation, and practices and policies, affecting all

7    facets of the hiring, training, supervision, control, employment, assignment and

8    removal of individual member of the New York city police department (hereinafter

9    "NYPD").in this case, defendant city of New York acted through agents, employees,

10   and servants, including its policymakers, and through defendant KEECHANT

11   SEWELL

12   11.defendant KEECHANT SEWEL was always relevant to this action the

13   commissioner of NYPD, she is sued in this action as an individual.

14   12.defendant Robert Rodríguez is a police officer is and was all times

15   relevant to this action, police officer employed by city of New York ,is sued in both

16   their individual and official capacity.

17   13.defendant police Rodriguez rosa police internal affairs bureau Manhattan

18   New York, is and was always relevant to this action, policer employed by city of

19   New York and member OF NYPD to investigate police misconduct, and he is sued

20   in both their individual and official capacity,

21   14. defendant Duren is police officer NYPD is and was all time relevant to

22   this this action, officer employed by city of New York is sued in both individually

23   and his official capacity,

15. defendant Erin j Blum is a police officer NYPD is and was all time relevant to this action, officer employed by city of New York and is sued individually and official capacity

16. defendant Richard  Taylor is a step son of defendant timothy Taylor  is employee of department of sanitation is and all time relevant to this action, worker employed by city of New York and is sued individually and his official capacity,

17. defendant judge Caroline Cohen is a New York city elected judge to civil court which has jurisdiction over action and proceeding for the recovery of money and chattels; foreclosures of mechanics, liens and liens on personal property up to 25.000, exclusive of costs and interest; summery proceeding to recover possession of real property, and to remove tenants therefrom: and unlimited jurisdiction to enter judgement upon a counterclaim for recovery of money.N.Y.CONST.ART.6,15. (b).

18. judge Caroline Cohen conspired with  no jurisdiction of subject matter over my case (protection order in new York state family court kings county )in with other defendant under color of law to deprive plaintiff equal protection of law and due process, and aid and abet crimes ,defendant judge Caroline Cohen conspiracy is the cause of plaintiff violation of constitution rights and continuation of crime against plaintiff , defendant judge Caroline Cohen has no jurisdiction of subject matter over my case , defendant Caroline Cohen changed her name just to win election to sabotage justice in this great nation and to destroy America dream which is build on independence of judicial branch ,judge Caroline Cohen all time is relevant to this action and she sued individually and her official capacity and she may serve in her place of work in Brooklyn new York .

19. defendant judge Gregory gliedman is a support magistrate judge for the family court of the city of new York in Richmond county ,he was appointed to the family

7

1   court by mayor bill de Blasio in 2019,judge Gregory gliedman  has no personal

2   jurisdiction over plaintiff bouazza ouaziz , and no request from petitioner nor

3   respondent to move venue ,judge Gregory gliedman conspired under color of law

4   and jumped where doesn't have no personal jurisdiction intentionally and wonton

5   and willfully  to conspiracy to violate plaintiff equal protection of law and due

6   process and conspiracy to aid and abet crimes and to obstruct justice and denial

7   justice and obstruct subpoenas and obstruct services to respondent  ,defendant

8   Gregory gliedman conspiracy as judge with NYC and NYPD (executive branch )and

9   Yevette Clarke (legislative branch ) =violation of separation of power and

10  independence of judicial branch was the cause of violation of plaintiff constitution

11  rights and continuation of crimes against plaintiff and his girlfriend ,and cause of

12  attempt to kill plaintiff and assault of plaintiff  ,defendant Gregory gliedman all time

13  relevant to this lawsuit and may be served in his place of work in Richmond county ,

14      20.defendant Jessica S. Tisch was always relevant to this action the as

15  commissioner of department of sanitation , she is sued in this action as an individual

16  and she may served in her place of work .

17      21. defendant Richard Taylor as worker of department of sanitation NYC

18  involved in conspiracy with other defendant to commit crimes against plaintiff from

19  February 2020 to April 2021,and helping other defendant to knock out plaintiff and

20  assault him , defendant Richard Taylor is all time relevant to this lawsuit and may be

21  served in residency in Staten island ,

22      22.does 1-10 are fictitious names for employees, agents and /or servants of city

23  of New York, and does 11-20 are fictitious names for employees, agents, and /or

24  servants of city of New York. Plaintiff. are ignorant of the true names and capacities

25  of defendants sued herein as DOES, and therefore sue these defendants by such

1   fictitious names .plaintiff are informed ,believe ,and thereon allege that each of the

2   fictitiously named defendants is legally responsible ,either intentionally ,negligently

3   ,or in some other actionable manner ,for the events and happening hereinafter

4   referred to ,and thereby legally caused the injuries ,damages and violations and/or

5   deprivation of rights and/or conspired to deprivation of rights and/or attempt to

6   deprivation of rights ,and /or facilitate deprivation of rights ,

7        23. the reason why plaintiff are ignorant of the true names and capacities of

8   defendants herein sued as DOES is that the same have been unascertainable as of the

9   date of filing this complaint, due to the fact that these DOES  , sergeants ,lieutenant

10  ,captains ,commanders ,deputy chiefs ,and /or civilian employees agents ,policy

11  makers and representatives of NYPD ,or employees ,agents ,and /or representatives

12  of defendant city of CITY new York and/or other state political entities .as such

13  ,many records of these individuals are protected by state statutes and can only be

14  ascertained through the discovery process .

15       24.plaintiff informed ,believe ,and thereon allege that all defendants were the

16  agents ,employees ,and/or co-conspirators and/or facilitators of the other defendants

17  ,and each of them were acting within the course of scope of their agency

18  ,employment ,and /or concert of action ,and were vicariously liable ,jointly and

19  severally ,and/or omissions of themselves and of the other defendants ,which

20  proximately resulted in the physical ,emotional ,and future damages to the plaintiff

21  as herein alleged .

22       25.defendant doctor WAEL Z ELDARAWY is an individual and a citizen of

23  New York state and united states of America, he is currently gastroenterology

24  specialist in Brooklyn, New York. And may serve in his place of business at 370 bay

1  ridge parkway, Brooklyn New York 11209.and he is sued in both individually and

2  personal capacity.

3      26.Doctor William  carr is psychologist doctor in coney island hospital

4  Brooklyn, New York, and may be served in place of work, coney island hospital

5  Brooklyn, New York. And he is sued in both individually and personal capacity and

6  may serve in his place of work in long island hospital Brooklyn New York,

7      27. Kathrin Chung is citizen of united state and new York is the landlord

8  and/or manager and/or manager of the residency house located in 8639 23rd avenue

9  Brooklyn New York 11214, and she may be served in 8639 23rd avenue Brooklyn

10  New York 11214.defendants Katherine Chung had rental agreement with plaintiff

11  Bouazza  on February 2021,defendant Kathrine Chung all time relevant to this

12  incident as conspirator under color of law to facilitate, encourage ,crimes against

13  plaintiff from January 2020 to may 2021,and she sued individually and her capacity

14  and she may be served in her address at 8693 23 rd. avenue Brooklyn , new York

15  11214

16      28.defendant Rivera  is a manager of post office branch in bath avenue

17  Brooklyn, she is federal agent working for post office united states of America, she

18  sued in this action individually and her official capacity she may be served in her

19  place of work 6618 20th avenue, Brooklyn, New York 11204.

20      29. defendant Dimitry Kalker is an individual residing in state of New York,

21  defendant Dimitry Kalker all time relevant to this case as a conspirator under color

22  of law to destroy property and premeditated attempt to kill, and he sued in this action

23  individually and his capacity and may be served in his residency in Brooklyn.

24      30.defendant timothy Taylor is and individual and citizen united states of

25  America and residing in new York all time defendant timothy Taylor is relevant to

/0

1  this action and conspirators to commit crimes against plaintiff from February 2020 to

2  April 2021,and he is sued individually and personal capacity ,

3      31. defendant  lilmor management LLC and 1909 realty llc is private company

4  monitoring  rental real estate business in Brooklyn, defendant limo management

5  LLC acted and conspired via two of its agent's defendant  David manger and super

6  of the building of 1909 Quentin rd, and his wife in Brooklyn to facilitate and/or

7  complicit and/or conspirator David and super and his wife and super assistant

8  wahbi(super and his wife and his  assistant wahbi ,America brought them to protect

9  them from Slobodan Milosevich  savage and they conspired to commite the same

10  crime does America saved them from ), All times defendants limo managements

11  LLC and David and super (of building 1909 Quentin rd. Brooklyn New York) and

12  his wife relevant to this incident , And my be served in their main office business in

13  2003 avenue J in Brooklyn NY,

14      32. defendants Gregory  goroditsky law firm is private law firm located at 1723

15  east 12th street Brooklyn  new York provide legal service to citizens  seeking to

16  defend their rights in court of law , defendants Gregory  c Boroditsky law firm

17  acted through  it attorney Gregory Boroditsky to conspiracy with others defendants

18  under color of law to deprive plaintiff rights and to  gain personal benefits to his law

19  firm  and  aided  and abetted crimes against plaintiff ,defendant Gregory goroditsky

20  and its attorney Gregory goroditsk signed retainer agreement with plaintiff Bouaza

21  ouaziz   on February 22 ,2022 to represent plaintiff in protection order in kings

22  county , defendant law firm Gregory gorodesky and it attorney Gregory goroditsky

23  all time relevant to this incidents and sued individually and their official capacity and

24  may serve in his office in E 12 Brooklyn , new York 11229 ,

1       33 . defendant consolidated Edison company of new York ,Inc (CECONY), a

2   regulated a regulated utility providing electric and gas service in new York city and

3   Westchester county ,new York and steam service in the borough of Manhattan with

4   principal place  of business in Irving place Manhattan ,new York city ,new York

5   .defendant above acted through its workers to conspiracy with other defendant to

6   install illegal knock out substance in the building to facilitated knock out plaintiff ,

7       34 . defendant optimum is a telecommunications industry and is a  American

8   internet ,television ,mobile and home phone company serving multiple state in united

9   states of America including new York and including jurisdiction of eastern district

10  court of new York a, with principle business in long island city ,and the optimum

11  brand is owned and operated by Altice USA ,a company independent of Altice ,with

12  principal business in long island city ,new York ,defendant optimum acted through

13  its workers as conspirators ,complicit or , facilitators, as provider of  wifi service to

14  plaintiff  to prevent plaintiff from updating router password and prevent plaintiff

15  from getting access to router  setting to discover any wire taping and spy cameras ,

16  and facilitate access to other defendant to hack plaintiff digital items and install spy

17  in his  apartment and violate his  privacy and hack his passwords ,and his  emails ,

18      35. defendant best western international ,inc, owns the best western hotels and

19  resorts brand ,which it licenses to over 4700 hotels worldwide including best western

20  hotel in 3003 Emmons avenue Brooklyn 11235,new York .the franchise ,with its

21  corporate headquarters in phoenix ,Arizona ,include more than 2000 hotels in north

22  America by M.K. Guertin in 1946 .as of December 2021 ,Larry Cuculic IS the

23  president and CEO  of best western and Dorothy Dowling is the chief marketing

24  officer, defendant best western hotel in Emmons avenue acted throughout it workers

25  workers in January 16 2020 and conspired with police department and Michael

12

1  colombas (defendant in civil lawsuit in district of new jersey ) to assault plaintiff and

2  steal his camera and sim  card , defendant best western hotel all time relevant to this

3  action and its workers in Emmons avenue Brooklyn and sued individually and

4  personal capacity ,

5      36. defendant coney island hospital is a public teaching hospital located in the

6  coney island neighborhood of Brooklyn new York city .it is owned by NYC health

7  +hospitals  a public benefit corporation of the city .the hospital is home to FDNY -

8  EMS station 43,formely NYC -EMS station 31 ,and is a major clinical affiliate for

9  clinical clerkship with new York institute of technology college of osteopathic

10  medicine .defendant coney island hospital acted throughout its doctors and nurses

11  and defendant doctor Kelly and conspired with NYC and police department to fake

12  psychologist discharge paper and opened medical chart without my consent to help

13  other defendant who committed barbarous crimes against me since 2016 to get away

14  with their crimes ,defendant coney island hospital and its workers doctors and nurses

15  and costumers service and defendant doctor Kelly all time relevant to this lawsuit as

16  conspirator and may be served in place of business in Brooklyn .

17      37.plaintiff informed ,believe ,and thereon allege that all defendants were the

18  agents ,employees ,and/or co-conspirators and/or facilitators , aiders and abettors of

19  the other defendants under color of law ,and each of them were acting within the

20  course of scope of their agency ,employment ,and /or concert of action ,and were

21  vicariously liable ,jointly and severally ,and/or omissions of themselves and of the

22  other defendants ,which proximately resulted in the physical ,emotional ,and future

23  damages to the plaintiff as herein alleged .

24

25

## NATURE OF THE ACTION

38.this is an action for money damages, declaratory, and injunctive relief brought pursuant to 42 U.S.C 1981 ,1983 ,1985 1986 ,1988,13981the first, third, fourth, fifth, seventh, eighth and ninth and fourteenth amendment to united state constitution, and under law of the state of new York, against the named defendants, new York city ,police officers of the new York city, judge Caroline Cohen ,  are sued individually and official capacity   , and other named defendants above individually and their capacity .

39. this is a civil action for money damages, declaratory, and injunctive relief brought pursuant to Bivens v. six unknown named agents of the federal bureau of narcotics ,403 U.S .388(1971). The court has jurisdiction over this action pursuant to 28 U.S.C 1331 and 2201.against congresswoman Yevette Clarke and two assistants of Yevette clerk in Brooklyn office ORLANDO ROSS and ELI SLAVIN, AND riviera supervisor of the post office in bath avenue Brooklyn, New York 11214.individually and their official capacity.

40.this action for money damages, declaratory, and injunctive relief brought pursuant to 18 U.S.C 1964 and 28 U.S.C .11331 because this action arises in part under the federal racketeer influenced and corrupt organization act (federal Rico)

## COMMON ALLEGATION

41.plaintiff married to defendant Noura Elghazoini March 14, 2019 in Jersey City, new jersey, plaintiff moved to live with her  in Jersey City on July 7 ,2019, after she refused to move to live with plaintiff in new York ,and she refused to live in

14

1   family house and she was asking for building ,and defendant noura el ghazoini been

2   living in the country since 2011 and she couldn't renew her visa because was

3   committing crimes against men when they found out they run away ,

4       42. September 6, 2019, plaintiff found she was drugging him to have sex and

5   drug with her boyfriend While they drugged me, they want out outside and they steal

6   my American passport, Moroccan passport, copy of tax return, and they deleted my

7   emails because we had a camera was sending pictures and videos to my emails,

8       43. September 9,2019 when plaintiff started   investigating, she run away,

9   plaintiff found she is overstayed visa and she married plaintiff just to get green card,

10   plaintiff found she is a drug addicted and they are sealing narcotics drug, and she had

11   a boyfriend, and she was drugging plaintiff from long time since 2016 to have sex

12   and drug with her boyfriend Michael Colombas who was using his profession as

13   medical worker (doctor or nurse )in christ hospital to drug plaintiff. plaintiff found

14   he was hiding in the closet and Michael colombas divorced defendant noura el

15   ghazoini   before because he doesn't have qualification for immigration, and they

16   were looking for victims.

17       44. plaintiff filed for annulment in Hudson County September 18, 2019,

18   based on fraud, drug addiction and crimes committed against plaintiff, sexual assault,

19   assault, use illegal substance to knock plaintiff out to have sex and drug with her

20   boyfriend while plaintiff knocked out, and premeditated attempt to kill, and the

21   annulment  case still pending in Hudson County because of conspiracy and fraud and

22   corruption ,

23       45. plaintiff found defendant Noura Elghazoini got pregnant from her

24   boyfriend michael colombas and they were knocking plaintiff out and they were

25   faking application to immigration and plaintiff found they had plan to kill him, and

1   defendant Noura elghazoini had two abortion 2016, and 2017 in gyc union new

2   jersey for the same reason, abortion is a woman rights in New York and new jersey,

3   but when is using pregnancy for extortion and crimes its return to a crime. in

4   February 2020 she called me, and she told me if you give money to do abortion or

5   going to pay child support, plaintiff informed her that abortion is a woman rights

6   keep it or lost it, and the baby isn't his and child support is a public order.

7        46. defendant noura el ghazoini and police in jersey city and NYPD NYC  had

8   plan to kill plaintiff to avoid federal punishments for   marriage scam and fraud, and

9   to avoid any prosecution for sexual assault and crimes they committed against

10  plaintiff bouazza ouaziz  ,when plaintiff found out and he knows defendant Noura

11  boyfriend sister is a police supervisor in jersey city and her sister's boyfriend Robert

12  Rodriguez is a police in new York city  and her boyfriend is medical worker and they

13  are accusing plaintiff that defendant Noura gives him money for green card as a

14  tactic to intimidate plaintiff and deceive other and to clean their crime and laundry

15  their dirty hands , when they know I didn't care about their bezants stories they had

16  plan to kill plaintiff and plaintiff asked million time the court in new jersey to move

17  to trial to prove this crime fraud and extortion but never did because of corruption

18  ,and fraud and power abuse ,and treason and misprision of treason nesting in Hudson

19  county new jersey ,

20       47.plaintiff run away to his cousin in Hackensack new jersey, and plaintiff

21  found they were tracking him, and they were listening to his phone calls, and were

22  stalking him, and preventing plaintiff from access to any government department in

23  new jersey to file report, and they were using blood relationship and tribe minded

24  nesting in some of police servant and Jersey City police department and nyc police

1  department to stalk plaintiff and track him, and listen to his calls and text and

2  privacy,

3        48.December 18, 2019 plaintiff come back home to take his  belongs,

4  defendant Noura Elghazoini showed up with her sister Somia El ghazoini , and they

5  fought with plaintiff they told him  if you go to immigration or police you are going

6  to get killed ,and we are going to tell them that we give 20000 $dollar to get her

7  green card, and they were preventing plaintiff from taking his belongs  and they

8  don't want plaintiff to leave because they drugging him and they were taking

9  pictures that she still live with him ,  and they were calling people not to rent an

10  apartment  to plaintiff ,and they were telling to people plaintiff is apostate and

11  plaintiff is a criminal . plaintiff bouazza ouaziz never commit any crimes in his life

12  nor sued anybody nor want to be in this situation does this people put in ,plaintiff is

13  not a victim of this barbarous conspiracy plaintiff is a survivor of this barbarous

14  conspiracy ,and plaintiff isn't a coward this people  are too many judges police

15  officers …,and its happen because of corruption , personal interest , bribery , tribe

16  minded ,discrimination ,interference with constitution rights of plaintiff for personal

17  interest and enrich their service providers politically and economically , and gain

18  personal relationship to build their careers ,and their reputation ,

19        49.december 19, 2019 around 9 30 pm plaintiff was in living room looking

20  for rent in the computer, plaintiff heard sister defendant Noura elghazoini told her on

21  what's up (when he falls asleep open the door, he is going to do to him)

22        50.plaintiff  was wearing his  clothes to run away ,plaintiff heard  her sister

23  told her on the phone "when fall asleep open the door is going to do to him , "she

24  jumped on plaintiff and he  get knocked out, plaintiff wake up at 4am dizzy and

25  throwing up ,and too much blood in his anus, Plaintiff went outside to call help,

17

1    plaintiff saw Michael colombas and Robert Rodríguez run away from his apartment,

2    and they run away, and Robert Rodríguez told to plaintiff "you gone Mather fucker

3    , next time I will rape your mom I followed them their run away )

4         51.plaintiff went to citymd emergency room for bleeding from anus and

5    dizzy and throwing up, And doctor called police, and police officer O'Connell was

6    the first officer responded to the scene, plaintiff told police officer what happen and

7    all people who assaulted him , Then detective prez and TRAVEZ showed up, and

8    they told to plaintiff lets go to see the judge, and they took him to west district

9    precent police department Jersey City, and detective PEREZ was putting words on

10   plaintiff mouth, and he told to plaintiff this name you give us are not exist , the

11   baby is not yours , we are going to investigate, and we are going to forward

12   complaint to persecutor ,but they never did because of boyfriend sister is a police

13   superior in jersey city , plaintiff went back many times to citymd they don't want

14   to give him discharge paper , when he got it he found doctor says that plaintiff had

15   urine problems and abdomen problem , no sexual assault , why doctor did he call

16   police? I have never had urine problems.?

17        52.plaintiff found defendant were calling him on Italy area code to intimidate

18   him, they were telling this Italian mafia you are going to get killed did you live in

19   Bensonhurst before, Plaintiff called west district police department many times, but

20   always their respond calls back or go to court, when plaintiff go to court, they told

21   him go to police. And they told him everything is lockdown as such reason to keep

22   plaintiff away from filing in court and plaintiff knew even was lockdown the court

23   was open for emergency

24        53. defendant Noura Elghazoini and her boyfriend Michael colombas ,who is a

25   medical worker in Christ hospital in Jersey City 167 palisade avenue Jersey City,

18

1  new jersey, and boyfriend of her sister Robert Rodriguez who is a police officer in

2  NYC see picture exhibit 1  assaulted plaintiff  sexually on December 19, 2019 after

3  they knock him out and many times in Brooklyn after they knock him out , and

4  plaintiff had Botox surgery in Brooklyn ,

5       54. defendant were tracking plaintiff phone and calls and they were using

6  covid 19 lock down to obstruct plaintiff from getting access to new jersey public

7  department and new York department and federal department anywhere I found they

8  were following me and anywhere I go they told go to court ,I go to court they told

9  me go to police and they circling me around any complaint I send to executive

10  authorities I found never received because defendants were stealing from post office,

11       55.plaintiff bouazza ouaziz found defendant Noura Elghazoini and defendants

12  Robert Rodriguez and defendant nyc police officers 61 precent and 62 precent and

13  west district police department in jersey city conspired with super of the buildings

14  and con Edison workers and optimum workers and landlords to install illegal

15  substance to keep knocking me out and get access to my digitals item and install

16  illegal spy to violate my privacy and listen to my privacy and tracking and listen to

17  calls and my texts messages and emails and they taking pictures to prove that

18  defendant noura elghazoini still lives with me ,plaintiff called million times to

19  optimum to fix problems and give me access to my router to update password and

20  control my wifi and  protect my privacy for other defendants and check if any wire

21  and spy been installed in my apartment but always answer is website problem call

22  back and this is happen since April 2021,

23       56. plaintiff run away to Paterson to live with my friend and was thinking

24  about suicide, plaintiff found they were following him, and they are tracking him,

25  any were plaintiff goes, he found they were following him, and they were preventing

1  plaintiff from access to government departments in new jersey, anywhere he goes

2  they told him go to police, he goes to police they told me go to court

3      57.plaintiff found Michael Colombas sister is a police supervisor in jersey

4  city whom he found she was trying to ambush him to kill me or to get him arrested,

5  and she was following plaintiff to prevent him from getting footage cameras ,many

6  times in Atlantic city and jersey city and Brooklyn .on October 2019 , she was with

7  two other African American on police uniform ,and she said here is one criminal ,I

8  put gps in his new York car , when plaintiff come back to get her name or take here

9  picture other police officer told me "move away or you going to get arrested ",on

10  October 28 ,2019 ,plaintiff was in ocean resort Atlantic city ,he found she was trying

11  to hook up with him , and she had a gun under jacket ,on November 18,2019 ,she

12  followed him to the pool at 4 am in harahs hotel in Atlantic city .,she told me "do

13  you have some money to spend ",plaintiff ignored her and she told him you are

14  lucky , on February 3,2020 plaintiff was in front of 26 journal square jersey city ,and

15  she approached him , and she told him what are you doing here, give me your phone

16  number I went to go out with you . on December 10,2019 she was inside of the

17  building where I was living in 24 reed street jersey city with one worker in Christ

18  hospital and had a big scarf covering her head and face , and she told him " mother

19  faker Moroccan uber diver he is faking with me , I'm going to shoot his mother faker

20  " I saw here more than three times in Brooklyn around my house in 8639 23 rd.

21  avenues in Brooklyn ,and one occasion I saw her with timothy Taylor in Chevrolet

22  car in crispy avenue and 23 rd. avenue, when they saw they drove away.

23      58. plaintiff run away to Brooklyn, and rent a room In 8639 23 rd. avenue

24  Brooklyn 11214 , plaintiff found defendants send one drug dealer defendant timothy

25  Taylor and his step son defendant Richard Taylor and rent room in the same house

20

1   and conspired with the defendant landlord Kathrin chung and step son of defendant

2   timothy Taylor  defendant Richard Taylor employee of department of sanitation  and

3   con EDISON allowed them to install illegal substance in the house to facilitate

4   knocking plaintiff out to get access to digital item and they were taking pictures that

5   defendant noura elghazoini  still lives with plaintiff ,and they were assaulting

6   plaintiff after they knock him   out and when plaintiff found out and they disappear

7   and defendant landlord  khathrine chung send eviction petition and she certify that

8   plaintiff bouazza ouaziz was the only one who was living in that house  to protect

9   others defendant ,many times plaintiff wake up in the morning throwing out and

10  dizzy and lights is out , defendant timothy Taylor and his step son defendant Richard

11  Taylor were  turning the lights off and WIFI off when they knock me out to disable

12  camera with help of permission from landlord Kathrine Chung and workers of con

13  Edison ,and defendant  Kathrine chung conspired with other defendant and con

14  Edison and optimum allowed them to install illegal substance to knock me out in

15  house .and they were assaulting plaintiff to cover up their crimes and their violation

16  of plaintiff constitution rights under color of law ,

17          59.plaintiff saw Micheal Colombas sister who is police supervisor in Jersey

18  City many times around his house in Brooklyn, and plaintiff saw her with timothy

19  Taylor in Chevrolet car jersey plate in February 2021 in crispy avenue and 23 avenue

20  in Brooklyn.

21          60.on March 9, 2019, plaintiff took his staff from Paterson moving to

22  Brooklyn and saw three of friend of Michael Colombas and Robert Rodriguez were

23  following plaintiff in Staten Island expressway with new jersey plate car, they were

24  pointing their hand to their neck like they are going to slaughter him, and they were

25  acting like they going to shoot him.

61. March 9, 2019, plaintiff parked his car in chore parkway in bay parkway exit, in Brooklyn went down next the ocean to smoke cigarette, plaintiff saw Michael colombas and his friend next to plaintiff car and trunk of plaintiff car been opened when they saw plaintiff , they run away and defendant Michael Colombas told to plaintiff ( the matar lo amigo )plate number I filed police report but never investigated and police never writ his name down on the complaint or forward the complaint to prosecutor , I went many times to 62 precent and I asked to see lieutenant they refuse they defendant police officer tozz told we have Michael colombas complaint but we aren't get it and you aren't going to see lieutenant and other high grade supervisor and these are you reporting are my people , because I told him this people are Puerto Rican ,

62. plaintiff went many times back to police precent to amend complaint, but police never did, and they refuse to amend complaint or write down names of defendant and I have report number receipt with three-time amendment but never put the name on the complaint, one police officer told we have the complaint of Michael colombas but we aren't going to give it to you ,

63.on about may 2020 , plaintiff was in staple store in coney island avenue in Brooklyn making some copy to new York state unemployment ,plaintiff saw defendant Michael colombas following him in the store with deferent look (they were following plaintiff to take picture to cover up their crimes ), when he realized that plaintiff recognize him , he run away ,plaintiff followed him outside he jumped in one car accord white color new jersey plate ,and defendant Noura elghazoini was in that car and she pointed a hand to her nick like she is going to slaughter me .

64.plaintiff went to police they told him go to court, plaintiff went to court they told him go to police, plaintiff went Middlesex County in new jersey, and filed

1  for protection order, after he found police in Jersey City and Brooklyn and court staff

2  in Hudson County and kings county were circling him around and they telling to

3  plaintiff covid lock down everything is close , I found defendants were hacking my

4  phones and they tracking me and they calling to obstruct my entrance to government

5  offices ,

6      65. judge Andrea Sullivan in Middlesex County told to plaintiff  you didn't

7  submit evidence in mailbox, which plaintiff did one month before as new jersey law

8  required via JDS, (I have a prove )at the hearing judge refuse to remove translator

9  from plaintiff  right side while defendant was on his  left side to favor eyes contact to

10  respondent, and new jersey law required translator to be between defendant and

11  plaintiff as a  tactic to favor eyes contact to defendant Noura elghazoini because she

12  knows what they were doing to me and she knows she doesn't have no face to look

13  at me ,and she created intimidation and confusing hearing and she dismissed my

14  petition based on no evidence been submitted to mailbox ,and this dismissal gives

15  more freedom to this people to violate my rights more and more and revictimize me

16  more and more.

17      66.plaintiff  found this people  motioned above were   using police

18  relationship and power they have with the court and tribe minded (almost of

19  principals defendants are from the same root )(judge Maureen B. mantineo in

20  Hudson county and the head of law clerk of supreme court of new jersey in Trenton

21  )to violate plaintiff  rights and liberties more and more, and revictimize him  more

22  and more, and they were knocking him out to fake evidence and destroy evidence

23  and to cover up their crimes and to get access to his digital item (phones and

24  computers) to create faked evidence and destroy evidence and keep hacking his  digit

1  item to track him ,assaulting him using chloroform knowingly and willfully their

2  crime  wouldn't be investigated by police ,but to be tolerated .

3      67.plaintiff  run away after he found police are conspired and are ignoring his

4  safety as NYC resident to another location to live in 1909 Quentin rd. Brooklyn new

5  York 11229, plaintiff found they still following him , and plaintiff  found them many

6  times in front of my building 1909 Quentin rd. Brooklyn new York ,plaintiff

7  informed believed they drugging him  and his girlfriend and they assaulting them  to

8  cover up their crimes , And they conspired with the super bechoy  of the building

9  and his wife and the manager of the building  David and Wehba super

10  replacement(this three last defendant America bring them to protect them from

11  Slobodan Milosevich savageness and they conspired to commit  they same crime

12  does America saved them from ) and David manager of  lilmor  and  they installed

13  knock out substance in the building management LLC  to get access to building to

14  knock plaintiff out ,and they were assaulting him  and intentionally and reckless

15  disregard to plaintiff  rights as human being and plaintiff constitution rights and

16  liberties  and they know police officers would not get us  camera from the building

17  or investigate crimes ,plaintiff call many time asking for camera footage but never

18  agree to give it to us or investigate crimes  , plaintiff went many times to police

19  precent but never writ me a report or open investigation and /or forwarded a

20  complaint to a prosecutor and never writ defendants names on the complaint ,

21  plaintiff send many complaint to police supervisors  , but plaintiff believes never

22  received because defendants were stealing them ,

23      68. on October 2021 , plaintiff  called hon. Yevette clerk  office his  district

24  congresswoman to help him to renew his  American passport after defendant

25  NOURA ELGHAZOINI Stole the first one ,and Orlando ross (Orlando ross is a

24

1  customer service in Brooklyn office of hon. Yevette clerk congresswoman in
2  Brooklyn)told to plaintiff "your wife called on your phone number asking for help
3  with social security , ", plaintiff told him "I don't have a wife I'm In annulment
4  processing since 2019""and he told to plaintiff "she has the same apartment as yours
5  and same address as yours and her name is Noura Elghazoini plaintiff respond " I
6  don't have A wife and I'm in annulment proceeding in Hudson county since 2019
7  "plaintiff question is how did she get to my phone number ? why she didn't call to
8  her congress member in new jersey ?" because they were drugging plaintiff ,and
9  they were taking pictures to prove to immigration that she still live with him ,
10  another occasion mister Eli Slavin (Slavin is worker in hon, Yevette clerk in
11  Brooklyn office) from the same office told to plaintiff is your wife available can I
12  talk to her she called asking for help with social security, plaintiff respond that I
13  don't have a wife and if any use of my identities or anything related to my properties
14  is been stealing , defendant Noura Elghazoini and her boyfriend and Robert
15  Rodriguez  were drugging plaintiff , and they were getting access to his phones and
16  computer. on about November 2021 plaintiff called back to defendant Orlando ross
17  to inform him about crimes and fraud committing against him and to inform him to
18  restrain from using of any stealing identities related to plaintiff ,and defendant
19  Orlando ross  screamed on plaintiff and told him why are you keeping calling this
20  office , don't faking call anymore this office and defendant Orlando ross  knew and
21  has reason to know that congresswoman Yevette Clarke is a public agent and she is
22  plaintiff representative  too as American and as democrat party member been voting
23  for them and support them including  defendant Yevette Clarke  since plaintiff
24  become united states citizen 2014 ,

69.on October 6, 2021, plaintiff found defendant Noura Elghazoini and defendant Michael Colombas and two other people near his building in ocean avenue and Quentin rd. in white BMW new jersey plate, they saw plaintiff and they run away, and defendant Noura Elghazoini pointed finger at plaintiff and she pointed hand to her neck like she is going to slaughter plaintiff and she had grey item in her hand , plaintiff informed believed that after he found they were drugging him and his girlfriend to cover up their crimes ,

70.octobre 13,2021, plaintiff found boyfriend of defendant noura elghazoini and his friend in front of his building where I live ,when they saw him they run away around 11 am, they were coming to knock out plaintiff and his girlfriend to cover up their crimes after they get caught drugging plaintiff since 2016 and they come up with danger plan to destroy plaintiff life and liberties and his girlfriend life and liberties , and they were telling to people that plaintiff is against police officers , plaintiff respect polices as government employees and the majority of his family in Morocco are police officers , on about October one of them called plaintiff and told him do you support police , plaintiff respond police are supported by law and they aren't elected member and they don't need my support ,police department is a branch of executive power to safeguard life and liberties and to enforce the law and protect the public ,and this was as tactic to prevent plaintiff getting protection under police jurisdiction

71. October 17 2021, plaintiff found Michael colombas and his friend in the corner of e 19 street and Quentin rd. west corner of plaintiff building they saw him they run away, and pointed finger at me and defendant Michael colombas told me( te matar lo) , plaintiff found they were sticking plate number in back glass of cars to make it hard for me to get car plate, on February 23 2022, plaintiff told to judge

26

1  Mantineo in Hudson county "you honor , you are a judge you took the oath to

2  safeguard lives and liberties , these people  they still drugging me in Brooklyn and

3  they assaulting me ,and you going to be responsible for this crimes happening and  is

4  going to happen  or any reverse of violence ,and she told to plaintiff  we are helping

5  defendant to get social security ". Very informed reasonable person would

6  understand that noura el ghazoini and Robert Rodriguez and micheal colombas were

7  drugging plaintiff and his girlfriend to cover up their crimes under color of law and

8  encouraged by judge Maureen mantineo , and NYPD and jersey police department

9  believed their crimes wouldn't be discovered and wouldn't be sanctioned or

10  persecuted, but to be tolerated

11      72. plaintiff went 61 police precent and filed for police report, and police officer

12  told him go to court we cannot do nothing and police officer intentionally and

13  willfully writ report for harassment, and ignored attempt to kill, knock out, assault,

14  criminal trespass, attempt to kill, assault wetness,

15      73.april 18, 2021, plaintiff  was with his girlfriend  in her car in brighten

16  beach Brooklyn new York defendant Dimitry who I saw him was following since I

17  drove from ocean parkway and avenue x in Brooklyn , and I was waiting my

18  girlfriend and I saw defendant Dimitry was walking back and forth around my

19  girlfriend car just the moment my girlfriend get in the car he drove in wrong way

20  intentionally and willfully to  crush plaintiff  girlfriend  car and destroy it ,as  attempt

21  to kill plaintiff and his girlfriend  , and he  run away and I was able to catch him and

22  return him back to accident scene plaintiff  found defendant Dimitry Kalker  was

23  following him  many times in Brooklyn and early morning when he  go to work, and

24  after the accident  plaintiff saw defendant Dimitry  many times with Robert

25  Rodriguez ,and  plaintiff saw him with Roberts Rodriguez in coney island avenue in

27

1   Brooklyn after the accident next to 61 police precent in Brooklyn ,defendant Dimitry

2   was  telling to defendant Robert Rodriguez what happen in the accident ,and they

3   went at night they  break the car door and they delete cm card on the car camera and

4   they called Zakaria representative  of progressive insurance ,and they told him  that

5   was another car involved in that crush as attempt to defraud insurance company to

6   gain illegal money  and plaintiff informed Zakaria that was no another car involved ,

7   (plaintiff have a witness ) and plaintiff and his  girlfriend still recovering form that

8   accident and they had surgery for shoulder and knees ,and they still going to have

9   more surgeries ,and my girlfriend still have big damages in her right knee till now ,

10          74. October 30, 2021, at 4am plaintiff was in Gaz station avenue p and coney

11   island avenue in Brooklyn and one man approached plaintiff, and he told to plaintiff

12   can I have lights do you know me, can I have lights, and he told to plaintiff "te finito

13   amigo", and he showed me a knife from the car, and he was with Robert Rodriguez,

14   and they and another two women in that car ,

15          75. plaintiff got  to Brooklyn bridge on October 30 ,2021 around 4:26 car

16   jeep plate N: JRR6241  New York plate   crushed plaintiff car from the rear and he

17   run away, and defendant Noura Elghazoini was in that car ,police came and plaintiff

18   give them the plate number and told them this is attempt to kill but officer defendant

19   Duren refused to writ plate number in police accident report ,    and plaintiff

20   informed believed that defendant Duren didn't report hit and run  , plaintiff went

21   back to precent in Manhattan and asked defendant Darren to amend report  and

22   plaintiff informed him that the accident was attempt to kill ,but defendant Duren

23   ignored  plaintiff request ,and never report hit and run , fully informed reasonable

24   person would understand that accident was intentionally to destroy plaintiff car as

1   retaliation and attempt to kill  , and aided and abetted by defendant Duren police

2   officer,

3        76. plaintiff went to 61 precent in Brooklyn to report incident happening in

4   gas station, on October 30,2021 and one detective (Asian American) told him that

5   isn't how we do things here, he told to plaintiff you didn't call. Plaintiff found the

6   defendants mentioned above they are hacking his phone, and they were tracking him

7   and anywhere he goes they called to prevent me from get justice using police and

8   power they have.

9        77. On February 23 ,2022  they had plan to kill plaintiff in hotel ,plaintiff

10   was in Rocca restaurant in forest hill queens, and they send one women to take

11   plaintiff to hotel when they found plaintiff already knew about their plan  , and they

12   cancelled the plan ,and defendant Robert Rodriguez came  with one police officer

13   American Asian woman  , and they were asking the other woman  for phone number,

14   they told her we were in France, we would like to get to know each other, and he

15   said my name is Robert, plaintiff knows they were following him and they taking

16   pictures to obstruct any investigation and to cover up their crimes , February 25,

17   2022, the defendant Robert Rodriguez followed plaintiff to the defendant Gregory

18   gorodetsky office in E 12 and kings highway in Brooklyn, with deferent look and he

19   told to plaintiff I'm here for child support., and Jun 19, 2022, defendant Noura

20   Elghazoini followed plaintiff to l'algeroise French patisserie in Brooklyn, and

21   plaintiff informed believed they were following him to take pictures  to cover up

22   their crimes and obstruct any government investigation ,

23        78. plaintiff bought more 6 phones, because any time plaintiff  get new

24   phone he  found they were knocking  him  out and hack IMEI serial number and

25   install spy on his phone to keep tracking me, and plaintiff  have to buy another they

1  knocking him out and they were hacking his semi number and /or installing spy on

2  my phone and they were hacking his email account to fake evidences , they were

3  drugging plaintiff and his girlfriend and they are hacking plaintiff phones to track

4  him and to obstruct him from going through any government department, and to use

5  power they have to fraud evidence to interfere with plaintiff constitution rights and

6  equal protection of law ,using police power and power they have anywhere I go I

7  found they were following me, and they were using spoof cards apps to fake texts

8  and messages and calls and evidences

9      79.plaintiff found Roberts Rodríguez was following him many times in

10  Brooklyn Wednesday early morning when I go to work 3 am or 4 am,with police

11  emergency light , plaintiff went many times to police to report incident but always

12  come back or go to court, plaintiff filed many complaints to attorney general in new

13  jersey and New York but plaintiff never received, and always they refuse to let me

14  meet or see lieutenant or high supervisor ,

15      80. on about august 2021 plaintiff was in brighten beach plaintiff saw

16  Robert Rodríguez and another woman were following me, when plaintiff get to

17  subway station in Brighton beach one man (WHO IS A FRIEND OF Robert

18  Rodriguez) and other women jumped and they were telling to my girlfriend do you

19  want to keep it in yourself, and he told to plaintiff I'm police officer, I'm going to

20  call police, and they were using this tactic as provocation to violence and they were

21  trying to separate plaintiff with his girlfriend , plaintiff believed informed that after

22  sexual assault they had plan to make plaintiff a gay to cover up their crimes and to

23  obstruct criminal investigation , plaintiff never been a gay.

24      81.plaintiff filed complaint to police internal affair in Manhattan on

25  December 2021 defendant rosa come to Brooklyn to investigate the complaint and

30

1  start asking legal question and he putting words in my mouth  and if im gonna be

2  able to file a lawsuit or not  , but he never  investigated, plaintiff called many times

3  asking for the complaint but always told mister rosa isn't here call back, and

4  defendant rosa knew that they were drugging me and my girlfriend and  he knows

5  they were  assaulting us ,and defendant rosa Rodríguez willfully and intentionally

6  conspired to protect defendant and involved in barbarous crimes to cover up and to

7  protect Robert Rodriguez from any prosecution and give them more space to violate

8  our constitution rights more and more ,conspiracy of defendant sergeant de rosa was

9  the continuation of crimes against plaintiff and the crime committed against plaintiff

10  on February 26 2022 to duplicate spaceman to replace the one they destroyed on

11  February 10 2021 and after found plaintiff found out and filed for a motion to

12  disqualify judge in Hudson county and motion to vacate orders based on fraud upon

13  the court and fraud on the court ,

14        82.plaintiff was sending complaint to attorney general in new jersey and never

15  received, plaintiff found that defendant Rivera supervisor of post office in bath

16  avenue in Brooklyn was stealing  complaints not to go through office of attorney

17  general of new jersey, and plaintiff informed her many times, and she failed and

18  refused to investigate stealing mails, I sent complaint to prosecutor municipal court

19  in Hudson county I found never arrived and I found it in west district police

20  department and detective travez told me my supervisor give it to me , I asked for

21  references and he refuse to give it to me ,I come back I went to post office in bath

22  avenue I asked for defendant riviera manager she told me go do whatever you want

23  after she told me im going to investigate ,and ignored my calls about the destiny of

24  my mails ,they were using covid lock down to obstruct my mail from reaching

25  government department

1    83. on March 30, 2022, plaintiff went to new jersey to hire Frederick A.

2  Angelo mister Frederick told to plaintiff I'm not going to represent you, because you

3  sent inappropriate email to judge, plaintiff never  connected the judge or emailed

4  her. plaintiff found the people defendant conspired to drug plaintiff, and they are

5  getting access to plaintiff digital items to hack his electronic account and send email

6  to court to make me problems with the court, and they were hacking his emails

7  account  this is the cause judge Caroline Cohen and police and Yevette Clarke office

8  conspiracy and defendant sergeant de rosa and cause of obstruction justice to

9  plaintiff and equal protection of law and due process

10    84.plaintiff found defendants were calling doctor to fake reports ,plaintiff

11  went  to defendant  weal elwalid for anus bleeding and discomfort seating and pain

12  and bleeding from my anus while working and  the defendants wael elwalid  proceed

13  with  surgery  anesthesia then he faked report that plaintiff dint have anything

14  .plaintiff went to mister carr psychologist doctor in coney island hospital  for losing

15  sleep and lose of concentration  and too much depression and danger plans came to

16  my mind and defendant carr   faked report and he told to plaintiff " you dig  a whole

17  and they are going to push  you on it , plaintiff told him 'I came to you as

18  psychologist to help me and you are telling me this stories " who do you know this

19  people ?any one I go they asking if I believe in god , they were telling them I'm

20  apostate to single me out of Moroccan community and to put my life in danger with

21  Muslims radicals , and plaintiff never been apostate nor atheist plaintiff against

22  violence based on religions ,

23    85. plaintiff informed and believe that defendant  Noura Elghazoini and her

24  boyfriend Michael Colombas  and his sister police supervisor in jersey city and

25  Robert Rodriguez and does I-x police officers in NYC were committing crimes

32

1  against plaintiff since 2016, any time she come to meet with plaintiff ,plaintiff get

2  knock out and wake up dizzy and throwing up.2017 she come to me in Brooklyn and

3  the same symptoms happen to me and the same day I removed my appendix.

4  plaintiff found they were drugging him, and we're using my phone to fake evidence

5  and destroy evidence, two times plaintiff found she has more than 20000 dollars in

6  her bags see audio recorded translate see exhibit 26, and I will provide all sources of

7  my money upon request . In April 2020, she called plaintiff, and she told him if you

8  go back to police, and you tell them Michael Colombas I will tell them that I give

9  you money for green card.

10      86.plaintiff filed  for protection order in kings county on October 26,2021 ,the

11  beginning   plaintiff had HON. Judge KATHLEEN C.WATERMAN (and I will

12  preserve my rights to subpoena judge Kathrine waterman  as a witness since she was

13  acting in scope of her job ) , on December 23 ,2021 judge waterman told to plaintiff

14  next time you are going to be in another place , and she told him protection order is

15  going to affect your divorce in new jersey ,and I don't have jurisdiction over

16  respondent and she send me to January 25 ,2022, at the  hearing of January 25 ,2022

17  ,defendant  judge Caroline Cohen showed up on hearing conference with a big

18  Halloween red sunglasses ,and she was hiding her face ,and she told to plaintiff we

19  are going to try to serve defendant by text and you are  going to come back on may

20  25,2022 and you going to be in other place . Plaintiff  found DEFENDANT

21  CAROLINE COHEN conspired with others defendants  and defendant Noura

22  Elghazoini attorney new jersey Leonard Cohen and law firm of Dunne,dunne &

23  Cohen and assigned by office of Yvette  Clarke  in Brooklyn and new York city  to

24  delay my case ,and send it to Richmond county to another judge Gregory gieldman

25  who has no personal jurisdiction over my case  and far from kings county prosecutor

1  jurisdiction and attempt to obstruct subpoenas to get camera footage ,and obstruct

2  process services to respondent noura el ghazoini and  judge Caroline Cohen

3  intentionally and deliberately and willfully acted out of scope of jurisdiction  and has

4  no subject matter jurisdiction over my case and as judge NYC  and conspired to

5  delay my case ,and to send it from kings county to Richmond county ,which is a

6  violation of my due process and equal protection of law and violation of separation

7  of power and independent and imperiality of judicial branch ,( office of Yevette

8  Clarke is legislative branch and nyc is executive branch)  .no state legislator or

9  executive or judicial officer war against the constitution without violating his

10 undertaking to support it ,and this conspiracy of defendant judge Caroline Cohen and

11 defendant  judge Gregory gliedman was the cause of continuation of crimes against

12 plaintiff, and this conspiracy gives more freedom and space to other defendant to

13 violate my rights and my liberties more and more and till submitting this complaint

14 defendant Noura never been served for protection order filing in Brooklyn and it's

15 been obstructed by defendant judge Caroline Cohen and defendant judge gliedman

16 and police officers in new York city and jersey city , and office of Yevette Clark

17 which give more freedom to defendant Noura and her conspirators to continue

18 commit crimes against plaintiff under color of law ,defendant judge Gregory

19 gliedman has no personal jurisdiction over my case and jumped from Richmond

20 county to kings county to take may case as conspirator to protect other conspirators

21 and is been assigned to my case by office Yvette Clark in Brooklyn and new York

22 city and NYPD to protect other defendant and obstruct justice to plaintiff ,and he told

23 I don't have available attorney for you ,and intentionally they send translator without

24 my request and I told to judge I didn't request translator I found any where I go they

25 telleing you need translator ,plaintiff went many times to family court in Brooklyn to

34

1    get subpoena to get camera footage from the house 1909 quentin rd after police and

2    landlord refused to give it to us or open investigation but always you have to see a

3    judge ,

4        87. on 2020 , plaintiff  went to doctor WAEL Z ELDARAWY  for bleeding

5    from my anus and bleeding while I'm working or exercising or swimming ,or seating

6    in the car ,and lied to me about what I have and what wrong with my body , I had

7    anal fissure as result  from sexual assault , and found that he conspired with other

8    defendant to fake my medical report to help other real actor on this crimes to get

9    away with their crimes , intentionally and deliberately fake medical report to

10   facilitate other crimes , this fraud violated the law and regulation governing doctor

11   job and physicians job and their policy and their oath  . this conspiracy of mister

12   weal eldarawy put my life and my health under pain and suffering. doctor wael

13   intentionally and knowingly and negligently violated MyState health law and united

14   state health act ,which lead to suffering and emotional distress of plaintiff bouazza

15   ouaziz .defendants fraud lead to plaintiff's suffering and more bleeding and

16   humiliation and lose of enjoyment of life , and more crimes committed agsint

17   plaintiff ,doctor weal eldarway violated federal and new York state laws respecting

18   patient's confidentiality which is the violations of plaintiff constitution heath rights

19   and  weal eldawary misleading and fraud give more space to other defendants and

20   more freedom to violate my rights more and more .

21       88. plaintiff  went to doctor carr psychologist for nightmares and emotional

22   distress ,and loss of sleep ,and too much stress and emotional hurt and humiliation ,

23   plaintiff found defendant carr  was faking reports and removing reasons for visiting

24   from the psychological report , and he told to plaintiff  you dig  a whole and they

35

1   going to push you in it , plaintiff found he conspired with others defendant to fake

2   report and help them get away with their crime and make me crazy .

3         89. plaintiff found defendants above conspired to delay protection order in

4   king's county, and they assigned judge Carolina Cohen to send  protection order to

5   another Richmond County, plaintiff  hired defendant Gregory gorodestky to

6   represent him on protection order hiring , the day plaintiff signed agreement and paid

7   he  found defendant Roberts Rodriguez waiting in waiting room of law firm of

8   defendants Gregory  gorodetsky ,and two other his friend of defendant Robert

9   Rodriguez were waiting outside in the street , defendant gregory gorodesky

10  conspired with other defendants and NYC under color of law  to fake and

11  misrepresent the facts of my statement of facts  to make crazy and he was writing

12  things and contra versa of wat I testified to make me crazy and he was delaying the

13  case from February to  April  and he was questioning plaintiff English language

14  ability , and he refuse to submit evidence with the complaint  for more than three

15  attempt and he was delaying the case for more time to destroy evidences , and refuse

16  to give me  my information back , plaintiff found defendant greg gorodesky opened

17  conversation with other defendants to fake amended complaint and was writing

18  things to make crazy , and defendant greeg gorodotsky  knows they were drugging

19  plaintiff and his  girlfriend ,and they were  knocking them out  ,and they were

20  assaulting them ,and  they were tracking them   ,and stalking them   ,and he knows

21  they were assaulting plaintiff  and his girlfriend in Brooklyn  ,plaintiff  asked

22  defendant Gregory  gorodotsky  to get subpoena for Orlando ross as a witness he

23  refused ,plaintiff  asked defendant Gregory gorodestky to get subpoena lilmor

24  management  llc for camera footage   from the building  he refused and he told to

25  plaintiff I'm not going to get camera ,defendant Gregory gorodetsky attorney

1   conspired with a judge Carolina Cohen and office of defendant Yevette Clarke and

2   other defendant police officers to dig my protection order not to go through , and was

3   delaying the case to give more times to other defendant to destroy and fake

4   evidences defendant Greg.c gorodetsky  as attorney of law ignored constitution

5   rights he  learned in his  legal carrier and he ignored principles and noble letter of

6   legal representative ,and conspired and Aided  and abated crimes against plaintiff

7   ,and was trying to protect defendants and help other defendants to go away with their

8   crimes, And gain relationship with polices and judge and put plaintiff life and

9   liberties as a human being in danger , and he used trauma plaintiff  was in to steal his

10  money and work against plaintiff  constitution rights and against NYS ethics

11  professional conduct  ,conspiracy of defendant gorodetsky was the cause of violation

12  of plaintiff constitution rights and crime committed against plaintiff  and his

13  girlfriend ,and the continuation of crimes against plaintiff and his girlfriend

14       90.defendant Yvette Clarke acted through its agents in Brooklyn defendant

15  Orlando ross and defendant  ELI slavin  using their power as congresswoman

16  representative   to conspiracy under color of law to put plaintiff  life and his  liberties

17  in danger and people around him  and interference with plaintiff rights to equal

18  protection of law and due process  , on October 2021 plaintiff  called office of

19  Yevette clerk in Brooklyn to get help with  renewal of American passport after

20  defendant  Noura Elghazoini steal   first one , and defendant  Orlando ross told to

21  plaintiff  (plaintiff has a witness )"your wife called on your phone number asking for

22  help with social security "plaintiff informed him that he  doesn't  have a wife and is

23  in annulment processing in Hudson county since 2019and plaintiff answered  why

24  she didn't call to congress member in new jersey ?. defendant Noura elghazoini and

25  defendant Michael Colombas and defendant Robert Rodriguez and sister of

1    defendant Michael colombas who is police supervisor in jersey city and timothy

2    Taylor and his step son Richard Taylor and  were drugging plaintiff and they were

3    getting access to digital item to fake evidence and destroy evidence and assaulting

4    plaintiff to cover up their crimes and take pictures with plaintiff to prove to

5    immigration that defendant NOURA elghazoini still lives with him ,and another

6    occasion on October 2021 defendant eli slavin called plaintiff ,and told him  is your

7    wife available she called asking for help with social security ,plaintiff informed

8    defendant Eli slavin that  he doesn't have a wife , anything you get without plaintiff

9    consent or signature is attempt to fraud united states of America and conspiracy to

10   put plaintiff life and liberties in danger and his girlfriend , and about December 2021

11   plaintiff called Orlando ross to ask about that incident happening in October and

12   defendant Orlando ross screamed on plaintiff and told him why are you keeping

13   calling this office  and defendant Orlando ross knew and should have knew that

14   Yevette Clarke is representing plaintiff too as resident of 9th district and a democrat

15   party supporter  and plaintiff  been voting and supporting democratic party since

16   2014, including defendant Yevette Clarke with all due my respect to other parties .

17       91. defendant lilmor management llc and 1909 realy llc acted in conspiracy

18   throughout its agents , David the manger, and the super of the  building 1909

19   Quentin rd Brooklyn and his wife were helping other defendants to get access to the

20   building to knock plaintiff out and his girlfriend and they were  controlling  and

21   stalking plaintiff  using the camera inside building to control plaintiff in  and out ,

22   plaintiff saw super of the building many times was following him ,plaintiff found

23   super  was controlling him in and out after and plaintiff saw him with defendant

24   Robert Rodriguez on October 6  ,we called many times asking for camera footage ,

25   but never agreed to give it to us because they know the police involved in this

38

1   conspiracy and they will never release  footage or open investigation and they were

2   using the security camera to commit crimes .this conspiracy under color of law and

3   attempt to fraud united states of America put plaintiff and his girlfriend  life and

4   liberties under attack , and conspiracy give more space and freedom to others

5   conspirator to continue committing crimes against plaintiff and his  girlfriend and

6   other people around plaintiff  and his  properties and his  privacy under color of law

7   .and they are telling to people that my girlfriend  is a conspirator against plaintiff  too

8   , which put the life and liberties of my girlfriend  in danger too .on April 18 2021,

9   plaintiff  was with his girlfriend  her car ,defendant  Dimitry drove  in wrong way

10  and intentionally and knowingly and premediated plan crush plaintiff girlfriend car

11  as attempt to kill  and revenge for  helping plaintiff  to get out of trauma he was in

12  ,and she still recovering from this accident till now with a big damages on her rights

13  knee  still suffering injuries and damages as result of that accident does defendants

14  involved in ,defendant were knocking  plaintiff and his girlfriend out and assault

15  them and do everything can come  to the mind of this people out of control   as

16  revenge and retaliation ,  defendants  were knocking out plaintiff  and they were

17  using his digital item (phone , computer , email account ) to fake evidences , destroy

18  evidences , and spreading bad words about plaintiff to single him out , and make him

19  a bad person in reverse to cover their crimes and their outrages as gangs member

20  sealing narcotics drug , using drug dealers to commit crimes in favor not to prosecute

21  them and protect them and  violate people lives and liberties of plaintiff and people

22  around him,

23       92 . defendants premeditated agreed among themselves to assault plaintiff

24  sexually, assault , continue knocking him out ,intimidation , stalking , wiretapping ,

25  invasion of privacy using their power under color of law to fake reports in state to



1  make plaintiff a bad person and to cover their wrongdoing ,on October 2021 one of

2  them called plaintiff and he told him "do you support police officers "plaintiff told

3  him police officers are not elected member to support them , police officer are

4  employees of public organized department under state rules and regulation , and

5  been giving power by law to protect and serve under statutes and regulation ",as such

6  attempt to make plaintiff against the police officers and not to get equal protection

7  under police jurisdiction ,and equal protection of law , and they were telling to

8  people that plaintiff bouazza ouaziz is an apostate , as such attempt  to legalize

9  crime against plaintiff and single him out, and attempt to put his  life and safety in

10  danger , apostate in Islam anyone  kill him can go to heaven .

11      93.plaintiff sent many complaints to united state attorney general in new

12  jersey, but never delivered, they are stealing them from post office in bath avenue

13  Brooklyn throughout help of Rivera manager of that post office and defendant

14  Rivera told to plaintiff call me we going to ask for investigation ,plaintiff called

15  many times defendant Rivera but never answer , plaintiff went to post office to see

16  Rivera but any time she saw plaintiff  she run away inside , plaintiff send complaint

17  to inspector general plaintiff believe never arrived to it destination ,plaintiff called

18  police many times but always go to court or come back later, they were using corona

19  virus lock down and police power to keep me away from getting justice and delay

20  lawsuit for statute of limitation.

21      94. plaintiff Bouzza Ouaziz took DNA test on February 10,2021 and may

22  25,2021  in Brooklyn LabCorp branch on E  14 street in Brooklyn  based on court

23  order Hudson county new jersey ,and plaintiff contested both test based on fraud and

24  inaccurate taking and never had sex with defendant Noura Elghazoini when she get

*40*

1  pregnant ,plaintiff get subpoena from LabCorp there is no first DNA test in LabCorp

2  stored information see subpoena exhibit A  ,and attorney Richard  Muglia (I will

3  preserve my rights to subpoena him as witness )from new jersey informed   plaintiff

4  that  there  is no first DNA test in LabCorp stored information  , defendant Noura

5  Elghazoini and defendant NYC and defendant police officers and defendant Robert

6  Rodriguez and other defendants Samantha gollway and ada ocampy and the manager

7  of  LabCorp branch in Brooklyn conspired to steal first DNA and destroy it and not

8  to send it to be tested , and LabCorp is responsible for the safety and transportation

9  of spaceman ,second DNA test was fraud see subpoena  , plaintiff took second DNA

10  test on may 25, 2021 at 10:30AM not 1:30  ,and judge in Hudson county said on cmc

11  conference bouazza tested on December 10 , plaintiff never tested on December 10

12  plaintiff took DNA test on February 10 and may 25 2021 defendant noura El

13  ghazoini and other defendants have  faked DNA test on December 10 2019 ,and they

14  give it to the judge in Hudson county to legalize it ,when plaintiff found out filed  for

15  motion to disqualify the court and motion to vacate orders based on fraud on the

16  court in Hudson county new jersey and none existence of first DNA test in LabCorp

17  stored information and defendants knocked out plaintiff and assaulted him  on

18  February  26 2022  to duplicate spaceman and send it again to LabCorp to fake it

19  ,defendants Noura Elghazoini and her boyfriend Michael Colombas as medical

20  worker in Christ hospital and his sister police supervisor in jersey city and NYPD

21  and defendant Robert Rodriguez  and other defendant each of them acted from their

22  place with power and  involved in conspiracy with LabCorp and it workers liaz fruz,

23  Samarth Galloway and company ada and the manager in LabCorp branch in E 12

24  Brooklyn under color of law and involved under color of law to knock out plaintiff

25  and assault him and take spaceman to duplicate it as a tactic to cover up their crime

41

1  and their violations of plaintiff constitution rights and as a tactic to clean their dirty

2  hand and destroy plaintiff life and liberties .LabCorp conspiracy throughout its

3  workers under color of law was the cause to violation of plaintiff constitution rights

4  and life and liberties and plaintiff naturel rights and his life and liberties and naturel

5  rights of his girlfriend and free of violence , defendant LabCorp history of crime

6  fraud and intentionally tempering  evidence and negligence and breach of contract

7  and crime fraud and violation of constitution rights of American citizen was the

8  cause of plaintiff violation of constitution rights and life and liberties and attempt to

9  kill plaintiff to dig the case to avoid any prosecution and punishment , believed their

10  illegal action wouldn't be discovered or investigated but to tolerated ,

11      95. Tuesday 17 JUN , 2022 plaintiff went to criminal court in Brooklyn to file

12  for protection order, one police officer told me "New York state don't care anymore

13  about victim," plaintiff found they installed wire camera spy in his room when I

14  opened conversation with I found out they come and they took it ,

15      96. all Wednesdays of October and November on 2021 police car with

16  emergency light was  following around my house and after while driving around my

17  house , plaintiff informed believed they were following him to intimidate him and

18  the same tactic they were in jersey city on 2019,and plaintiff informed and believed

19  that all police officers in 60 precent and 61 precent are conspired against plaintiff

20  and they know and they have reason to know that defendant Rebert Rodriguez police

21  officer and noura el ghazoini , and her boyfriend and other defendant were assaulting

22  plaintiff and they drugging him and his girlfriend , and very informed reasonable

23  person would know that judge caroline cohen and judge Gregory gliedman

1  conspiracy is a protection for other defendant and attempt to dig the case not to go

2  forward ,and aid and abet crime and interfere with plaintiff constitution rights ,

3      97. on January 16 2020, I was in best western hotel in immense ave in Brooklyn

4  around 9pm I saw Robert Rodriguez and another police officer in front of the hotel

5  with emergency police car in front of the hotel they were talking to Michael

6  colombas when they saw me Michael colombas jump in another car and he drove

7  away and January I wake up too much throwing out and dizzy , at the night plaintiff

8  they knock me out and they assaulted me and they steal camera and sim card because

9  the know I was recording them  and I went to police station in 60 precent and

10  defendant blum police officer told me go get subpoena from the court we cannot go

11  do nothing with private business unless there is a subpoena , I went family court in

12  Brooklyn and they told me covid lock down everything is close ,and everybody

13  knows that emergency was open at the time . 93. on information and belief, none of

14  the officers involved in the above -alleged incidents were ever subjected to official

15  investigation and /or official discipline and/or removal or inquiry regarding this

16  action.

17      98.on information and belief, none of the individual involved in this above

18  alleged incident were ever investigated and /or forwarded the complaints to

19  prosecutor.

20      99. on information and believe, none of the defendant's attorney nor judge

21  Caroline were subject to NYS professional conduct investigation.

22      100. on information and believes police officers never open investigation or

23  forwarded the complaint to prosecutor intentionally and willfully to protect their

43

1   other defendant and give them more space and freedom to violate plaintiff life and

2   liberties ,

3       101. plaintiff come to this federal court after I exhausted all other options in

4   new jersey and new York state to get justice and stop this barbarous crimes ,and free

5   of violence and live in peace and enjoy my nature rights as human been lead by some

6   corrupt judges and some bad police officers who using badges to commit crimes and

7   use tribe minded to help other to get away with their crimes ,

8       102. on my information and believes none of defendant above leave to

9   conspiracy or informed the authorities about on going conspiracy to deprive rights of

10  plaintiff , all defendant above are still working hard in scope of conspiracy  to keep

11  this case out of federal justice and to keep up their reputation and enrich their service

12  provider economically ,politically and destroy plaintiff reputation as a survivor of

13  this barbarous crimes ,

14

15                          First claim for relief

16                    (42 U.S.C 1983 against all defendants)

17

18      103.PLAINTIFF hereby repeat, reallege, and incorporate by reference

19  paragraphs 1-95 as though fully restated herein.

20      104.prior of this described wrongdoing above, the New York police

21  department developed and maintained policies and/or customs exhibiting deliberate

22  indifference to the constitutional rights of the United States constitutional rights of

23  united state citizens, which caused the violation of plaintiff rights.

44

105. it was the policy and /or custom the policy of New York State Police Department inadequately supervises and train its police officer, including the defendant police officer, thereby failing to properly discourage constitutional violation on the part of their police officers

106. as a result of the above-described policy and custom police officers of New York City including the defendant police officers, believed their action would not be properly monitored by supervisory officers and that misconduct would not be investigated or sanctioned, but would be tolerated.

107. the above-described policy and/ or customs demonstrates a deliberate and indifferences on the part defendants New York City to the constitutional rights of the United citizens and were the cause of violation of plaintiff rights alleged herein.

108. defendant Yevette Clarke acted throughout her representatives in Brooklyn defendant Orlando and Elin Slaven and agreed with other defendants conspired with other defendant under color of law to deprive plaintiff constitution rights and acted as a facilitator and conspirator to aiding and abetting crimes against plaintiff and his girlfriend and conspired to deprive plaintiff rights and to gain political benefits and hurt violate plaintiff constitution rights , defendant Orlando ross and Eli slavin conspiracy was the cause of violation of plaintiff constitution rights and the cause of continuation of crimes against plaintiff and his girlfriend

109. defendants RIVERA post office supervisor acted under her official job as a supervisor post office and conspired with other defendants to steal my mails not to be delivered to united state attorney general office in new jersey. defendant Rivera by doing so acted and conspired with others defendant to violate my constitution rights and interfere with my constitution rights and liberties granted by the United States constitution, defendant Rivera conspiracy under color of law to violate United

1   States post office rules and regulation and to mail theft and obstruction of mail was

2   the cause of violation of plaintiff rights and liberties and the cause of continuation of

3   crimes against plaintiff and his girlfriend

4        110.defendants judge Caroline Cohen possessed the power as a judge with legal

5   knowledge and armed with constitution rights to safeguard life and liberties and not

6   to act out of her boundaries to conspiracy to aiding or abetting crime, or obstructing

7   justice or using her possession to interfere with plaintiff rights , judge Caroline

8   Cohen ignored New York state judicial ethics and the United States constitution and

9   her oath the constitution and second oath if she served in the army and her duties as a

10  judge and conspired to facilitate crimes and prevent plaintiff from equal protection of

11  law. defendant judge Caroline Cohen and her conspiracy was the cause of violation

12  of plaintiff rights and the cause of continuation of crimes against plaintiff and his

13  girlfriend

14       111. defendant Gregory  gorodetsky law firm acted through it attorney Gregory

15  gorodetsky and conspired under color of law to misrepresentation of facts and crime

16  fraud and attempt to make plaintiff crazy and destroy plaintiff reputation and

17  obstruction of evidences and help other defendant to get away with crimes and get

18  benefits to his own law firm and build his career and exchange favor with other

19  defendant , conspiracy of defendant Gregory  gorodestcky and it attorney give more

20  space to other defendant to continue commit crimes against plaintiff and was the

21  cause of violation of plaintiff rights and liberties ,

22       112.defendant doctor Kelly and wael acted in concert agreed with other defendant

23  under color of law to commit fraud on medial discharge paper to protect other

24  defendant in exchange of favors believed their fraud never discovered or investigated

25  or sanctioned but to be tolerated, defendant Kelly and  wael crime fraud and aid and

1    abet crime was the cause of violation of plaintiff rights and liberties and the cause of

2    crimes against plaintiff and his girlfriend

3         113. defendant lilmor management LLC as current and defendant Kathrine chung

4    as previous landlord acted through its agent as landlord to facilitate crimes and aid

5    and abet crimes against plaintiff and his girlfriend and failure and refuse to

6    investigate and involved in providing access or facilitate or help to  other defendant

7    to get into plaintiff apartment  to assault plaintiff  and my inmate (female ) under

8    color of law , and involved in helping other defendant use illegal substance to knock

9    out plaintiff and people around him , and turning the lights of and on to disable the

10   camera and refuse to provide us with camera footage after many attempt  , and

11   staking and control plaintiff in and out ,and they conspired to use security camera

12   system to commit crimes and control of plaintiff and individual around him , and

13   was the cause of violation of plaintiff rights and the cause of continuation of crimes

14   against plaintiff believed their conspiracy to crime wouldn't discover or punished but

15   to be tolerated . defendant optimum acted thought out its workers and conspired with

16   other defendants to block plaintiff access to router setting and preventing him from

17   updating password not to discover any wire recoding or spy cameras and to help

18   other defendant hack my security camera and hack my electronic account and my

19   digital item ,the conspiracy of optimum and its workers was the cause to crimes

20   against plaintiff and invasion of his privacy ,and continuation of crimes against

21   plaintiff . defendant con Edison acted throughout its agents and conspired  to

22   facilitate to install knocking illegal substance in the building and apartment since

23   2019 , the conspiracy of con Edison and its workers was the cause of crimes

24   committed agsint plaintiff and the continuation of crimes against plaintiff

47

114. all defendants above conspired acted in concert and in meeting of mind and an overt agreement has occurred and continue occurring till now under color of law to conspiracy to deprive plaintiff constitution rights and attempt to destroy plaintiff future constitution rights and put plaintiff rights to life and liberties and his girlfriend life and liberties under attack

115. defendant action was intentionally and willfully and reckless disregard plaintiff constitution rights and undertaken with malice, crime fraud, power abuse, outrage, above the law, and oppression, believed their action wouldn't discovered or sanctioned or investigated but to be tolerated

116. as result of premeditated, calculated conspiracy of defendants under color of law as described above, were the cause of the violations of plaintiff rights alleged herein

117.plaintiff, bouazza ouaziz is entitled to compensatory damages in an amount to be proven at trial

118.plasintiff's bouazza ouaziz is entitled to exemplary and/or punitive damages in an amount to be proven at trial

## SECOND CLAIM OF RELIEF

### (Aggravated SEXAUL ASSAULT18 U.S.C 2241 under color of law)

119.PLAINTIFF hereby repeat and reallege and incorporate by reference paragraphs 1-111 as though fully restated herein.

120. defendants acted in concert, and an overt act has occurred and continue till now, agreed among themselves under color of law to knock out plaintiff, drug him,

48

1  and assault him sexually many times and assault him after they drugged him under

2  color of law.

3      121.as result of being sexually assaulted after getting knocked out, plaintiff

4  suffered harmful, injury, anal fissure, put under anesthesia many times for surgery,

5  and intimidation, intrusive, sleep disturbance and suicide thoughts caused by the

6  defendants Robert Rodrigues as police officers of New York city, and been aided

7  and abetted by other police officers

8      122.the action of defendants in causing plaintiff to fair such harmful or

9  offensives sexual assault were intentionally and outrage and out of control, and

10  revenge and retaliation, and undertaken with oppression and premeditation plan and

11  calculated, and out of control

12      123. defendants Robert Rodriguez acted in concert and premeditated action to

13  assault plaintiff knowingly and willfully his crimes against plaintiff would be

14  protected and covered and facilitated, and aided and abetted by other conspirators

15      124. as a direct and proximate result of defendant's outrage and power abuse

16  and out of control such plaintiff suffered pain, humiliation, distress, physical

17  discomfort, anal fissure, many operations under anesthesia and injury and enjoyment

18  of life forever. And defendants conspired to deprive plaintiff rights and preventing

19  him from getting justice done caused plaintiff emotional and harm and emotional

20  injury and been thinking in suicide.

21      125.as result and proximate result of plaintiff's fair of harmful or offensive

22  sexual assault plaintiff suffered physical injury and pain and emotional distress

23      126. plaintiff is entitled to compensatory damages in an amount to be proven at

24  trial.

127.plaintiff; s is entitled to exemplary and /or punitive damages in an amount to be proven at trial.

### THIRD CLAIM OF RELIEF

(Facilitate sexual assault using illegal substance under

color of law)

128.PLAINTIFF hereby repeat, reallege, and incorporate by reference paragraphs 1-127 as though fully restated herein.

129.as described hereinabove , by using illegal substance to knock out plaintiff and sexually assaulted ,and tortured ,assaulted, battered and by conspired to deprive plaintiff justice and not to investigate all police misconduct and power abuse to commit crimes as police officers , defendants caused plaintiff to feel fair of harmful and offensive sexual assault were unintentional ,and unhuman and undertaken with reckless disregard to plaintiff naturel rights and out of control and as revenge for filling for annulment  .the actions of defendants were intentional and undertaken with unhuman and out control , outrage and above the law   and criminal minded ,believed their crime wouldn't be discovered or investigate but tolerated

130.as a direct and proximate result of plaintiff's fear of harmful or offensive contact, plaintiff suffered emotional distress

131.plaintiff; s is entitled to compensatory damages in an amount to be proven at trial.

132.plaintiff is entitled to exemplary and /or punitive damages in an amount to be proven at trial.

Fourth claims for relief

(Battery using illegal substance under color of law)

133. plaintiff repeat, reallege and incorporate by references paragraphs 1-132 as fully restated herein.

134, as result of being knocked out sexually assaulted under dug, plaintiff suffered harmful or offensive physical contact were intentionally and undertaken with under color of power and out of control and unhuman behavior and protected by police in New York city

135.as direct and proximate result of defendant's infliction such harmful or offensive contact plaintiff suffered emotional distress, physical discomfort, and injury.

136. plaintiff is entitled to compensatory damages in an amount to be proven at trial.

137. plaintiff is entitled to exemplary and /or punitive damages in an amount to be proven at trial.

Fifth claim for relief

(Civil Conspiracy)

138.plaintiff hereby repeat, reallege and incorporate by references paragraphs 1-135as though fully restated herein.

139.defendants ,acting in concert , agreed among themselves to knock out plaintiff using illegal substance and assault plaintiff sexually and his girlfriend ,assault ,battery , and humiliation ,inferences with plaintiff constitution rights ,fraud, tracking using a police power abuse and above the law , computer trespass , intimidation , destroy evidences ,fake evidences ,stalking , disturbing of peace

1   ,destroy property ,premeditated attempt to kill ,  ,revictimize ,against plaintiff in the

2   manners and ways previously alleged ,all the while knowing that they crime

3   wouldn't be investigated or prosecuted ,but to be tolerated

4           140.defendants further agreed among themselves to commit crimes for the

5   purposes of concealing their own wrongdoing and causing plaintiff problems to be

6   thinking in suicide.

7           141. the actions of defendants were undertaken with premeditated and planed

8   under police power and their failure to investigate and/or remove danger police

9   officers acting recklessly, and interference with plaintiff rights to life and liberties

10  and equal protection of law.

11          142. defendant judge Caroline Cohen conspired with others defendant to

12  prevent plaintiff from equal protection of law and equal due process and give more

13  space to other defendants to continue their crimes against plaintiff. defendant judge

14  Caroline Cohen action is aiding and abetting and facilitate crimes, and she had the

15  power to do so, and she acted out of her boundaries jurisdiction to prevent plaintiff

16  from getting protection of law. judge Caroline Cohen and defendant attorney greg

17  gorodosky conspired with police officers and other defendant to obstruction of

18  justice and interfere with plaintiff equal protection of law and due process, and

19  obstruction of evidence and denial justice to plaintiff, and he was delaying the case

20  intentionally for not getting camera footage, and were the cause of crimes committed

21  against plaintiff and his girlfriend and the continuation of crimes against plaintiff and

22  his girlfriend

23          143. defendants conspired to fake medical reports and police reports and

24  prevent plaintiff from equal protection of law and due process knowingly and

1   willfully to help each other from any lawsuit and /or prosecution and single plaintiff

2   out

3       144. as direct and proximately result of defendant's actions, plaintiff suffered

4   emotional distress, humiliation, physical discomfort, and injury.

5       145. plaintiff is entitled to compensatory damages in an amount to be proven at

6   trial

7       146. plaintiff is entitled to exemplary and/or punitive damages in an amount to

8   be proven at trial.

9

10                    Sixth claims for relief

11                    (18.U.S.C 2520)

12

13       147. plaintiff hereby repeat, reallege, and incorporate by reference paragraphs

14   1-146 as though fully restated herein.

15       148.defendants acting in concert, agreed among themselves to intercept,

16   disclose wire, oral, electronic communication, intentionally and knowingly, willfully

17   and recklessly disregard to violate plaintiff constitution rights and plaintiff privacy.

18       149.these actions of defendants were undertaken with fraud, premeditated and

19   planned, oppression and malice.

20       150. as result of violation of premeditated crimes, plaintiff suffered

21   humiliation and emotional distress and anguish and fair about his future privacy

22       151. plaintiff is entitled to compensatory damages in an amount to be proven

23   at trial.

24       152.plaintiff is entitled to exemplary and/or punitive damages in an amount to

25   be proven at trial.

Seventh claim for relief

(18 U.S.C 2511)

153. plaintiff hereby repeat, reallege, and incorporate by reference paragraphs 1-152 as though fully restated herein.

154. defendants acting in concert, premeditated agreed among themselves intentionally and knowingly and witfully and recklessly disregard to plaintiff constitution rights to intercepts, endeavors to intercepts, or /and procures each other to intercept and endeavor plaintiff wire, oral, electronic communication since 2019 and still going on till now.

155. defendants intentionally and knowingly and willfully, premeditated agreed amount themselves to violate plaintiff rights using police umbrella to cover them to violate section 18U.S.C 2511 and assault on plaintiff liberties and rights, and privacy, and causing plaintiff emotional distress and financial lose and violation of plaintiff privacy rights,

156. thees actions of defendants were undertaken with outrage and recklessly and oppression and malice.

157. as result of these violation of section 18U.S.C 2515plaintiff suffered emotional distress and intimidation and wage lose, and financially lose.

158. plaintiff is entitled to compensatory damages in an amount to be proven at trial.

159. plaintiff is entitled to exemplary and/or punitive damages in an amount to be proven at trial.

54

Eighth claim for relief

(Conspiracy to Endangering an injured person)

160.plaintiff hereby repeat, reallege, and incorporate by reference paragraphs 1-159 as through fully restated herein.

161.defendants premeditated acting in concert, premeditates agreed among themselves to injure the plaintiff, assault the plaintiff using illegal substance, and uniform gangs' group to help each other escape crimes and violation committed against plaintiff and against the society under color of law.

162. defendants further agreed and conspired to affect justice and interference with plaintiff equal protection of the law and due process and helping each other to single out plaintiff and stealing his complaints from post office and fake medical report. And agreed among themselves to endanger plaintiff and revictimize him and leave him with his pain and suffering forever, and continue assaulting him, knocking him out,

163. as direct and proximate result of defendant actions, plaintiff suffered emotional distress, humiliation, intimidation, fear, loss of wage, physical discomfort, thinking of suicide and lose enjoyment of life and has been lifted behind along with suffering and pain and fair.

164.plaintiff is entitled to compensatory damages in an amount to be proven at trial

165. plaintiff is entitled to exemplary and/or punitive damages in an amount to be proven at trial.

Ninth claim for relief

(Negligent infliction of emotional distress)

55

1

2   166.Plaintiff hereby repeat, reallege and incorporate by reference paragraphs 1-

3   165 as though fully restated herein.

4   167.plaintiff bouazza ouaziz, has been sexually assaulted and humiliated and

5   been single out to violate his rights under color of law, is subjected to the sound's

6   governments department and public.

7   168. as direct and proximate result of all this delays. failure to investigate and

8   interference with due process of law and equal protection of law plaintiff suffered

9   emotional injury

10  169. plaintiff is entitled to compensatory damages in an amount to be proven at

11  trial.

12

13              Tenth claim for relief

14              (Lose enjoyment of life)

15

16  170.plaintiff bouazza ouaziz, hereby repeat, reallege, and incorporate paragraphs

17  1-169 as   fully restated herein.

18  171.defendants acting in concert among themselves to assault plaintiff, sexually

19  assaulted plaintiff, stalking, harassment, intimidation, invasion of privacy, fraud,

20  failure to investigate, humiliation, and still committing crimes against plaintiff

21  interference with plaintiff rights to seek justice, interference with equal protection of

22  law, in the manners and ways previously

23  Alleged, all the while knowing that they had no rights to do so and using police and

24  power they must single plaintiff out and interfering with his nature rights and

1   constitution rights in the manners and ways previously alleged, all the while

2   knowing that they are violating plaintiff constitution rights.

3       172.defendans further premeditated agreed among themselves not to provide

4   plaintiff equal due process and protection of law and involved in interference with

5   plaintiff health rights and due process, and equal protection of law for the purposes

6   to delay plaintiff justice and denial of justice and abuse of power to obstruct plaintiff

7   justice and equal protection of law and gain statute of limitation defenses.

8       173. furthermore, defendants premeditated agreed upon themselves to prevent

9   their action not to be investigated or monitored by stealing complaint from post

10   offices via help of supervisor of post office in bath avenue.

11       174. furthermore defendants premeditated agreed among themselves under

12   color of law to commit crimes, and fake medical report to put the life and liberties of

13   plaintiff in danger and help themselves to get away with their crimes.

14       175.these actions of defendants were undertaken with premeditation to fraud,

15   intimidation, stalking, fraud, oppression and malice, Power abuse, and outrage

16       176.as direct and proximate result of defendant's actions, plaintiff suffered

17   emotional distress, wage loss, humiliation, physical discomfort, enjoyment of life,

18   and thinking in suicide.

19       177. plaintiff is entitled to compensatory damages in an amount to be proven

20   at trial.

21       178.plaintiff is entitled to exemplary and /or punitive damages in an amount

22   to be proven at trial.

23

24                         Eleventh claim for relief

25            (Premeditated conspiracy to attempt to kill under color of law)

57

1

2    166.Plaintiff hereby repeat, reallege and incorporate by reference paragraphs 1-

3    165 as though fully restated herein.

4    167.plaintiff bouazza ouaziz, has been sexually assaulted and humiliated and

5    been single out to violate his rights under color of law, is subjected to the sound's

6    governments department and public.

7    168. as direct and proximate result of all this delays. failure to investigate and

8    interference with due process of law and equal protection of law plaintiff suffered

9    emotional injury

10   169. plaintiff is entitled to compensatory damages in an amount to be proven at

11   trial.

12

13                              Tenth claim for relief

14                              (Lose enjoyment of life)

15

16   170.plaintiff bouazza ouaziz, hereby repeat, reallege, and incorporate paragraphs

17   1-169 as   fully restated herein.

18   171.defendants acting in concert among themselves to assault plaintiff, sexually

19   assaulted plaintiff, stalking, harassment, intimidation, invasion of privacy, fraud,

20   failure to investigate, humiliation, and still committing crimes against plaintiff

21   interference with plaintiff rights to seek justice, interference with equal protection of

22   law, in the manners and ways previously

23   Alleged, all the while knowing that they had no rights to do so and using police and

24   power they must single plaintiff out and interfering with his nature rights and

58

1  constitution rights in the manners and ways previously alleged, all the while

2  knowing that they are violating plaintiff constitution rights.

3       172.defendans further premeditated agreed among themselves not to provide

4  plaintiff equal due process and protection of law and involved in interference with

5  plaintiff health rights and due process, and equal protection of law for the purposes

6  to delay plaintiff justice and denial of justice and abuse of power to obstruct plaintiff

7  justice and equal protection of law and gain statute of limitation defenses.

8       173. furthermore, defendants premeditated agreed upon themselves to prevent

9  their action not to be investigated or monitored by stealing complaint from post

10  offices via help of supervisor of post office in bath avenue.

11       174. furthermore defendants premeditated agreed among themselves under

12  color of law to commit crimes, and fake medical report to put the life and liberties of

13  plaintiff in danger and help themselves to get away with their crimes.

14       175.these actions of defendants were undertaken with premeditation to fraud,

15  intimidation, stalking, fraud, oppression and malice, Power abuse, and outrage

16       176.as direct and proximate result of defendant's actions, plaintiff suffered

17  emotional distress, wage loss, humiliation, physical discomfort, enjoyment of life,

18  and thinking in suicide.

19       177. plaintiff is entitled to compensatory damages in an amount to be proven

20  at trial.

21       178.plaintiff is entitled to exemplary and /or punitive damages in an amount

22  to be proven at trial.

23

24                    Eleventh claim for relief

25             (Premeditated conspiracy to attempt to kill under color of law)

*59*

179.plaintiff repeat, reallege, and incorporate by reference paragraphs 1-178 as though fully restated herein

180. defendants Roberts Rodriguez agreed among other conspirator under color of law police to attempt to kill plaintiff to avoid any federal prosecution for marriage scam and fraud and any prosecution for crime they committed against plaintiff under color of law with intent to end plaintiff life and life of his girlfriend.

181. defendants agreed among themselves with other defendants with any disregard to their oath as professional with legal knowledge and under color of law and took step to kill plaintiff intentionally and willfully with prior knowledge their action could cause plaintiff death.

182.defendants premediated agreed among themselves commit crimes and use their power and relationship with other conspirator to fake medical report and put the live and liberties of plaintiff in danger and pain and interference with plaintiff rights to life and liberties to cover their wrongdoing

183. these actions of defendants were undertaken with power abuse and NYPD umbrella, and out of control and outrage, out of control. and power of other conspirator with and knowingly and with reckless disregard to plaintiff rights.

184. as direct and proximate result of defendants' actions, plaintiff suffered emotional distress and fear and intimidation,

185. plaintiff is entitled to compensatory damages in an amount to be proven at trial.

186.plaintiff is entitled to exemplary and/or punitive damages in an amount to be proven at trial.

60

Twelfth claim for relief

(Revictimize under color of law)

187. plaintiff bouazza ouaziz, repeat, and reallege, and incorporate paragraphs 1-186 as

though fully restated herein.

188. defendants acting in concert, premeditated to conspiracy to denial plaintiff justice, interferences with plaintiff rights, interference with plaintiff equal protection of law. fail to investigate, continue stalking, continuing of fraud, continuing of intimidation, threat, fake medical reports, stealing of complaint from post office, invasion of privacy , interference with heath in the manners and ways previously alleged, all the while knowing that they had no legal rights to do so and/or manners and ways previously alleged, all the while knowing that they are abusing power and involved in violation of plaintiff constitution rights ,acting out their boundaries jurisdiction and violating the oath to the constitution.

189. defendants further premediated agreed to continue commit their crimes against plaintiff more and more by getting too much space and more freedom from other conspirators.

190. the action of defendants was undertaken with fraud, power abuse, out of control, oppression and malice and fraud, and recklessly disregard

191. as direct and proximate result of defendant's actions, plaintiff suffered emotional destress and revictimized again and again, and suffered humiliation and injury.

61

192. plaintiff is entitled to compensatory damages in an amount to be proven at trial

193. plaintiff is entitled to exemplary and/or punitive damages in an amount to be proven at trial

Thirteenth claim for relief

(42U.S.C 1985 against all defendant)

194. plaintiff hereby repeat, reallege, and incorporate by reference paragrapghs1-193 as fully restated herein.

195. defendants acted in concert agreed among themselves to spared fake characteristics about plaintiff to single him out by telling to people that plaintiff is apostate, and plaintiff is against police in order to get other to applaud their crimes and single out plaintiff.

196. defendants acting in concert agreed among themselves to assault plaintiff sexually and caused him to have Botox surgery as to cause pain and humiliation to plaintiff under color of law and continues to commit crimes against him and his girlfriend, and acted in concert to prevent plaintiff equal protection of law and due process and obstruction of justice to plaintiff

197. defendants further acting in concert and premeditated agreed among themselves to intimidate plaintiff, threat, harassment, fake medical report, stealing complaints from post office, destroy of property, and denial justice to the plaintiff and equal protection of law and due process.

198. defendants acting in concert and premeditated agreed among themselves to prevent plaintiff for equal justice and protection of law, and defendants agreed among themselves to prevent plaintiff from any equal protection law and due

1   process, and obstructing justice under color of law, and single plaintiff out and leaves

2   him alone with pain and suffering and fair was premeditated calculated willfully in

3   advance

4      199. the actions of defendants were undertaken with fraud, out of control under

5   color of law, and oppression and obstructing of evidence and denying justice to the

6   plaintiff.

7      200.plaintiff entitled to compensatory damages in an amount to be proven at trial

8      201. plaintiff bouazza ouaziz entitled to exemplary and/or punitive damages in an

9   amount to be proven at trial.

10

11

12                         Fourteenth claim for relief

13              (Anal fissure and pain against all defendant)

14

15      202. plaintiff hereby repeat, reallege, and incorporate by reference paragraphs

16   1-201as fully restated herein.

17      203. defendants Roberts Rodríguez assaulted plaintiff sexually under color of

18   law as police officer of NYC and member of NYPD and plaintiff had Botox surgery

19   in Maimonides hospital in Brooklyn as result of sexual assault.

20      204. prior to the events of sexual assault defendant NYC police department

21   developed and maintained hiring policies and/or customs exhibiting deliberate

22   indifference to the constitutional rights of American citizens, which caused the

23   plaintiff injury.

24      205.it was the policy and/or custom of the NYC police department to

25   inadequately hire scanning and supervise and train its police officers, including the



1   defendant police officers, thereby failing to properly discourage constitutional

2   violation and/ or protect their police officers by failure to investigate and remove

3   danger and reckless police officer who is using his badge to commit crimes on their

4   parts police officers.

5       206. as result of the above -described policies and customs, police officers of

6   NYC, including the defendant police officers, believed that their actions would not

7   be properly monitored by supervisory officers and the misconduct would not be

8   investigated or sanctioned or prosecuted, but would be tolerated.

9       207. the above-described policies and customs demonstrate a deliberate

10  indifference on the part of defendant's city of New York to the constitutional rights

11  of united state citizens and were the cause of the violations of plaintiff rights alleged

12  herein.

13      208. the defendants Caroline Cohen act where she doesn't have no jurisdiction

14  to act as a conspirator to interfere with litigant rights and prevent litigants of equal

15  protection rights and due process ,these action of defendant  judge Caroline Cohen

16  facilitate crime against plaintiff bouazza ouaziz, believed that her violation of

17  constitution rights wouldn't be punished or investigated , but would be tolerated ,

18  and she is the cause of the violation of plaintiff rights and sexual assault and crimes

19  committed against plaintiff and pain  and anal fissure .

20      209. dfendantts doctors' weal Elway facilitate crime against plaintiff as co-

21  conspirator by faking medical report and facilitate crime against plaintiff, doctor by

22  doing so he is involved in conspiracy with other defendants to deprive plaintiff right

23  and give more freedom to the other defendants to commit more crime.

24      210. defendant Kelly by attempting to fake report of psychological therapy, he

25  is conspired against plaintiff and violated NYS heath act and united state health act,

and he involved of putting plaintiff live and liberties in danger .and he was trying to protect other defendants from prosecution and facilitate more crimes against plaintiff.

211. as direct and proximate result of this unhuman crime, plaintiff bouazza ouaziz suffered permanent wound injury and emotional distress

212.plaintiff entitled to compensatory damages in an amount to be proven at trial

213.plaintiff is entitled to exemplary and /or punitive damages in an amount to be proven at trial.

Fifteenth claim for relief

(Respondent supervisor NYPD)

214. plaintiff hereby repeat, reallege, and incorporate by reference paragraphs 1-213 as result though fully restate herein.

215.defendant's city of New York is liable for the tortious acts and outrage of their agents and employees, as hereinabove alleged, under then theory of respondent superior.

216.as direct and proximate cause of those tortious act and crimes, plaintiff suffered injuries in the manners and ways previously alleged.

217.plaintiff is entitled to compensatory damages in an amount to be proven at trial

218.plaintiff is entitled to exemplary and/or punitive damages in an amount to be proven at trial.

Sixteenth relief for claim

(Negligent hiring, retention, supervision, and training and



1    investigating and prosecution against NYPD and New York city)

2

3    219.plaintiff hereby repeat and reallege and incorporate by reference paragraph

4    1-218as though fully restated herein.

5    220.defendants city of new York owed a duty to citizens, such as plaintiff ,to

6    exercise care in the hiring ,training ,and supervision of its police outrage ,reckless

7    ,power abuse ,prosecute officers involved in gangs ,so as to protect citizen from

8    crimes ,sexual assault , wiretapping , invasion of privacy , conspire to commit crimes

9    , interfere with citizen rights ,intimidation , stalking, And the like ,at the hands of

10   poorly hired, poorly supervised ,unwisely hired ,or unwisely retained police officers

11   or fake investigation report and /or failure to investigate their police officer for their

12   crimes .

13   221. defendant city of New York breached this duty by

14   A)negligently tolerating and /or unwise hiring and /or ratifying the practice or

15   policy of their police officers in committing crimes ;sexual assault, assault ,fraud ,

16   interference with citizen rights, invasion of privacy , stalking , intimidation ,without

17   any investigation of citizen complaints or prosecuting outrage and reckless officers

18   and abusers and violating citizens constitutional rights to due process and to lives

19   and liberties ,as manifested by defendant failure to investigate or supervise or

20   prosecution ,or hiring scanning and failure to discipline the officers who committed

21   such acts as alleged above ,and

22   B) failing to properly screen individuals who apply to become police officers,

23   and failing to remove dangerous police officers, as manifested by defendant 'failure

24   to conduct an internal investigation and inquiry under the circumstances described

25   herein.



222. as direct and proximate result of defendants' negligence, plaintiff suffered from sexual assault, and anal fissure and Botox surgery for anal fissure and humiliation and intimidation and fear at the jurisdiction of defendants' employees in the manners and ways previously alleged.

223. defendant city of New York through her employees conspired with other defendant to deprive my rights and life and liberties granted by the United States constitution.

224. defendant city of New York through hir employees conspired with other defendant to prevent plaintiff from equal protection of law and due process.

225. defendants' doctors conspired with other defendants under color of law to fake medical reports and prevent plaintiff from getting sufficient and complete health medication negligently and crime fraud and to help other defendant get way whit their crimes. doctors' fraud was knowingly and willfully and reckless disregard and negligently and put plaintiff under pain and suffering.

226. defendant carline Cohen judge conspired with other defendant to prevent plaintiff from getting protection of law to prevent more crimes and conspired to revictimize plaintiff again and put his safety and his live and his liberties in danger

227. defendant's conspirator against plaintiff to help each other each one from their place under color of law.

228. as result of defendant's conspiracy, plaintiff suffered fear, humiliation, emotional destress, and unsafe and permanent injury

229. plaintiff is entitled to compensatory damages jointly and severely against all defendants in an amount to be proven at trial.

230. plaintiff is entitled to exemplary and/or punitive damages in an amount jointly and severely against all defendants.

67

Seventeenth claim for relief

(18U.S.C 371 against all defendants)

231.plaintiff bouazza ouaziz hereby repeat, reallege, and incorporate by reference paragraphs 1-230 as though fully restated herein.

232.all defendants above involved in crimes against plaintiff, sexual assault, assault, intimidation, interference with plaintiff equal and prevent protection of law and due process of law, fail to investigate, fail to intervene, Aiding and abetting crimes , misrepresentation of facts ,facilitate crime , complicity , conspiracy, incrimination  , stalking , computer crimes , facilitate crimes using illegal substance, misleading, facilitate access to building, interference with equal protection of law and due process ,destroy of property, endangering injured person, as attempt to help each other and put life and liberties of plaintiff in danger and give more spaces to each other and freedom to endanger plaintiff life and liberties and safety and people around him ,and revictimize him .

233. all defendant, individually and severally involved in all these crimes as attempt to defraud united states of America and destroy life of plaintiff and to protect each other from any federal lawsuit, all defendants acted and conspired under their individual and their capacity and official capacities willfully knowingly and intentionally and undertaken with malice and oppression and power abuse and out of control to deprive plaintiff rights and life and liberties, and to defraud united states of America and escape their crimes and their conspiracy as professionals knowing that they are saturated with legal , scientific , and knowledge that distinguishes them from stupid criminals .

68

234. as direct and proximate result of defendants attempt to defraud united states of America by committing crimes against plaintiff and his girlfriend and interfering with plaintiff live and liberties, plaintiff suffered fear, humiliation, attempt to kill, nightmare, loss of trust, loss of enjoyment of life, emotional distress

235. defendants' action were undertaken with oppression, power abuse, crime fraud, stalking, intimidation, intentionally and willfully and reckless disregard to plaintiff life and liberties and reckless disregard to united state national security

236. plaintiff is entitled to compensatory damages in an amount to be proven at trial.

237. plaintiff is entitled to exemplary damages and/or punitive damages in an amount to be proven at trial.

Eighteenth claim for relief

(Slander, and label)

238. plaintiff bouazza ouaziz hereby repeat, reallege and incorporate by reference paragraphs 1-237 as though fully restated.

239. defendant premeditated acted in concert agreed among themselves to assault plaintiff sexually, and fake reports, and prevent plaintiff from equal protection of law, stalking, intimidation and computer crimes, stealing complaint from post offices, wiretapping, invasion of privacy, spreading bad words such as plaintiff is apostate, and plaintiff is against police officer, as attempt to single plaintiff out and hurt his reputation publicly and privately , and they were using spoof card apps to fake evidence under color of law ,



240. defendant premediated acted on concert agreed among themselves to single out plaintiff by spreading bad words about his personality and characters and his behavior and social relationship and to cover their wrongdoing and airing their dirty laundry.

241. defendants' action with premeditation affect plaintiff publicly and privately and his previous and future relationship and his life would be in danger in anytime.

242. as a direct and proximate result of defendants' actions, plaintiff suffered emotional distress and humiliation, discomfort, fear, nightmares,

243. plaintiff is entitled to compensatory damages in an amount to be proven at trial

244. plaintiff is entitled to exemplary damages and /or punitive damages in an amount to be proven at trial.

## Nineteenth claim for relief

### (Aiding and abetting crimes under color of law against all defendants)

245. plaintiff is hereby repeat, reallege, and incorporate by reference paragraphs 1-232as fully restated herein,

246. defendants premeditated acted in concert, agreed among themselves knowingly and willfully and reckless disregard to plaintiff constitution rights and naturel rights as human being as conspirator, facilitator, complicitous, aider and abettors, to assault plaintiff sexually, fake police report, fake medical reports, wiretapping, extortion misrepresentation of facts, delay of process, act out of jurisdiction, interference with plaintiff rights, knock out using illegal substance,



1  power abuse, intimidation, destroy of property, slander, computer trespass and

2  hacking  ,tracking under color of law and all of them are

3      247. defendant acted premeditated conspiracy in concert and intentionally and

4  with knowledge of the unlawful purpose of the perpetrator co-conspirator and the

5  intent of committing, encouraging, or facilitating the commission of crimes, by act

6  and advice aids, promotes, encourages or instigates the commission of the crime and

7  interfere with reckless disregard to plaintiff naturel rights as human being and

8  constitution rights

9      248. defendants of aiding and abetting crimes gives more spaces to other

10  defendant to continue committing crime against plaintiff more and more and violate

11  his liberties and attempt to kill him plaintiff and his girlfriend

12      249. defendants premeditated acted in concert with oppression, above the law,

13  power abuse, crime fraud, malice under color of law to deprive plaintiff constitution

14  rights.

15      250. as result of conspiracy under color of law, aiding and abetting crimes

16  against plaintiff under color of law. Plaintiff bouazza ouaziz suffered humiliation and

17  emotional distress, financial loss, and equal of protection of law and deference of due

18  process, and violation of his constitution rights, and fair about his future, and fair

19  about safety and dignity as human being, Constitution rights, and safety and safety of

20  his family and friends.

21      251.defendants acted with oppression, fraud, invasion of privacy, and malice in

22  initiating the aiding and abetting crimes against plaintiff bouazza ouaziz, power

23  abuse, unhuman,

24      252. plaintiff bouazza ouaziz is entitled to compensatory damages in an amount

25  to be proven at trial

91

253. plaintiff bouazza ouaziz in entitled to exemplary and/or punitive damages in an amount to be proven at trail

Twenty claims for relief

(42U.S.C 1986 against all defendants severally and jointly)

254. Plaintiff hereby repeat, and reallege, by reference paragraphs 1-253 as fully restate herein

255. defendants acted in concert agreed among themselves each one of their capacities, and an overt act has occurred and still occurring and is going to occur, and premeditated to injury plaintiff and humiliated him, and acted under color of law to prevent plaintiff from getting any justice and /or equal protection of law and protection for plaintiff constitution rights.

256. defendants premeditated conspired and acted in concert under color of law to interfere with plaintiff rights to justice and plaintiff rights to heath with power abuse and out of their boundaries witfully and oppression to prevent plaintiff from getting minimum of protection and safety as human being  and fail and refuse to prevent or aid to prevent conspiracy to crimes  , and all defendant are professional are supposed to know and have reason to know that their act is against the law and is prohibited by federal law ,

257. defendants premeditated agreed among themselves intentionally ,willfully , knowingly and reckless disregard to plaintiff live and liberties and live and liberties of his girlfriend, and to injury plaintiff and his girlfriend and agreed with other with the power they have not to act to prevent such conspiracy crimes committed and about to be committed and agreed to revictimize plaintiff more and



1   more even they have power to stop crimes and they fail to do so, and refuse to act to

2   prevent and aid to prevent crimes

3       258. defendants' actions was undertaken with neglect, refuse, and fail to aid to

4   prevent crimes and conspiracy to commit crimes and with oppression and

5   premeditated malice and power abuse and unhuman and outrage and negligence and

6   failure

7       259. as direct and a proximate result failure and refuse to act to prevent

8   conspiracy to crimes and failure to aid and refuse to aid to prevent conspiracy to

9   crimes and to act to prevent crimes constitute refuse and refusal and negligence

10   caused plaintiff fair and humiliation and emotional distress and financial loss and

11   injuries, and fear, and suicide thought and trauma

12       260.Plaintiff bouazza ouaziz is entitled to compensatory damages in an

13   amount to be proven at trial.

14       261.plaintiff is entitled to exemplary damages and /or punitive damages in an

15   amount to be proven at trial.

16

17

18                  Twenty -one claim for relief

19             (42U.S.C 1986 judge Caroline Cohen and judge Gregory

20                       gieldman)

21

22       262.plaintiff hereby repeat, reallege, by reference paragraphs 1-261 as fully

23   restated

24       263. defendants judge Caroline Cohen and judge Gregory gieldman possessed

25   the power as a judges in NYC civil court and she conspired with NOURA

73

1  ELGHAZOINI attorney in new jersey Leonard Cohen and office of congresswoman

2  Yevette Clarke in Brooklyn and NYC and NYPD to delays plaintiff protection order

3  and send it to another county and she had knowledge that other conspirator are

4  committing crimes and still committing crimes and are going to continue to commit

5  crimes against plaintiff and against his girlfriend , and she had a power to prevent

6  that crime not to be committed and she fail so to do ,and knew that an overt act of

7  wrong conspiracy occurred and still occurring and is going to occur  as described on

8  above ,her wrongdoing falls under 42 U.S.C 1986  and must be liable  to plaintiff

9  damages .

10      264.as result of defendant's judge Caroline Cohen and Gregory gieldman

11  neglect and/or acted out of her boundaries jurisdiction, and failure and refuse to aid

12  to prevent crimes, plaintiff sustained damages caused by the wrongful act, plaintiff

13  suffered for more crimes committed against him and lived in fair about more crimes

14  to be committed. defendant Caroline Cohen action or inaction were intentionally and

15  willfully and reckless disregard to plaintiff constitution rights and liberties and

16  safety,

17      265. conspiracy of judge caroline cohen and judge Gregory gieldamn and their

18  ministerial act and their treason and lawless violence of order was the cause of crime

19  committed against plaintiff and the cause of continuation of crime against plaintiff

20  and his girlfriend and the  cause assault on plaintiff of February 26 2022,

21      266.plaintiff is entitled to compensatory damages in an amount to be proven at

22  trial.

23      267.plaintiff is entitled to exemplary and/or punitive damages in an amount to

24  be proven at trial.

25

74

Twenty-two claims for relief

(Battery and assault and sexual assault, destroy of

properties and false imprisonment, criminal trespass as gang crimes under color

of law)

268. plaintiff repeat, reallege and incorporate by reference paragraph 1-267 as fully stated herein.

269. defendants Robert Rodriguez as police officer of New York city (NYPD) intentionally committed battery and assault and sexual assault plaintiff, and illegal wiretapping plaintiff, intimidation, destroy property as leader of gang group and as police officers,

270. defendants Roberts Rodriguez is a member organized gang group and he assault plaintiff with intent to cause plaintiff physical injury and humiliation and he was aided and abetted by other,

271. defendants further acted to continue crimes and continue aided and abetted by other defendants to continue commit crimes against plaintiff willfully intentionally and knowingly and power abuse and out of control and outrage and unhuman under color of law, and outrage, he is violating plaintiff constitution rights.

272. defendant acted under color of law with power abuse, out of control, outrage, unhuman, and premediated aided and abetted by others.

273. as result of defendants' violation plaintiff constitution rights and naturel rights as human being, plaintiff suffered injuries and humiliation and emotional distress

274. plaintiff is entitled to compensatory damages in an amount to be proven at trial

275. plaintiff is entitled to exemplary and /or punitive damages in an amount to be proven at trial

Twenty -three claim for relief

(Intentional infliction of emotional distress

Against Robert Rodriguez and NYPD and New York city)

276. plaintiff repeat, reallege and incorporate by reference paragraph 1-262 as fully stated herein

277. dfendant as direct result of these allegation as stated, Robert Rodriguez as police officer of NYC (NYPD) committed extreme and outrageous conduct and continue committing outrageous conduct as a police officer that shocks the conscience.

278. defendants Robert Rodriguez's sexual assault and assault, and intimidation and gang crimes, goes beyond all possible bounds of decency and is intolerable in a civilized community.

279. defendant Robert Rodriguez acted in gangs' group under color of law and out of control and aided and abetted by others, knew and disregarded the substantial likelihood that these actions would cause plaintiff severe emotional distress and destroy plaintiff reputation publicly and privately and plaintiff reputation in the future, and cause suicide thought and unsafety to plaintiff,

280. as direct and proximate result of defendant's Robert Rodriguez criminal acts, plaintiff has in the past and will in the future continue suffer substantial damages, including extreme emotional distress, humiliation, fear, psychological trauma, loss of dignity and self-esteem, and invasion of privacy.

1    281.plaintiff is entitled to compensatory damages in an amount to be proven at

2    trial

3    282. plaintiff is entitled to exemplary and/or punitive damages in an amount to be

4    proven at trial

5                              Twenty-four claims for relief

6                    (42U.S.C 1986 against Rodriguez rosa NYPD and NYC)

7    283.plaintiff hereby repeat, reallege, by reference paragraphs 1-282as fully

8    restated herein

9    284. defendants sergeant rosa   possessed the power as a police internal

10   investigator (NYPD) in new York city police department to and he conspired with

11   others defendants not to act to prevent conspiracy formed to commit crime and

12   continue committing  crimes and he know and should know that crimes are been

13   committing against plaintiff ,and possessed the power to prevent crimes s and fail to

14   do and refuse to do  willfully and intentionally to protect other defendant and their

15   reputation ,and put plaintiff life and liberties in danger and against and his girlfriend ,

16   and he knew that on overt act of wrong conspiracy occurred and still occur and will

17   continue to occur and he failed refused to act to prevent wrong conspiracy as

18   described on title 42 USC 1985 his  action falls under 42 U.S.C 1986 and must be

19   liable  to plaintiff damages .

20   285.as result of defendant's sergeant rosa neglect and/or acted not to prevent

21   and refuse to act to prevent conspiracy to commit crimes and refuse to do so, and fail

22   to do, he is liable to the plaintiff for all damages caused by the wrongful act, plaintiff

23   suffered for more crimes committed against him and lived in fear about more crimes

24   to be committed. And defendant ROSA fail and refuse to prevent and/or aid to

25   prevent crimes against plaintiff were intentionally and willfully and reckless

1   disregard to plaintiff constitution rights and liberties and his intent is protect

2   conspirator and their reputation

3       286.plaintiff is entitled to compensatory damages in an amount to be proven at

4   trial.

5       287.plaintiff is entitled to exemplary and/or punitive damages in an amount to

6   be proven at trial.

7

8                   Twenty-five claims for relief

9                 (Constrictive fraud against all defendants)

10

11      288.plaintiff repeat, reallege and incorporate by references paragraphs 1-

12   287as fully restated herein

13      289.defendants delays the case since October 26 ,and involved in

14   misrepresentation of facts , fraud , power abuse , intimidation , robbery , destroying

15   properties , destruction of evidence , prevent plaintiff from appeal , interference with

16   plaintiff rights , racketeering act , extortion ,stealing mails from post office,

17   tampering  with evidence , crime fraud , computer crimes , fake of evidences

18   ,defendants entered into an confidential ,fiduciary ,and special relationship with

19   plaintiff , conspiracy to refuse or aid to prevent conspiracy of crimes ,failure to

20   intervene to prevent conspiracy , fail to investigate crime,

21      290. defendants breached their confidential, fiduciary duty and special duties to

22   plaintiff by the wrongful and conduct described above and incorporated into this

23   cause of action ,and in so doing ,gained an advantage over plaintiff in matters

24   relating to plaintiff safety , security ,and health and life and liberties .in particular ,in

25   breaching such duties as alleged ,defendants were able to sustain their statue as in

78

1    public and institution of high moral repute .and preserve their reputation ,all at

2    expenses of plaintiff's further injury and in violation of defendants mandatory duties

3            291.by virtue of their confidential, fiduciary and special relationship with

4    plaintiff defendants owed plaintiff a duty to:

5            a. fails to perform their duties and their oath to the constitution

6            b. spread bad word and characters and behavior and plaintiff believes about

7    plaintiff in order to clean their crimes and fraud hand

8            c. prevents plaintiff equal protection of law and due process, misrepresentation

9    of facts, slander, lawless violence of order,

10           d. refuse and failure to aid to prevent conspiracy to crimes, applaud crimes

11   against plaintiff.

12           e. singles out plaintiff and leave him along to suffer with pain and anguish and

13   invasion of his privacy.

14           f. robbery instead of performing the duties to plaintiff.

15

16       292. defendants breach of their respective duties included:

17           A. not making what required to do and not to do by law

18           b. fraud and deceive and misrepresentation of facts and lawless violence of

19   orders and delays and prevent plaintiff from equal protection of law and due process

20           c. permitting other conspirator to continue commit crimes against plaintiff

21   by interfering with plaintiff to equal of protection of law and due process, and free of

22   violence

23           d. not adapting policy and costumes to punish criminals instead of helping

24   and aiding and abetting lawless violence orders and fraud and unleash other

25   conspirator to commit crimes

293. defendants acts such acts were done for the purposes of causing plaintiff to forbear on plaintiff's rights.

294. the misrepresentation, suppression and crimes fraud, and deceive by defendants were intended to and were likely to mislead plaintiff and other to believe that defendants had no knowledge of any crime's fraud committed by conspirators,

295.the misrepresentation, suppressions and fraud, crimes of defendants were likely to mislead the justice and plaintiff and other to believe that defendants had no knowledge of the facts that defendants were a molester and were known to commit wrongful sexual assault, assault, battery, robbery, intimidation, fraud upon the court,

296. at all-time mentioned herein, defendants, with knowledge of the tortious nature of their own and defendants conduct knowingly conspired and give each other substantial assistance to perpetrate the misrepresentation, fraud and deceit alleged herein covering up the past allegation of fraud and extortion and sabotage of justice and refuse and/or fail to intervene to stop conspiracy, so they could maintain their reputation and continue violate united citizen rights and plaintiff rights.

297. as result of the above -described conduct ,plaintiff has suffered and continue suffer great pain of mind and body ,shock ,emotional distress ,physical manifestation of emotional distress including embarrassment , loss of self-esteem ,disgrace, humiliations , and loss of enjoyment of life , has suffered and continue to suffer and prevented and will continue to be prevented from performing daily activities and obtaining the full enjoyment of life , will sustain loss of earning and earning capacity ,and /or incurred and will continue to incur expenses for medical and psychological treatment ,therapy and counseling

298. as direct and a proximate result of plaintiff's fear of fraud, intimidation, lawless violence of orders, extortion, harassment threat, robbery, computer fraud,

computer trespass, tracking, hacking, interfere with plaintiff mails, plaintiff suffered financial loss, emotional distress, physical pain, and nightmares.

299. plaintiff is entitled to compensatory damages in an amount to be proven at trial

300. plaintiff is entitled to exemplary and /or punitive damages in an amount to be proven at trial.

Twenty – six claims for relief

(Tortious interference with rights)

301. plaintiff repeat, reallege and incorporate by references paragraphs 1-300as fully restated

302. defendants premeditated acted in concert agreed among themselves under color of law assault plaintiff sexually and continue assault him and prevent him from equal protection of law.

303.defendants individually Committed intentionally and without justification interfered with plaintiff life and liberties.

304. defendants' actions were the proximate cause of plaintiff damages.

305.plaintiff bouazza ouaziz suffered actual damages ad losses as result of this action.

306. plaintiff is entitled to compensatory damages in amount to be proven at trial

]. 307. plaintiff is entitled to exemplary and/or punitive damages in an amount to be proven at trial.

81

1

2               Twenty -seven claim for relief

3          (Unfair business practices against defendant doctor weal, Doctor Kelly,

4      and Greg C.gorodetsky law firm and its attorney Gregory  gorodetsky. Yevette

5      Clarke and its office in Brooklyn  and optimum and conEdison)

6          309. plaintiff repeat, reallege and incorporate by reference paragraphs 1-308as

7   fully restated herein

8          310.plaintiff informed and believe and, on that basis, alleges that defendants

9   have engaged in unlawful, unfair and deceptive business practices including allowing

10  other defendants to commit crime and aid and abet crimes and allowing other to fake

11  report and allowing other to engage in fraud and crimes and make false statement to

12  gain benefit and steal plaintiff money and fail to take reasonable step to prevent

13  fraud and crime fraud and conspiracy from occurring, the unlawful, unfair and

14  deceptive business practices also included failing to adequately perform their duties

15  to plaintiff, by investigate, defend plaintiff interest, avoid fraud, avoid conspiracy,

16          311.plaintiff informed and believes that defendants engaged in common

17  scheme of fraud and false statement and misrepresentation of facts, arrangement or

18  plan to actively conceal allegation against defendants could maintain public images

19  and void detection of such power abuse, crimes fraud, abuse and abusers. plaintiff

20  informed and believed and thereon allege that defendants actively concealed these

21  allegations, such that defendants would be insulated from public scrutiny,

22  governmental oversights, and /or investigation from various federal agencies, all

23  done in order to maintain the false sense of safety for clients and to perpetuate the

24  program financially.



312. by engaging in unlawful, unfair and deceptive business practices, defendants illegally benefited financially to the detriment of its clients, who had to comply with law.

313. unless restrained, defendants will continue to engage in the unfair acts and business practice described above, resulting in great and irreparable harm to plaintiff constitution rights and/or the other similar situated clients and litigants.

314. plaintiff seeks restitution for all amount improperly obtained by defendants using the above-mentioned unlawful business practice, as well as the disgorgement of all ill-gotten gain benefit on behalf of plaintiff trauma and revictimize.

315. the action of defendants in causing plaintiff to financial loss were intentionally, and undertaken with malice and oppression and negligence and power abuse and above the law

316. plaintiff is entitled to compensatory damages in an amount to be proven at trial

317. plaintiff is entitled to exemplary and /or punitive damages in an amount to be proven at trial

Twenty -eight claims for relief

(42 USC 13981)

318. plaintiff repeat reallege, incorporated by references paragraphs 1-317 as fully restated herein

319. defendants acted in concert agreed among themselves to  conspired to commit series of crimes against plaintiff , assault , sexual assault in multiple times ,anal fissure , battery , extortion , robbery , intimidation , invasion of privacy , crime fraud , slander ,staking ,prevent plaintiff from equal protection of law   ,obstruction of justice , interference with plaintiff rights to life and liberties , destroy of property ,

83

anesthesia many times for surgery to  anal fissure all this crimes are motivated by sex and/or on the basis of sex  under color of law

320.defendants further acted in concert agreed among themselves to crime fraud and attempt to kill plaintiff to clean their wrongdoing and to cover up their crimes and keep up their reputation and destroy plaintiff reputation, and avoid any prosecution and punishments for the crimes they committed and still committing against plaintiff

321.defendant actions were willfully motivated by sex and were undertaken with crime fraud, oppression and malice   under color of law, outrage and as organized gangs' group,

322. as a direct and proximate result of this unhuman crimes committed against plaintiff, plaintiff suffered physical pain, emotional distress, fear, loss of sleep, loss enjoyment of life and financial loss

323. plaintiff is entitled to compensatory damages in ana amount to be proven at trail

324.plaintiff is entitled to exemplary and/or punitive damages in an amount to be proven at trial

Twenty -nine claims for relief

(intentionally crime fraud and misrepresentation of facts against greg C.gorodetsky law firm, and its attorney Gregory gorodestsky)

325.plaintiff bouazza ouaziz adopts and incorporates by references paragraphs 1-324 as fully restated herein.

84

1    326.defendants had a duty to completely perform his duty owned to the plaintiff

2    by signing retainer agreement and according to NYS professional conduct and to

3    rules 8:4 of professional conduct

4    327.defendants breached its duty to completely perform its duty by involving

5    in misrepresentation of facts and crime fraud and destruction of evidence and fraud

6    and conspiracy to deprive plaintiff rights and liberties secured by united state

7    constitution under color of law, as a tactic to prevent plaintiff equal protection of law

8    and due process and free from violence

9    328.defendants had a duty to represent plaintiff in matter of law going in king's

10   county and investigate and send subpoena to get camera footage from the building

11   where crimes been committed and represent plaintiff and his interests without any

12   attempt to deceive justice and obstruction of plaintiff equal protection of law and due

13   process and /or avoid any conspiracy could lead to destroy plaintiff rights and

14   liberties and without any interference with plaintiff rights

15   329. defendant breached its duty to and failed and refused to perform and

16   uphold the retainer agreement signed with plaintiff and intentionally involved in

17   attempt to make plaintiff crazy and as such attempt to enrich his service provider and

18   steal plaintiff money and build his career on plaintiff trauma and pain suffering

19   330, defendant negligence and carelessness, as aforesaid, was with reckless

20   disregard to plaintiff interest.

21   331.as direct and proximate result of defendant misrepresentation of facts and

22   fraud and negligence, plaintiff suffered emotional distress, financial loss and fear of

23   his properties and life and liberties would be taking based on this negligence and

24   intentionally to defraud.

85

332. plaintiff is entitled to compensatory damages in an amount to be proven at trial

333. plaintiff is entitled to exemplary and/or punitive damages to in an amount to be proven

Thirty claims for relief

Racketeer influenced and corrupt organization

act (18U.S.C 1962,42 USC 1964)

334. plaintiff repeat, reallege, incorporated by reference paragraphs 1-333 as though fully restated herein.

335.federal law bars conduct of an enterprise through a pattern of racketeering activity causing injury to a person's business or property.

336.defendants are each an enterprise within the meaning of 18U.S.C 1961(4) are everyone, enterprise, corporation,

337.each of these defendants engaged of pattern of racketeering. racketeering activity include using illegal substance to knock out people for have sex and drug ,abuse , and fraud , lawless violence of orders , robbery ,intimidation , harassment , extortion ,obstruction of justice , interference with rights , power abuse ,crime fraud ,influence to change the outcome of legal dispute ,invasion of privacy ,stalking , interference with business ,bribery ,mail theft ,obstruction of criminal investigation ,tampering with a victim ,retaliation against victim, engaging in monetary transaction in property derived from specified unlawfully activity, conspiracy to defraud united states of America ,and defendants engaged in multiple acts of such racketeering activity and conspiracy to such that those acts constituted a pattern

86

338. such acts caused injury to plaintiff bouazza ouaziz business or property, plaintiff bouazza ouaziz has a property interest in his dispute and likeness and his rights. defendants crime fraud extortion against plaintiff intentionally to gain profit from its conspiracy and help each other to robbery and keep up their reputation and others financial support .defendants engaged in a pattern of racketeering ,and a racketeering conspiracy ,including the concealment and cover up of the sexual assault under color of law , fraud under color of law , robbery under color of law ,extortion under color of law ,intimidation under color of law ,attempt to defraud united states of America under color of law , and impose risk united states  national security .

339. as result of such illegal conduct, plaintiff suffered injury to his property rights inasmuch as defendants obtained exclusive rights to exploit them as a result of the pattern of racketeering activity.

340. as result plaintiff bouazza ouaziz is entitled to all damages associated with the injury to his business or property, treble damages, cost and fees, disgorgement of profits, and other equitable relief

341. plaintiff bouazza ouaziz is entitled to punitive damages   in an amount to be proven at trial

Thirty -one claims for relief

(Assault under color of law using illegal substance)

342. plaintiff repeat, reallege and incorporate by references paragraphs 1-341 as fully restated herein.

87

343, as result of being knocked out sexually assaulted under dug, plaintiff suffered harmful or offensive physical contact were intentionally and undertaken with under color of power and out of control and unhuman behavior and protected by police in New York city

344.as direct and proximate result of defendant's infliction such harmful or offensive contact plaintiff suffered emotional distress, physical discomfort, and injury.

345. plaintiff is entitled to compensatory damages in an amount to be proven at trial.

346. plaintiff is entitled to exemplary and /or punitive damages in an amount to be proven at trial.


Thirty-two claims for relief

(Obstructing of justice and fraudulent of concealment of evidence

18.U.S.C SECTION 1519, all defendants)


347.plaintiff hereby repeat, reallege and incorporate by reference paragraphs 1-346 a though fully restated herein

348. defendants premeditated acted in concert and in overt act has occurred and still occurring to obstruct justice and interference with plaintiff rights to equal protection of law and due process.

349. defendants acted in concert agreed among themselves to prevent plaintiff justice by destroying evidence, fake evidence, fake records, misrepresentation of facts, destruction of evidence, spoliation of evidence in order to cover-up their



1  crimes and violate plaintiff constitution rights and to attempt to defraud united states

2  of America and hurt plaintiff life and liberties

3      350.the action of defendants to destruction and spoliation of evidence were

4  intentionally and willfully and reckless disregard to plaintiff constitution rights and

5  to his naturel rights as human being

6      351. as direct and proximate result of plaintiff's fear of life and liberties caused

7  plaintiff financial loss, emotional distress and fear and nightmares

8      352. plaintiff is entitled to compensatory damages in an amount to be proven at

9  trail

10      353. plaintiff is entitled to exemplary and/or punitive damages in an amount to be

11  proven at trail

12

13

14                    Thirty -three claims for relief

15          (BREACH OD FIDUCIARY DUTY against greeg gorodesky law firm and

16                  its attorney greg gorodesky, )

17      354. plaintiff repeat, reallege and incorporate by references paragraphs 1-353as

18  fully restated herein

19      355. defendant above signed retainer agreement to represent plaintiff in protection

20  order going in king's county against defendant Noura elghazoini, under New York

21  law and regulation and under NYS professional conduct and New York state penal

22  and civil procedures, which been formulated according to the united stated

23  constitution and civil rights and human rights, and that agreement created fiduciary

24  duty owned to the plaintiff.

356. defendant above breach their duty owned to the plaintiff by failing to perform their duty, and refuse to aid to prevent crimes and aid to prevent conspiracy to crime fraud, and delays and robbery using plaintiff trauma ,and involved conspiracy in aiding and abetting crimes against plaintiff  as alleged above and involved I helping public officers to violate plaintiff constitution rights of plaintiff intentionally and willfully to hurt plaintiff interest and gain and enrich their service provider and steal plaintiff money and prevent him from equal protection of law

357. defendant action to injuries plaintiff or acts on contrary to interest of plaintiff was intentionally and willfully and reckless disregard to plaintiff constitution rights and reckless disregard to noble letter of legal representative

358.as result and a proximate defendant's misconduct plaintiff suffered financial loss, humiliation, robbery, extortion,

359. plaintiff is entitled to compensatory damages in an amount to be proven at trial

360.plaintiuff is entitled to exemplary and/or punitive damages in an amount to be proven at trial


Thirty-four claims for relief

(Gross negligence against defendant greeg C. gorodetsky law firm and its

attorney    Gregory Gorodestsky )


361. plaintiff repeat, reallege and incorporate by references paragraphs 1-360 as fully restated herein

362.dfendants above owed a duty to plaintiff to perform their legal representative by signing retainer agreement with plaintiff to represent him in in



protection order going in king's county, and defendants above are armed with legal knowledge and constitution rights knowledge they accumulated in their school of law, and their legal career as law firm and attorneys

363. defendants above intentionally and willfully fail to uphold their duty to the plaintiff as stated and phrased in retainer agreement signed with plaintiff,

364. defendant's action and inaction were intentionally and willfully, and they knew of the potential harm consequences   to the plaintiff rights and liberties and his safety

365. as result and proximate result of defendant failure /refuse to uphold their duty owned to the plaintiff as alleged above, plaintiff suffered harm and financial loss of 3000$ and continuation of crimes against him and the harm was a foreseeable consequences of defendants failing/refuse to uphold their duty.

366. plaintiff is entitled to special damages to cover any cost the plaintiff incurred because of that gross negligence in an amount to be proven at trial

367. plaintiff is entitled to compensatory damages in an amount to be proven at trail

368. plaintiff is entitled to exemplary/punitive damages in an amount to be proven at trial


Thirty-five claims for relief


(RES IPSA LODUITOR against defendant greg c. gorodesky law firm, and its attorney Gregory Gorodetsky)

91

369.plaintiff bouazza ouaziz repeat, reallege and incorporate by references paragraphs 1-386 as fully restated herein

370. said occurrences that resulted in injuries and damages sustained by plaintiff bouazza ouaziz are the kind which ordinarily occur due to someone's negligence,

371.said occurrences that resulted in injuries and damages due to delays of protection order and fraud and refusal to get camera footage and misrepresentation of facts failure to  subpoena witnesses sustained by plaintiff bouazza ouaziz were caused by circumstances which were under defendant's legal representative  and management and contact to the court and absent of plaintiff and defendant were representing plaintiff in court proceeding  defendants as attorney should be aware of plaintiff interest were taken away by fraud was committed  in front of their sought.

372.defendant had superior knowledge or access to information and to the court and defendant used plaintiff trauma and panic to hurt plaintiff interest and was dealing to enrich their service provider as the cause of said occurrences

373.defendant's negligence and carelessness of defendant as aforesaid, was with reckless and disregard to the interest of plaintiff bouazza ouaziz

374. as direct and proximate cause of negligence and carelessness of defendant, bouazza ouaziz suffered emotional distress, extortion, robbery, and fear for his life and liberties, and fear for his future rights and liberties and properties to be taken away, and continuation of interstate of staking and assault, and crimes fraud and crime against him and his girlfriend.

375.plaintiff bouazza ouaziz is entitled to compensatory damages in an amount to be proven at trial

376. plaintiff is entitled to exemplary and/or punitive damages in an amount to be proven at trial

Thirty sex claims for relief against

(Intentionally crime fraud against all defendants )

377. plaintiff repeat reallege and incorporate by references paragraphs 1-376 as fully restated herein

378.defendant NYC AND NYPD AND LabCorp and its workers involved in conspiracy under color of law to destroy first DNA test on February 10, 2021, and involved in faking second DNA test on May 25, 2021, and intentionally and willfully and reckless disregard to plaintiff constitution rights to life and liberties and properties and reckless disregard to plaintiff future constitution rights to life and liberties and properties,

379. defendant NYPD AND NYC AND  LabCorp is responsible for the safety of spaceman from the time been taking from plaintiff to the testing and data analysis, and LabCorp and its workers intentionally and willfully involved in providing no safety to spaceman and intentionally and willfully and with reckless disregard to plaintiff constitution rights and reckless disregard to rules and regulation and reckless disregard involved in crime fraud , and the conspiracy of LabCorp was the cause of violation of plaintiff constitution rights and liberties in new York under color of law and the cause of attempt to kill plaintiff to cover up their crime believed their action wouldn't be discovered and sanctioned but to tolerated ,

380.dfendant LabCorp action were undertaken with oppression, above the law, outrage, unhuman, intentionally and willfully and reckless disregard to plaintiff liberties and his immune secured by the United States constitution.

381.as direct and a proximate result of defendant conspiracy to defraud plaintiff suffered many crimes committed against and his girlfriend and assault and knock out



1 using illegal substance and attempt to kill and fear and emotional distress and loss of

2 more than 80000$ and suicide thought, trauma, invasion of privacy, extortion,

3 violence,

4      382. plaintiff is entitled to compensatory damages in an amount to be proven at

5 trial

6      383. plaintiff is entitled to exemplary and/or punitive damages in an amount

7 time 1000 of compensatory damages

8

9                     Thirty-seven claims for relief

10                     (Against the city of New York)

11      384.Plaintiff repeat reallege and incorporate by references paragraphs 1-383 as

12 fully restated herein

13      385. that as an employer of the individual defendants police officers at the

14 time of their negligent conduct as set forth herein ,the defendant city of new York is

15 liable under the laws of the defendant city and state of new York ,for allowing said

16 defendant police to act under color of law and in violation of bouazza ouaziz

17 constriction rights as member of NYPD ,and failure and refuse to act and failure and

18 refuse  to aid to prevent conspiracy to crime against plaintiff bouazza ouaziz ,

19      386. as a direct and a proximate result of the aforesaid acts and omissions by the

20 defendant's police officers, the plaintiff suffered fear, continuation of crimes,

21 humiliation, unsafety, nightmares, suicide thought, loss enjoyment of life, loss of

22 concentration,

23      387. defendant city of New York failure and refuse to act to prevent or aid to

24 prevent conspiracy to crimes against plaintiff and failure and refuse to investigate

25 their employees were undertaken with malice and negligent and oppression

94

1  intentionally and willfully and reckless disregard to plaintiff constitution rights and

2  life and liberties

3       388. plaintiff is entitled to compensatory damages in an amount to be proven at

4  trial

5       389. plaintiff is entitled to exemplary and /or punitive damages in an amount to

6  be proven at trial

7

8                         Thirty -eight claims for relief

9              (Criminal trespass and using illegal substance to knock out and invasion

10                       of privacy under color of law as motivation)

11       390. plaintiff repeat reallege and incorporate by references paragraphs 1-389

12  as fully restate herein,

13       391.defendant Robert  Rodriguez as police officer of new York city acted in

14  concert agreed among other defendant noura el ghazoini and her boyfriend Michael

15  colombas and aided and abetted by other defendant to use illegal substance and

16  facilitated by other defendant each of them acted from his /her capacity to facilitated

17  crimes to knock out plaintiff bouazza ouaziz to commit unhuman crimes against

18  plaintiff and break all characters of civilized humanity to cover up their crimes and

19  reckless disregard to plaintiff and people around him privacy and their safety and

20  their dignity and their self-esteem as human and as NYS resident and in united states

21  of America territories and in 21 century ,and as NYPD POLICE OFFICERS and

22  under eyes and ear of his supervisors and other defendant who elected to safeguard

23  life and liberties ,

24       392. furthermore defendant acted in concert agreed among themselves to protect

25  each other and enrich their service provider and attempt to prevent plaintiff equal



1  protection of law and due process and intentionally and knowingly and willfully and

2  reckless disregard to plaintiff as a human being minimum protection of law and

3  safety and peace.

4    393. dfendants action was intentionally and willfully and reckless disregard to

5  plaintiff naturel rights and constitution rights and life and liberties and it was

6  intended to cover up their crimes and destroy plaintiff reputation and liberties and

7  rights granted by united state constitution, and humiliation, and were undertaken

8  without power and outrage and unhuman and motivated by police power and blood

9  relationship to those who have power,

10    394. as direct and a proximate result of defendant's conspiracy to crimes as

11  alleged above each one acted from their place with their official capacity, plaintiff

12  suffered fear, humiliation, suicide thought, trauma, chock,

13    395. plaintiff is entitled to compensatory damages in an amount to be proven at

14  trial

15    396. plaintiff is entitled to exemplary / punitive damages in an amount to be

16  proven at trial

17

18                    Thirty -nine claims for relief

19            (Power abuse and refuse and fail to provide equal protection of law)

20

21    397. plaintiff repeat, reallege by references paragraphs 1-396 as fully restated.

22    398. defendants premeditated acted in concert among themselves intentionally

23  and knowingly and willfully and deliberately to commit crimes against plaintiff as

24  alleged above.

96

399. defendants conspired to delay process and prevent equal protection of law to the plaintiff intentionally and willfully to cause plaintiff harm and pain and financial loss and emotional distress.

400. defendants' action of power abuse and prevent equal protection of law is to prevent plaintiff from going further with any protection of law to his life and liberties, and to protect each other and clean their wrongdoing.

401. defendants action undertaken with power abuse in order to hurt plaintiff constitution rights and to clean their wrongdoing, believed their action wouldn't be reviewed and investigated or /and sanctioned, but to be tolerated.

402. as result of power abuse and prevention of equal protection of law, plaintiff suffered damages and emotional distress and fair for his safety and safety of people around him.

403. plaintiff is entitled to compensatory damages in an amount to be proven at trial.

404. plaintiff is entitled to exemplary and/or punitive damages in an amount to be proven at trial.


Forty claims for relief

(Medical battery against all defendants )

405. plaintiff repeat, reallege and incorporate by references paragraphs 1-404 as though fully restated herein

406. defendant noura el ghazoini conspired to drug plaintiff since 2016 to have sex and drug with Michael colombas, and deceive plaintiff that noura el ghazoini gets pregnant from him, the first time plaintiff met defendant Noura Elghazoini in Astoria NY in the early morning she wake up at 5 am and she told to plaintiff you

destroy my virginity and she run away and she jumped in one car new jersey plate

M98-BMK owned by Francisco friend of defendant Michael Colombas ,and

defendant noura El ghazoini divorced in Morocco and divorced in new jersey ,

407. defendant were using illegal substance (chloroform) and toxic chemical to

knock out plaintiff and use controlled drug as a medical worker to make plaintiff

asleep and motivated by defendant police officers in NYC and Robert Rodriguez as

police of New York city and facilitated by workers of lilmor management LLC and

aided and abetted by judges Caroline Cohen and judge grogory gliedman

408. defendant action were undertaken under color of law and out of control,

and outrages believed their violation of law will be protected by police and to be

tolerated.

409. as direct and a proximate result of defendant wrongdoing plaintiff suffered

physical damages pain in chest, permanent headache, pain and in biceps and triceps,

pain shoulders, kidneys, and emotional distress, loose of muscles, permanent

diarrhea, cysts on my kidneys, loss of sleep, nightmares, trauma and panic, suicide

thought, and not determine yet

410. plaintiff is entitled to compensatory damages in an amount to be proven at

trial

411. plaintiff is entitled to exemplary and/or punitive damages in an amount to

be proven at trial

412. plaintiff is entitled to compensatory to any future damages related to these

crimes drugging and illegal substance,

forty -one claim for relief

(Violation responsibilities of landlords and breach of contract)

against lilmor management llc and its workers, and Katrine chung )



1        413.plaintiff repeat reallege and incorporate by references paragraphs 1-412

2  as fully restated herein

3        414. defendant lilmor management llc acted thought out its workers and

4  conspired under color of law to allow other defendant to access the building and

5  install illegal substance to keep knocking out plaintiff and his girlfriend and get

6  access to their digital item and alleged herein, and assault them to cover up their

7  crime and fake evidence and destroy evidence and install spy tracking on their digital

8  item,

9        415. defendant Kathrine Chung conspired with other defendant to allow them

10  to install illegal substance in the house where plaintiff paying renting to defendant in

11  8639 23 rd. avenue Brooklyn New York to keep knocking out plaintiff and

12  assaulting him to fake evidence destroy evidence, assault plaintiff, and to cover their

13  crimes and obstructing investigations,

14        416. defendants lilmor management llc and Kathrine chung action were

15  undertaken with malice and under color of law and bribery and intentionally and

16  reckless disregard to plaintiff rights and life and liberties and violation of landlord's

17  responsibilities to their tenants and their safety and their privacy

18        417. as direct and a proximate result of defendants above unhuman action

19  plaintiff suffered violation of privacy, assault, battery, medical battery, unsafety, fear

20  for his life and life of his girl friend

21        418. plaintiff is entitled to compensatory damages in an amount to be proven at

22  trial

23        419. plaintiff is entitled to exemplary and /or punitive damages in an amount to

24  be proven to trial

25

Forty- two claims for relief

Interference with plaintiff heath rights

420. plaintiff repeat reallege and incorporate by references paragraphs 1-419 and fully restated herein

421. defendants acted in concert agreed among themselves and in meeting of mind and an over act has occurred sand still occurring till submitting this complaint and to commit crimes against plaintiff and acted in concert under color of law to prevent plaintiff from getting any heath treatment and involved in fraud of medical report to help each other to escape crimes and clean their dirty hands and destroy plaintiff heath and leave him alone pain and suffering,

422. defendants were using their power under color law each of them acted from his own to prevent plaintiff from heath rights and interference with plaintiff heath rights as a tactic to cover up their crimes with reckless regard to plaintiff heath rights and rights to treatment to prevent physical pain and emotional and moral and free of pain

423. defendant action were undertaken with malice, abuse of power, outrage, unhuman, and with disregard to plaintiff naturel rights and constitution rights and free of pain

424. as direct and a proximate result of defendant violation of plaintiff rights, plaintiff suffered pain and emotional distress, loss of sleep, continuation of crime against plaintiff

425. plaintiff is entitled to compensatory damages in an amount to be proven at trial



426. plaintiff is entitled to exemplary and /or punitive damages in an amount to be proven at trial

Forty -three claim for relief

(Emotional distress intentionally inflicted)

427. plaintiff repeat reallege and incorporate by references paragraphs 1-443 as fully restated herein

428. Defendant acted in concert agreed among themselves premeditated to commit crimes against plaintiff sexual assault, facilitate crime using illegal substance, fraud, intimidation, lawless violence orders, fear and thinking in suicide, acting out of jurisdiction, violation of oath, tracking, stalking, computers crimes, intentionally and recklessly to hurt plaintiff and cover up their crimes and fraud

429. Defendant action extreme and outrage conduct and intended to cause plaintiff emotional distress and thinking in suicide

430. As a result three years of defense and al treason extreme conduct plaintiff suffered emotional distress and fear

431. Plaintiff is entitled to compensatory damages of three years of torture in amount to be proven at trial

432. Plaintiff is entitled to exemplary and /or punitive damages in an amount proven at trial

Forty -four claim for relief

(Emotional distress negligent inflected)

433. plaintiff Repeat reallege and incorporate by references paragraph1-432 as fully restated herein

434. defendants acted in concert agreed among themselves and in meeting of mind and an overt act has occurred and still occurring till submitting this complaint premediated to commit crime against plaintiff sexual assault, medical report fraud police report fraud, fraud Misrepresentation of fact, helping each other to commit crimes, aiding and abbeting crimes, breach their fiduciary to the plaintiff, stalking, using illegal substance to knock out.

435. Defendants owned direct duty to the plaintiff, and negligently and recklessly breach of the duty owned to the plaintiff and were looking to gain a relationship to each other and help each other to gain personal benefit and to protect each other

436. Defendants action were undertaking with negligence and malice and oppression and under color of law, unhuman, and in overt to meeting of mind to crime fraud

437. as direct and a proximate result of defendant's negligent plaintiff suffered emotional distress

438. plaintuff is entitled to compensatory damages in an amount to be proven at trial

439. plaintiff is entitled to exemplary and/or punitive damages in an amount to be proven at trial

Forty -five claim for relief

(Fraud and intentionally deceit against all defendants)

440. plaintiff repeat reallege and incorporate by references paragraphs 1-439 as fully restated herein

441.defendants defendant premeditated planned in advance agreed among themselves and an overt act has occurred and still occurring till filling this complaint in conspiracy to commit crimes against plaintiff as alleged herein , and they involved in conspiracy to crime fraud  and misrepresentation of fact and interference of plaintiff equal protection of law and due process  to enforce fraud and to extortion and put plaintiff if in poverty not to go forward with ant investigation  and cover up crime fraud and unhuman assault of victim and witness  using illegal substance to cover up their crimes and protect each other to enrich  this service provider and keep up their reputation and destroy plaintiff reputation and plaintiff rights and liberties ,

442. Defendant actions were undertaken under color of law and were intentionally end willfully and negligently and malice and human and abuse of power and above the law and reckless disregard to plaintiff life and the right and liberties,

443. As direct and approximate result of defendant's crime fraud misrepresentation of facts, prevent of equal protection and due process and lawless violence of orders, plaintiff suffered emotional destress, fear, loss of self-esteem,

444.plaintiff is entitled to compensatory damages in an amount to be proven at trial

445.plaintiff is entitled to exemplary and/or punitive damages in amount to be proven at trial,


Forty -sex claim for relief

(gross Negligence against all defendant)

446. Plaintiff repeat realloge and incorporate by references paragraphs 1-445 as fully restated herein

447. Defendant premeditated accurate among themselves to commit sexual assault on plaintiff multiple times after they knock him out under color of law molestation and abuse of plaintiff and his rights and liberties through the present and defendants each of them and from their place now and had reason to know that other defendant has and was abusing plaintiff and his girlfriend sexually after the knock them out and they involved in crime fraud to cover up their crimes under color of law ,

448. Each of them had special duty to protect plaintiff and his rights and liberties and plaintiff and his interest, and defendant voluntarily breach that duty owned to the plaintiff, the duty to protect and perform arose from special fiduciary relationship between defendants and plaintiff,

449. Defendant breached their duty by allowing each other to come into conspiracy agreement to violent plaintiff the right and liberties and threat to his life without performing their duty owned to the plaintiff and they failing to adequately hire , supervise, uphold the oath , avoiding fraud ,not to aid and abet crimes ,not obstructing justice ,not interfering with the plaintiff right and by involving in conspiracy to crime fraud and extortion and intimidation , destroy of properties , misrepresentation of fact ,lawless violence of orders ,refuse to act to prevent or refuse to aid to prevent conspiracy,

450. Defendants breached their duty to the plaintiff by failing to investigate or otherwise confirm or deny such fact of sexual assault and crime fraud and crime and failing to reveal such fact to plaintiff and aid and abet crimes against plaintiff and his girlfriend and attempt kill plaintiff to cover up their crimes and their sabotage of justice and encourage gangs' crimes and give more freedom to each other to commit more crimes

451. Defendant breached their duty to plaintiff knew or give them voluminous reason to know that are other committing crimes against plaintiff and involved in conspiracy to defraud and mislead and deceive and hurt plaintiff rights and liberties,

452. As direct and approximate result of above conduct plaintiff suffered and continue to suffer great pain of mind and Body, shock, emotional distress, physical manifestation emotional destress including, embarrassment, loss of self -esteem disgrace, humiliation, and loss enjoyment of life, loss of earning capacity and earning and has incurred and will continue to incur expenses

453. Plaintiff is entitled to compensatory damages in an amount to be proven at trial

455.plaintiff is entitled to exemplary and /or punitive damages in an amount to be proven at trial


Frothy seven claim for relief

treason against defendant Caroline Cohen and Gregory

gliedman

456. Plaintiff repeat reallege and incorporate by references paragraphs 1-455 as fully restated herein

457.defendant judge  caroline cohen acted in concert agreed among other defendant

With no jurisdiction subject matter to my case (protection order )and involved in conspiracy with defendant Yevette Clark (legislative branch )and NYC and NYPD (executive branch )to delay my case and send it from kings county to  another to defendant judge Gregory gliedman in Richmond county and involved in war against the constitution of the united states and the people of the united states and attempt to

1   pose risk on united state national security and attempt to sabotage justice and destroy

2   independence of judicial branch which is a symbol of American dream and ignored

3   her oath to the constitution and may second oath if she served in the army and

4   involved and aid and abet and facilitate crimes and enrich her service provider and

5   return favor and gain personal interest ,

6       458. defendant Gregory gliedman conspired under color of law and jumped

7   from Richmond county to kings county with no personal jurisdiction over my case

8   going in kings county intentionally and willfully and wonton and reckless disregard

9   to deprive plaintiff equal protection of law and due process and free of violence and

10  involved in war against  the constitution and against the people of the united states of

11  America , conspiracy of defendant judge Gregory gliedman under color of law was

12  cause of  crime against plaintiff and the continuation of crime against plaintiff and

13  his girl friend,

14      459. as direct and a proximate result of conspiracy of defendant judges above

15  plaintiff suffered humiliation , stalking , intimidation , emotional distress ,fear for his

16  safety and his safety of his girlfriend and continuation of crime and the cause of

17  assault of plaintiff on February 26, 2022.

18      460.   plaintiff is entitled to compensatory damages in amount to be proven at trial

19      461. plaintiff is entitled to exemplary and/or punitive damages in an amount to be

20  proven at trial

21                 Frothy eight claim for relief

22        ( Misprision of treason against defendant Gregory gorodetcky law firm

23                and Gregory gorodetsky attorney)

24      462. Plaintiff repeat realloge and incorporate by references paragraphs 1-461 as

25  fully restated herein

106

463.dfendant Gregory gorodotsck law firm and defendant Gregory gorodostcky attorney conspired under color of law and involved in attempt to make plaintiff crazy and he involved in misrepresentation of facts and refusal to get camera footage from the building and he was delaying they case to give chance to other defendant to fake and destroy evidences and he know and should have known and legal representative that helping judges to aid and abet crime and involved in helping defendant judges to sabotage justice and refuse and neglect to report defendant judges of committing treason he is committing misprision of treason , and misprision of defendant gregory gorodostcky was the cause of violation of  plaintiff constitution rights and the cause of continuation of crimes against plaintiff ,

462. as a direct and a proximate result of conspiracy of defendant above plaintiff suffered emotional distress , humiliation , robbery , lawless violence of orders , intimidation , fear of my life and my safety

463. plaintiff is entitled to compensatory damages in an amount to be proven at trial

464. plaintiff is entitled to exemplary and /or punitive damages in an amount to be proven at trial

Jury demand

395 .in accordance with federal rule of civil procedure 38, plaintiff, bouazza ouaziz demand a trial by jury of all issues raised in this civil action that are triable of right (or choice) by a jury, against all defendant jointly and severely

## Demand for judgement

wherefore, plaintiff pray that this court enter a judgement in his favor and against defendants, jointly and severally, and award:

1.general damages in an amount to be proven at trial as to each claim herein.

2.exemplary and/or punitive damages in an amount to be proven at trial as to every claim herein in amount 100 times the total of compensatory and non-economic damages

3.prejudgement interest pursuant to law

4.declaratory relief declaring defendants conduct unconstitutional and conspiracy to deprive plaintiff bouazza ouaziz constitutional rights and a violation of 42U.S.C 1983

5.following a proper motion, a permanent injunction requiring defendants city of New York to adopt policies regarding the hiring, training, investigating, prosecution, and supervision of their officers and to bring and prosecute defendants Robert Rodríguez as danger police officer.

6.following a proper motion, a permanent injunction requiring NYS commission of judicial conduct to investigate judge Caroline Cohen for her act of conspiracy and deprivation

of rights guaranteed by the United States constitution,

7. following a proper motion, a permanent injunction requiring post officer inspector to investigate manager of post office in bath avenue Brooklyn for her conspiracy and violations of post office policies and rules. And involving in robbery of mail under federal regulations.

8. declaratory relief declaring defendants conduct unconstitutional and conspiracy to defraud united states of America and to deprive plaintiff rights and live and liberties, and punitive damages in an amount to be proven at trial to the United States of America.

9. declaratory relief ordering doctor Kelly and elwadry to return money back paid by plaintiff insurance to New York state, following proper motion, a permanent conjunction requiring united states inspector to investigate them and their fraud and their interference with citizen heath rights.

10.Following a proper motion, a permanent injunction requiring NYS heath to investigate doctor Kelly and doctor weal elwadry .

11. following judicial notice to be sent to the United States of America congress about Yevette Clarke and her misconduct and violations of her oath to the constitution and interfere with citizen to equal protection of law and due process.

9.reasonnable fee and cost pursuant to all applicable statute, codes, and rules, including 42.U.S.C 1988and,

10.such other and further relief as the court deems just and proper.



1    Certification of closing

2    Under federal rule of civil procedure 11, by signing below ,I certify to the best of

3    my knowledge ,information ,and belief that this complaint (1)is nor presented for an

4    improper purpose ,such as to harass ,cause unnecessary delay ,or needlessly increase

5    the cost of litigants ;(2)is supported by existing law or by a nonfrivolous argument

6    for extending ,modifying ,or reversing existing law ;(3)the factual contentions have

7    evidentiary support or, if specifically is identified ,will likely have evidentiary

8    support after a reasonable opportunity for further investigation or discovery ;and

9    (4)the complaint otherwise complies with the requirement of rule 11.

10

11    For parties without an attorney

12    I agree to provide Clerk's office with any changes to my address where case

13    related papers may be served. I understand that my failure to keep a current address

14    on file with the Clerk's OFFICE may result in the dismissal of my case

15    Date of signing   11 - 10    ,20 22

16    Signature of plaintiff   C 7

17    Printed name of plaintiff   BouAnnA OuAZin

18

19    Attachment :

20    -Picture of Robert Rodriguez police officer nypd exhibit 1

21    - police report for sexual assault exhibit 2

22    - botox surgery in Brooklyn for anal fissure as result of sexual assault exhibit 3

23    - plaintiff statement to protection order in Brooklyn exhibit 4

24

25

110

# EXHIBIT 1

FV-12-000345-21  12/01/2020 10:54:46 AM  Pg 2 of 5 Trans ID: FAM2020590257

Robert rodriguez

boyfriend
of the defendant.
sister. Friend
of micheal colombos
and he was
following many
times in jersy
city.







# EXHIBIT 2



FV-12-000345-21  12/01/2020 10:54:46 AM Pg 5 of 10 Trans ID: FAM2020590257

**Jersey City Police Department**

Main Telephone # 201 547 5477

a police report has been prepared for

( crime or incident )

and can be obtained in five days

from the Police Records Room

at 1 Journal Square Jersey City NJ 07306

in person or by calling (201) 547-5313

Refer to File# 20- 000592

North    South    East    West

District Ext. _____    Detective Ext. _____

GA#_____    Event#_____

Officer(s)_____    Connell

doctor called police and mister ocumel
come he give me this receipt. but I surprise
whe I get complint he change everthing

## File # 20-000592 - Supplement - 1 Report

| REPORT DATE / TIME | INCIDENT DATE / TIME - BETWEEN | PRIMARY OFFICER |
|---|---|---|
| Jan 10, 2020 08:29 | Dec 19, 2019 22:00 | ROBERT PEREZ #D763 |

SUPPLEMENT TYPE

**Add Additional Information**

## NARRATIVE

On 1/9/2020, I, Detective Perez, and Detective Taveras responded to City MD located 32 JSQ for a reported suspicious condition. Upon arrival, I met with the reporting party, Bouazza Ouaziz, who was inside the doctor's office getting treated for a complaint of pain to his anus that he believes was caused by his wife, Noura ElGazoini, or her boyfriend (Robert Rodriguez, whom he has never met) while he was passed out asleep on Dec. 16, 2019. I offered Mr. Ouaziz medical attention which he did refuse. I did ask Mr. Ouaziz if he was willing to speak with me and provide me with a recorded statement inside of the West Detectives statement room to which he agreed. The following is a brief synopsis of the interview (not verbatim):

- Mr. Ouaziz stated that he has been married to his wife since March 14, 2019 and had been living with her since July, 7, 2019. Since moving in with her, Mr. Ouaziz did say he would begin to randomly pass out on numerous occasions for approximately 2 hours at a time with no recollection passing out. Mr. Ouaziz believes that his wife was drugging him by adding drugs to his food and his cigarettes so that she could have sex with her boyfriend, Robert Rodriguez, who would hide in the closet waiting for Mr. Ouaziz to pass out. Mr. Ouaziz believes that his wife was having sex with her boyfriend next to Mr. Ouaziz in the same bed as he was knocked out.

- Mr. Ouaziz states that these unexplained episodes continued for months from September to November yet he still kept eating the food she was making for him. Mr. Ouaziz did go through his wife's phone and did find conversations between her and a man named Robert Rodriguez but did not go into specifics of conversations between the two. I did ask Mr. Ouaziz if he worked because I tried to explain to Mr. Ouaziz that it would be much easier for his wife to have an affair while he was outside of the apartment working or she could just leave the house to see her boyfriend. Mr. Ouaziz could not explain why but said his wife did not like to go outside. Mr. Ouaziz does believe this "Robert" would hide in the closet and wait for Mr. Ouaziz to pass out. Also Mr. Ouaziz's wife would never allow him to him to go inside the closet where Mr. Ouaziz believes his wife would hide "Robert" despite the fact that he was the only working household member who paid all the bills and rent.

- On Dec. 19, 2019 Mr. Ouaziz recalls another unexplained episode of him passing out next to his wife but Mr. Ouaziz said this time was different because he had pain to his anis when he had wakened in his bed. When he woke he felt discomfort to his stomach & anis and remembers inserting a finger in his anis and finding traces of blood on his finger. Mr. Ouaziz does not recall any other foreign substances in his anal area such as saliva, lubrication, lotion, semen, etc....Mr. Ouaziz found this suspicious and believes his wife or her boyfriend had sex with him while he was incapacitated. Mr. Ouaziz then decided it was now time to separate from his wife and moved to his new residence of 377 Pacific St, Paterson NJ.

Be advised, Mr. Ouaziz did wait til Jan 9th, 2020 to see a doctor and report the incident. After the interview was concluded, I, did escort Mr. Ouaziz to his 24 Reed St apartment 1D so that he could retrieve mail. Mr. Ouaziz did have keys to the apartment. His wife was sleeping when we arrived but did get out of bed to speak with us.

I did ask Ms. ElGazoini to allow me to look at the layout of the apartment. I was allowed to look inside the bedroom and saw the layout of the closet where "Robert" would allegedly hide before having sex with Mr. Ouaziz's wife. The closet was cramped and small in space. Although not impossible, it is unlikely for a full grown adult male to hide in the closet in a minimal amount of space undetected for any period of extended time.

Detective C. Taveras did contact Special Victim Unit and spoke with Sgt. Peter Kwon who did advise Detective Taveras that they would not be following up with the case. I did advise Mr. Ouaziz that it was difficult to substantiate his claims due to the elapsed time frame but I would document the suspicious incident. I also advised Mr. Ouaziz to follow up with a physician to ensure he was in good health. A copy of Mr. Ouaziz's statement was burned onto DVD and placed into evidence bag #PM0022807.

## INVOLVED PERSONS

| INVOLVED PERSON-1 NAME (LAST, FIRST MIDDLE) | DOB / ESTIMATED AGE RANGE |
|---|---|
| P-1 Ouaziz, Bouazza | 1977-01-01 |

| SEX | RACE / ETHNICITY | PHONE NUMBER |
|---|---|---|
| Male | N/A / Not Hispanic Or Latino | (646) 575-5858 (primary, cell) |

| REPORTING OFFICER SIGNATURE / DATE | SUPERVISOR SIGNATURE / DATE |
|---|---|
| ROBERT PEREZ #D763  Jan 10, 2020 12:15 (e-signature) | WILLIAM OLSZEWSKI #8004  Jan 10, 2020 12:32 (e-signature) |
| PRINT NAME | PRINT NAME |
| ROBERT PEREZ #D763 | WILLIAM OLSZEWSKI #8004 |

Pg 1 of 3

**Jersey City Police Department**
Mark43 RMS Form v2.0 generated by G. Rivera on Jan 3, 2020 14:40

# EXHIBIT 3

FV-12-000345-21  11/09/2020 10:20:56 AM  Pg 13 of 24 Trans ID: FAM2020543272

 Maimonides
Medical Center

**Brooklyn, NY 11219**

**OPERATIVE REPORT**

**DATE OF OPERATION:** 08/26/2020
**PATIENT NAME:** OUAZIZ, BOUAZZA
**MED REC #:** 82274140
**ACCOUNT NUMBER:** 001615060
**ATTENDING PHYSICIAN:** Anne Mongiu, MD
**ASSISTANT PHYSICIAN:** First assistant William Plath, MD, PGY-1
**TEAM:** Colorectal surgery.
**ANESTHESIA:** Monitored anesthesia care with sedation.

**PREOPERATIVE DIAGNOSIS:** Chronic anal fissure.

**POSTOPERATIVE DIAGNOSIS:** Chronic anal fissure.

**NAME OF PROCEDURE:** Rectal exam under anesthesia with Botox injection to internal anal sphincter.

**ESTIMATED BLOOD LOSS:** 1 mL.

**FLUID REPLACEMENT:** Please see anesthesia notes.

**SPECIMENS:** None.

**DRAINS:** None.

**COMPLICATIONS:** None.

**UNEXPECTED OCCURRENCES:** None.

**INDICATIONS:** This is a very pleasant gentleman in his early 40s who presents with a chronic anal fissure, which was been recalcitrant to treatment with diet and lifestyle modifications as well as a topical compounding cream. He wished to proceed with rectal exam under anesthesia with Botox injection to the internal anal sphincter. We discussed the risks, benefits and alternatives to the procedure, including bleeding, infection, damage to the anal sphincter with injections although this is highly unlikely, temporary incontinence lasting up to 90-120 days. Patient agreed, asked appropriate questions, and gave his verbal and then written consent on the morning of the procedure.

**OPERATIVE REPORT**
Page 1



**Maimonides**
Medical Center

**Brooklyn, NY 11219**

**OPERATIVE REPORT**

**DATE OF OPERATION:** 08/26/2020
**PATIENT NAME:** OUAZIZ, BOUAZZA
**MED REC #:** 82274140
**ACCOUNT NUMBER:** 001615060
**ATTENDING PHYSICIAN:** Anne Mongiu, MD

**DESCRIPTION OF PROCEDURE:** The patient was brought into the operating room and identified by 2 separate identifiers. He was then placed supine upon the operating room table. He underwent successful sedation with monitored anesthesia care. At this point in time, he was moved into high dorsal lithotomy position using candy cane stirrups. He was prepped and draped per the standard protocol. A complete surgical timeout was performed utilizing the template present on the OR wall. Agreement was given by all present.

At this point in time, we performed a rectal exam using a well-lubricated index finger. In the posterior midline is noted a woody anal fissure with a small sentinel pile. This bled easily just on the most delicate of exams. We then lifted the perineum itself, which was otherwise normal. A small Sawyer retractor was then used to examine all 4 quadrants of the anal canal. No masses were noted. Grade 1-2 internal hemorrhoids that were nonbleeding were seen. At this point in time, we proceeded with a Botox injection. This was done for a total of 100 units of Botox mixed sterilely with 2 mL of sterile saline, 50 units was injected in small 10-unit aliquots on each side of the fissure, beginning in the posterior midline and going up to the anterior midline. Once this was done, there was good hemostasis. A pudendal nerve block was performed using a total of 20 mL of a solution comprising 10 mL of Exparel and 10 mL of 0.5% Marcaine plain. Once this was done, the patient was returned to the supine position, awakened from sedation, transferred to the stretcher and brought to the PACU in excellent condition. At the end of the case, all lap, sponge, instrument, needle counts were correct.

I, the attending surgeon, was present and scrubbed throughout the entirety of the procedure.

THIS IS A PRELIMINARY REPORT AND MUST NOT BE CONSIDERED FINAL
UNTIL ACCOMPANIED BY A PHYSICIAN SIGNATURE.
**OPERATIVE REPORT**
**Page 2**

4:15

AA     Q 🔒 usps tracking     ↻

Q    usps tracking      ✕

**Track your package**     ⋮ ✕
Data provided by USPS

Tracking number EJ602090835US

Tracking number created

In transit

Out for delivery
January 09, 05:18AM

Delivered

🌐    View details on USPS

📞    Call 1-800-275-8777

🚚    Track another package

*I was sending complaint to NJ prosecuter and they were stooling them and never delevered. The manger of postoffice in bath ave in Brooklyn was hiding my complaint*

*I found this complaint in West district police departement I told to detective perez how did you get it? he told me my boss give it to, I told him can I have reference members he told no.*

Page **1** of **2** Pages

New York State Department of Motor Vehicles

# POLICE ACCIDENT REPORT (NYC)
## MV-104AN (7/11)

| Precinct **084** | | |
|---|---|---|
| Accident No. **MV-2021-084-001038** | Complaint Number **2021-84-004944** | ☐ AMENDED REPORT |

19 –

| Accident Date | | | Day of Week | Military Time | No. of Vehicles | No. Injured | No. Killed | Not Investigated at Scene ☑ | Left Scene | Police Photos |
|---|---|---|---|---|---|---|---|---|---|---|
| Month **10** | Day **30** | Year **2021** | SATURDAY | 06:00 | 2 | 0 | 0 | ☐ Reconstructed | ✓ | ☐ Yes ☐ No |

20 –

VEHICLE 1    ☑ VEHICLE 2  ☐ BICYCLIST  ☐ PEDESTRIAN  ☐ OTHER PEDESTRIAN

| VEHICLE 1- Driver License ID Number **853531301** | State of Lic. **NY** | VEHICLE 2- Driver License ID Number | State of Lic. |
|---|---|---|---|
| Driver Name - exactly as printed on license **OUAZIZ, BOUAZZA** | | Driver Name - exactly as printed on license | |
| Address (Include Number & Street) **20-41 49 STREET** | Apt. No. | Address (Include Number & Street) 2017 17+ 62 41 | Apt. No. |
| City or Town **QUEENS** | State **NY** | Zip Code **11105** | City or Town 139 | State | Zip Code |

2 –    21    22

| Date of Birth | | | Sex | Unlicensed | No. of Occupants | Public Property Damaged | Date of Birth | | | Sex | Unlicensed | No. of Occupants | Public Property Damaged |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Month **1** | Day **1** | Year **1977** | M | ☐ | 1 | ☐ | Month **1** | Day **1** | Year | | ☐ | | ☐ |

3 –    2

| Name—exactly as printed on registration **OUSZIZ, BOUAZZA** | Sex **M** | Date of Birth Month **1** Day **1** Year **1977** | Name—exactly as printed on registration | Sex | Date of Birth Month Day Year |
|---|---|---|---|---|---|
| Address (Include Number & Street) **1909 QUENTIN ROAD** | Apt. No. **6D** | Haz. Mat Code ☐ Released | Address (Include Number & Street) | Apt. No. | Haz. Mat Code ☐ Released |
| City or Town **BROOKLYN** | State **NY** | Zip Code **11229** | City or Town | State | Zip Code |

4    4    23 7    24

| Plate Number **T688511C** | State of Reg. **NY** | Vehicle Year & Make **2015 TOYOTA** | Vehicle Type **SEDAN** | Ins. Code **326** | Plate Number | State of Reg. | Vehicle Year & Make | Vehicle Type | Ins. Code |
|---|---|---|---|---|---|---|---|---|---|
| Ticket/Arrest Number(s) | | | | | Ticket/Arrest Number(s) | | | | |
| Violation Section(s) | | | | | Violation Section(s) | | | | |

5 –    1    25 8

Check if involved vehicle is:
☐ more than 95 inches wide;
☐ more than 34 feet long;
☐ operated with an overweight permit;
☐ operated with an overdimension permit.

**VEHICLE 1 DAMAGE CODES**
Box 1 - Point of Impact **8  8**
Box 2 - Most Damage
Enter up to three more Damage Codes  **3 8**  **2**

Vehicle Towed:  By
To

6 – V E H I C L E 2    7 – V E H I C L E 3

Check if involved vehicle is:
☐ more than 95 inches wide;
☐ more than 34 feet long;
☐ operated with an overweight permit;
☐ operated with an overdimension permit.

**VEHICLE 2 DAMAGE CODES**
Box 1 - Point of Impact
Box 2 - Most Damage
Enter up to three more Damage Codes  **3 4**  **5**

Vehicle Towed:  By
To

Circle the diagram below that describes the accident, or draw your own diagram in space #9. Number the vehicles.

| Rear End 1. | Left Turn 3. | Right Angle 4. | Right Turn 5. | Head On 7. |
|---|---|---|---|---|
| (same direction) 2. | Left Turn 3. | | Right Turn 6. | Sideswipe (opposite 8.) |

**ACCIDENT DIAGRAM**

**DIAGRAM ATTACHED ON SUBSEQUENT PAGE**
**1 REAR END**

26 1    27 1    28 1

VEHICLE DAMAGE CODING:
1-13. SEE DIAGRAM ON RIGHT.
14. UNDERCARRIAGE
15. TRAILER
16. OVERTURNED
17. DEMOLISHED
18. NO DAMAGE
19. OTHER

Cost of repairs to any one vehicle will be more than $1000.
☐ Unknown/Unable to Determine  ☐ Yes  ☑ No

| Reference Marker | Coordinates (if available) | Place Where Accident Occurred: ☐ BRONX ☐ KINGS ☑ NEW YORK ☐ QUEENS ☐ RICHMOND |
|---|---|---|
| B R K B | Latitude/Northing | Road on which accident occurred **BRKB W/B BROOKLYN BRIDGE** (Route Number or Street Name) |
| 0 1 0 0 | | at 1) intersecting street (Route Number or Street Name) |
| 4 0 0 2 | Longitude/Easting | or 2) ☐N ☐S ☐E ☐W of **BROOKLYN SIDE** Feet Miles (Milepost, Nearest Intersecting Route or Street Name) |

29 1

Accident Description/Officer's Notes **AT T/P/O MOTORISTS 1 STATES HE WAS WAITING FOR THE TRAFFIC LIGHT TO CHANGE WHEN VEHICLE 2 REAR ENDED HIS CAR VEHICLE 2 LEFT THE SCENE OF THE ACCIDENT BEFORE POLICE ARRIVAL.**

30
USE COVER SHEET
**P**

| | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | BY | TO | 18 | Names of all involved | Date of Death Only |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ALL INVOLVED | 1 | 2 | 1 | 44 | M | – | – | – | – | – | | | – | **OUAZIZ, BOUAZZA** | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |

| Officer's Rank and Signature ✒ **POM** | Tax ID No. **948331** | NCIC No. **03030** | Precinct **005** | Post/Sector | Reviewing Officer **SGT PRZEMYSLAW JAMIOLKOWSKI** | Date/Time Reviewed **10/31/2021 21:18** |
|---|---|---|---|---|---|---|
| Print Name in Full **ARIEL DURAN** | | | | | | |

*Police Officer Durren refuse to write the car plate in a accident report, because was attempt to kill.*

**VERIFICATION OF CRIME/LOST PROPERTY**
PD 542-061 (REV. 05-19)

Requests for Verification of Crime/Lost Property reports from Complainants/Victims, their authorized representative, or an authorized third party will be completed free of charge. Complainants/Victims designating an authorized representative must also complete and submit a notarized AUTHORIZATION LETTER [page 2]. All applicants must enclose a stamped self-addressed envelope. Please mail requests to New York City Police Department, Criminal Records Section (Verification Unit), 1 Police Plaza, Room 303, New York, NY 10038. Complainants/Victims can also request a copy of a Verification of Crime/Lost Property report by submitting their request online at https://www1.nyc.gov/site/nypd/services/law-enforcement/record-requests.page. In order to find this record you MUST furnish all information requested below, particularly the complaint number and precinct of record (occurrence). Verification of your request cannot be made without this information. The complaint number may be obtained by calling the precinct or detective squad concerned during the hours of 7 a.m. to Midnight.

**FRM 100771**
**08 28 2020**

**FOR USE BY NYPD**

| * Complaint Number | * Precinct of Report | Exact location where crime took place |
|---|---|---|
| 001455 | 062 | NORTH EAST CORNER SHORE PARKWAY & BAY PARKWAY |

| Mail Record To: *(Print or Type)* | Full name and address of complainant/victim as reported to Police Department |
|---|---|
| OUAZIZ,BOUAZZA<br>8639 23 RD<br>BKNY 11214 | OUAZIZ,BOUAZZA<br>8639 23 RD<br>BK NY  11214 |

| Date reported to Police | Time *(if known)* | This report concerns: ☒ Crime  ☐ Lost Property |
|---|---|---|
| 2020-03-17 | 09:45 | ☐ Other *(describe)* |

| Date and Time of Crime / Loss of Property *(if different than date or rep.)* | Date | Time | Name of officer who received your report, if known. |
|---|---|---|---|
| | 2020-03-09 | 13:30 | PO TOZZI |

Any additional information which may aid in searching for your record

| Applicant's Name | Applicant's Signature | Date |
|---|---|---|
| OUAZIZ,BOUAZZA | | |

**FOR POLICE DEPARTMENT USE ONLY – DO NOT WRITE BELOW THIS LINE**
THE FOLLOWING IS A VERIFICATION OF THE ABOVE REQUEST INCLUDING PROPERTY INVOLVED

HARASSMENT /STREET

TPO C/V PRESENT @ 62 S/H AND ADVISES WHILE AT ABOVE LOCATION MALE PERP WHO IS KNOWN TO C/V DID APPROACH C/V'S VEHICLE AND BEGIN TO THREATEN C/V STATING "I'LL KILL YOU MOTHER FUCKER" AND THEN GOT BACK INTO HIS VEHICLE AND DROVE AWAY, CAUSING C/V TO BECOME ANNOYED & ALARMED

*his name was micheal colombos and robert rodriguez-*

| Alarm No. | Report verified by (print title, name/sign) | | Date |
|---|---|---|---|
| | | SEC LIVINGSTON | 09 17 2020 |

Raised seal required for validation

**PAGE 1**

*I told to police officer po tossi all discription of that person when I told him are portorican he told im not going to writ his name I'm portorican.*

FILED: KINGS CIVIL COURT - L&T 05/07/2021 11:34 AM
NYSCEF DOC. NO. 1

INDEX NO. LT-303674-21/KI [HO]
RECEIVED NYSCEF: 05/07/2021

CIVIL COURT OF THE CITY OF NEW YORK
COUNTY OF KINGS: HOUSING PART

|                                                      | X | Index L&T _____ |

SIN KUEN CHOI

        Petitioner-Landlord

    -against-

BOUAZZA QUAZIZ

        Respondent – Tenant,

8639 23rd Avenue, Entire 1st Floor
Brooklyn, NY 11214

        Address

                        X

**PETITION**
**HOLDOVER**

Petitioners' address:
c/o Stonee Tsui Chi Yeung, P.C.
2 Mott Street, Suite 505B
New York, NY 10013

**Respondent's phone number:**
**(646) 575-5858**

THE PETITION OF SIN KUEN CHOI (the "Petitioner"), respectfully allege:

1. Petitioner, SIN KUEN CHOI is the owner of the building located at 8639 23rd Avenue, Brooklyn, NY 11214 and is authorized to institute this proceeding.

2. Respondent, BOUAZZA QUAZIZ, is a tenant of the premises described below, who entered into possession of the subject premises in February 2020 on a month-to month tenancy. Said tenancy was terminated on April 30, 2021 pursuant to a 60 Day Notice of Termination.

3. The premises from which recovery is sought is: Entire 1st Floor, in the building known as and located at 8639 23rd Avenue, Brooklyn, NY 11214, situated in the County of Kings, City and State of New York.   The premises are within the territorial jurisdiction of the Civil Court of the City of New York, County of Kings.

4. The term for which said premises were to be occupied by Respondent expired on April 30, 2021 pursuant to a 60 Day Notice of Termination.   Respondent was served a 60 Day Notice of Termination in writing, a copy of that Notice of Termination with proof of service is attached hereto and made a part hereof.

5. Respondent holds over and continues in possession of the premises without the permission of the Petitioner after the expiration of the Notice of Termination.

6. Respondent-Tenant owes Petitioner rent or use and occupancy in the sum of $1,400.00. The breakdown is as follow: February 2021 $200.00; March 2021 $200.00; April 2021 $200.00 and May 2021 $800.00. Total sum is $1,400.00.

7. Petitioner lacks written information or notice of any address where Respondent has an office or principal place of business or residence in New York State, other than the address of the subject premises sought to be recovered.

They were charging me when I found they run away and defendant chung Bhatrim send eviction stated that was only me who living in that house.

1 of 12



P

**Jersey City Police Department**
Main Telephone #  201 547 5477
a police report has been prepared for
DV - Sexual Assault
( crime or incident )
and can be obtained in five days
from the Police Records Room
at 1 Journal Square Jersey City NJ 07306
in person or by calling (201) 547-5312
Refer to File# 20-000592

North     South     East     West

District Ext. _____     Detective Ext. _____

GA# _____     Event# _____

Officer(s) _____

File # 20-000592 - Investigation Report (Jersey City Police Department)          Jersey City Police Department

## File # 20-000592 - Investigation Report

| REPORT DATE / TIME | DISTRICT | INCIDENT DATE / TIME - BETWEEN |
|---|---|---|
| Jan 9, 2020 12:38 | West | Dec 19, 2019 22:00 |

| PRIMARY OFFICER | WEATHER |
|---|---|
| MICHAEL OCONNELL #1651 | Unknown |

**REPORT TAKEN LOCATION**
32 JOURNAL SQUARE PLAZA, JERSEY CITY, NJ 07306

| STREET CRIME | SHOOTING | EMS / FIRE / OTHER LE AGENCIES ON SCENE |
|---|---|---|
| ☐ YES ☒ NO | ☐ YES ☒ NO | ☐ YES ☒ NO |

*NOTIFICATIONS*

| NOTIFICATION-1 MADE | NOTIFICATION DATE |
|---|---|
| Supervisor | Jan 9, 2020 11:50 |

NOTIFICATION DETAILS
Sgt Azmy

### NARRATIVE

On 01/09/20 I, PO O'Connell while working as W402 was dispatched to 32 Journal Square on a report of a suspicious condition. Upon arrival I was directed by the City MD staff to exam room # 1 where the victim – Bouazza Ouaziz (dob 01/01/77) was located.

I proceeded to talk with the victim who began to describe the incident. Mr Ouaziz stated that the incident happen on 12/19/19 at 24 Reed St apartment #20. Mr Ouaziz stated that he lived in the apartment with his wife Noura Elghazoimi (dob 11/7/77). Mr Ouaziz stated that he was married on March 14,2019 and moved into the apartment on Reed St on July 7,2019.

Mr Ouaziz stated that in September he felt that since he has been married strange things kept happening to him. Mr Ouaziz stated that once he seen his wife spraying something on his pillow and another time she was possibly doing something to his cigarettes. Mr Ouaziz was unsure of what she was spraying or was doing to these items. Mr Ouaziz further goes on to state that every time his wife would feed him that he would pass out after. Mr Ouaziz stated that since September he had passed out multiple times and would wake up not knowing what happened.

Mr Ouaziz then states that he would always see his wife's ex-boyfriend (Roberto Rodriguez) in the area of his apartment. Mr Ouaziz states that this male never said anything but felt he was following him due to always seeing him in the neighborhood. Mr Ouaziz further stated that his wife was possibly still in a relationship with Roberto Rodriguez.

On 12/19/19 Mr Ouaziz stated he was in his apartment and overheard his wife on speakerphone with possibly her sister. Mr Ouaziz stated that he heard his wife state once he falls asleep I'll let him in. Mr Ouaziz stated his wife fed him and he passed out. When he wakes up on 12 /20/19 he doesn't remember what happened.

On 12/22/19 Mr Ouaziz stated he moved out of the apartment and into his friends apartment in Paterson NJ and started filing for divorce.

West Sgt Azmy was notified and responded.

West Detective Perez responded to the scene. Mr Ouaziz was transported to the West District to provide a statement. (See Det Perez supp)

JCMC responded to the scene under Bus # 314 and Run # 20-004895. Mr Ouaziz rma'd from treatment at the scene.

*REPORTING PARTY/COMPLAINANT-1*

| REPORTING PARTY/COMPLAINANT-1 (PERSON) | DOB / ESTIMATED AGE RANGE |
|---|---|
| R-1 Ouaziz, Bouazza | 1977-01-01 |

| SEX | RACE / ETHNICITY | PHONE NUMBER |
|---|---|---|
| Male | N/A / Not Hispanic Or Latino | (646) 575-5858 (primary, cell) |

HOME ADDRESS
24 REED ST, MONTICELLO AVE & BERGEN AVE, JERSEY CITY, NJ 07304

| REPORTING OFFICER SIGNATURE / DATE | SUPERVISOR SIGNATURE / DATE |
|---|---|
| MICHAEL OCONNELL #1651   Jan 9, 2020 15:42 (e-signature) | DARREN SORRENTINO #8116   Jan 9, 2020 18:25 (e-signature) |
| PRINT NAME | PRINT NAME |
| MICHAEL OCONNELL #1651 | DARREN SORRENTINO #8116 |

Mark43 RMS Form v2.0 generated by G. Rivera on Jan 23, 2020 15:27.                                                      Pg 1 of 2

Optimum | Manage Your Router

11/11/22, 9:35 AM

🕐 **We're excited to welcome Suddenlink customers to Optimum!**

As a reminder, you can continue to sign in with the same username, now called an Optimum ID, and password as you did with Suddenlink, unless we emailed you. Check out optimum.net/transition for all the details on the transition.

Learn more →

En español                    My          Pay
                            profile       bill      Support      ⚠ 1                    🔍

**Hi nino2867**        Sign out

                    Internet      TV    Phone   📞    My Offers

# My network    *account* 07836 .12 8428-04-5

# Sorry, we're having trouble accessing your router settings.

this happen since april 2021
I called many times but never allowed
to change router passcode to protect my
internet from Hacking

Message us                    @OptimumHelp                    Optimum Stores

Report Abuse        Accessibility        Storm Preparedness        Legal Compliance

Service Terms & Info        Copyright Policy        Privacy Notice        About Altice USA

© Copyright 2022 CSC Holdings, LLC.



Case 1:22-cv-06084-DG-MMH   Document 1   Filed 11/14/22   Page 131 of 148 PageID #: 131

New York State Department of Motor Vehicles
# POLICE ACCIDENT REPORT (NYC)
MV-104AN (7/11)

Page 1 of 4 Pages

Precinct 060

Accident No. MV-2021-060-000278

Complaint Number

☐ **AMENDED REPORT**

| Accident Date | | | Day of Week | Military Time | No. of Vehicles | No. Injured | No. Killed | Not Investigated at Scene ☑ | Left Scene | Police Photos |
|---|---|---|---|---|---|---|---|---|---|---|
| Month 4 | Day 18 | Year 2021 | SUNDAY | 16:30 | 2 | 3 | 0 | Reconstructed ☐ | | ☐ Yes ☑ No |

☑ VEHICLE 2 ☐ BICYCLIST ☐ PEDESTRIAN ☐ OTHER PEDESTRIAN

### VEHICLE 1

| VEHICLE 1 - Driver License ID Number 853531301 | State of Lic. NY | VEHICLE 2 - Driver License ID Number | | State of Lic. NY |
|---|---|---|---|---|
| Driver Name - exactly as printed on license QUAZIZ, BOUAZZA | | Driver Name - exactly as printed on license KOLKER, DMITRIY | Apt. No. 5N | |
| Address (Include Number & Street) 2041 49 STREET | | Address (Include Number & Street) 2533 BATCHELDER STREET BASEMENT | | |
| City or Town BROOKLYN | State NY | Zip Code 11105 | City or Town BROOKLYN | State NY | Zip Code |
| Date of Birth Month 1 Day 1 Year 1977 | Sex M | Unlicensed ☐ | No. of Occupants 2 | Public Property Damaged ☐ | Date of Birth Month 1 Day 17 Year 1989 | Sex M | Unlicensed ☐ | No. of Occupants 1 | Public Property Damaged ☐ |

| Name - exactly as printed on registration ROBERTS, NINO | Sex F | Date of Birth Month 6 Day 1 Year 1985 | | Name - exactly as printed on registration KOLKER, LYUDMILA | | Apt. No. | Haz. Mat. Code | Released ☐ |
|---|---|---|---|---|---|---|---|---|
| Address (Include Number & Street) 2411 EAST 3 STREET | Apt. No. 5A | Haz. Mat Code | Released ☐ | Address (Include Number & Street) 46 HARVEY DR | | | | |
| City or Town BROOKLYN | State NY | Zip Code | | City or Town PINE GROVE | State PA | Zip Code 17963 | | |

| Plate Number T786155C | State of Reg. NY | Vehicle Year & Make 2016 TOYOTA | Vehicle Type SEDAN | Ins. Code 36 | Plate Number LCY9688 | State of Reg. PA | Vehicle Year & Make 2006 AUDI | Vehicle Type SEDAN | Ins. Code 11851 |
|---|---|---|---|---|---|---|---|---|---|

| Ticket/Arrest Number(s) | Ticket/Arrest Number(s) |
|---|---|

| Violation Section(s) | Violation Section(s) |
|---|---|

Circle the diagram below that describes the accident, or draw your own diagram #9. Number the vehicles.

Check if involved vehicle is:
- ☐ more than 95 inches wide;
- ☐ more than 34 feet long;
- ☐ operated with an overweight permit;
- ☐ operated with an overdimension permit.

VEH 1

Check if involved vehicle is:
- ☐ more than 95 inches wide;
- ☐ more than 34 feet long;
- ☐ operated with an overweight permit;
- ☐ operated with an overdimension permit.

VEH 2

| VEHICLE 1 DAMAGE CODES | | |
|---|---|---|
| Box 1 - Point of Impact | 1 | 2 |
| Box 2 - Most Damage | 1 | 1 |
| Enter up to three more Damage Codes | 3 | 4 | 5 |
| | 12 | 12 | 18 |

| VEHICLE 2 DAMAGE CODES | | |
|---|---|---|
| Box 1 - Point of Impact | 1 | 2 |
| Box 2 - Most Damage | 1 | 1 |
| Enter up to three more Damage Codes | 3 | 4 | 5 |
| | 1 | 18 | 18 |

Vehicle Towed: By To 2747 WEST 15 STREET

Vehicle Towed: By To 2747 WEST 15 STREET

ACCIDENT DIAGRAM

VEHICLE DAMAGE CODING:
1-13. SEE DIAGRAM ON RIGHT.
14. UNDERCARRIAGE
15. TRAILER
16. OVERTURNED
17. DEMOLISHED
18. NO DAMAGE
19. OTHER

DIAGRAM ATTACHED ON SUBSEQUENT PAGE

7 HEAD ON

Cost of repairs to any one vehicle will be more than $1000.
☐ Unknown/Unable to Determine   ☑ Yes   ☐ No

| Reference Marker | Coordinates (if available) Latitude/Northing: 40.578625 Longitude/Easting: -73.966675 | Place Where Accident Occurred: ☐ BRONX ☑ KINGS ☐ NEW YORK ☐ QUEENS ☐ RICHMOND |
|---|---|---|
| | | Road on which accident occurred BRIGHTON 1 STREET (Route Number or Street Name) |
| | | at 1) intersecting street OCEANVIEW AVENUE (Route Number or Street Name) |
| | | or 2) 20 Feet ☐ Miles ☐ N ☑ S ☐ E ☐ W of OCEANVIEW AVENUE (Milepost, Nearest Intersecting Route Number or Street Name) |

Accident Description/Officer's Notes AT T/P/O DRIVER OF VEHICLE 1 STATES THAT WHILE PARKED AND ATTENDED, DRIVER OF VEHICLE 2 SPED UP, WENT DOWN THE WRONG WAY ON A ONE WAY STREET, AND COLLIDED WITH VEHICLE 1. DRIVER OF VEHICLE 2 STATES THAT HE HAD A MALFUNCTION WITH HIS CAR AND SUBSEQUENTLY COLLIDED WITH VEHICLE 1. BOTH VEHICLES TOWED BY INDEPENDENT AUTOBODY AND TOWING. BOTH DRIVERS AND PASSENGER OF VEHICLE 1 WERE TRANSPORTED TO CIH BY EMS. OFFICER

| | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 BY | TO 18 | Names of all involved | Date of Death Only |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| A | 1 | 1 | 4 | | 1 | 44 | M | 10 | 10 | 6 | 43A | 7111 | QUAZIZ, BOUAZZA | |
| B | 1 | 3 | 4 | | 1 | 35 | F | 11 | 10 | 6 | 43A | 7111 | ROBERTS, NINO | |
| C | 2 | 1 | 4 | | 1 | 32 | M | 1 | 4 | 6 | 43H | 7111 | KOLKER, DMITRIY | |

| Officer's Rank and Signature POF | Print Name in Full ERIN J BLUM | Tax ID No. 966466 | NCIC No. 03030 | Precinct 060 | Post/Sector | Reviewing Officer SGT RAMIZ HUSIC | Date/Time Reviewed 04/19/2021 06:47 |
|---|---|---|---|---|---|---|---|

they had a camera inside my room
when my girlfriend called me and
told me this is a camera they came
and they took it.



I went many time to police to amend complaint but never dief

Chef 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
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

718 236 2611

**INCIDENT INFORMATION SLIP**
PD 301-164 (Rev. 07-15)

Welcome to **062**
(Command)

We hope that your business with us was handled satisfactorily. Your particular matter has been assigned the following number(s):

1925 Bath Avenue Bklyn ny 11214
(Address)

718-236-2611
(Telephone No.)

Date: 08/21/22

Complaint Report No.: 2020-062-0083   Accident Report No.: _____   Added Report No.: _____

Reported to: CAD (Rank)   Wong (Name)

37 1129 (Shield No.)   Date of Occurrence: _____   Time: _____

Ray Berliman & Sheep...

Location of Occurrence: _____

Crime: Disk Property Property Larceny

Please keep this report should you have to refer to this matter in the future. If you need any further assistance feel free to contact us at telephone number _____. Please let us know if you have any suggestions on how we can better serve you. As you may already know, we will provide you with a crime prevention survey of your residence or business.

Please ask for more information on this and other crime prevention initiatives. Our goal is to make you and your property safe.

**COURTESY — PROFESSIONALISM — RESPECT**

**REMEMBER: CALL "911" FOR EMERGENCIES ONLY!!!!!**

a Stopple is coming ok May 15

in January 16 Wed waiter hotel w/ Byron

Mayer 16 october 6/ october Block go

October 27

and they never put robot recharging on mich col colombatin the complaint

## INCIDENT INFORMATION SLIP

PD 303-154

### Weclome to 61st Precinct     2575 Coney Island Avenue     (718) 627-6611

We hope that your business with us was handled satisfactorily. Your particular matter has been assigned to the following number:

Date: _12-2-2021_

Complaint Report No.: _2021-61-5846_

Accident Report No.: _____

Aided Report No.: _____

Reported to: **P.O.**
(Rank)

_____
(Name)

_____
(Shield No.)

Date of Occurrence: _10-17-2021_     Time: _____

Location of Occurrence: _FRONT OF 1909 QUENTIN ROAD._

Crime: _HARASSMENT_

Please keep this report should you have to refer to this matter in the future. If you need any further assistance feel free to contact us at the telephone number **(718) 627-6611.** Please let us know if you have any suggestions on how to better serve you. As you may already know, we will provide you with a crime prevention survey of your residence or business. Please ask for more information on this and other crime prevention initiatives. Our goal is to make you and your property safe.

### COURTESY – PROFESSIONALISM – RESPECT
### REMEMBER: CALL "911" FOR EMERGENCIES ONLY!!!!

a Told de Police office what going by wi in w
and wrott harsement, and ynocel knocking out,
attemp to kill rentimidation
assault

| 1. COMPLAINANT NUMBER | | 2. NATURE OF INCIDENT | | | 3. Date | 4. TIME | 5. CLASSIFICATION | | |
|---|---|---|---|---|---|---|---|---|---|
| 1-2020-000466 | | LOST/STOLEN PROPERTY | | | 01/16/2020 | 08:57 | AIDED | | |

| 6. VICTIM - ☐   COMPLAINANT - ☑   ACCUSED - ☐   LAST NAME | | | FIRST NAME | | | | MI | DOB | |
|---|---|---|---|---|---|---|---|---|---|
| QUAZIZ | | | BOUAZZA | | | | | 01/01/1977 | |

| 7. ADDRESS | UNIT TYPE | UNIT # | CITY | | STATE | ZIP | 8. PHONE | |
|---|---|---|---|---|---|---|---|---|
| 377 PACIFIC STREET | | | PATERSON | | NJ | | | |

**9. LOCATION OF INCIDENT**

RAMADA HOTEL - 375 West Passaic Street, Rochelle Park NJ 07662

| 10. REPORTED BY (LAST NAME) | | FIRST NAME | | MI | RADIO | PHONE | VIEW | OTHER |
|---|---|---|---|---|---|---|---|---|
| | | | | | ☐ | ☐ | ☐ | ☐ |

| 11. ADDRESS | UNIT TYPE | UNIT # | CITY | STATE | ZIP | 12. PHONE |
|---|---|---|---|---|---|---|
| | | | | | | |

| 13. WITNESS - OTHER - AGENCY (LAST NAME) | FIRST NAME | MI | TIME NOTIFIED | DOB |
|---|---|---|---|---|
| | | | | |

| 14. ADDRESS | UNIT TYPE | UNIT # | CITY | STATE | ZIP | PHONE |
|---|---|---|---|---|---|---|
| | | | | | | |

**15. ACTION TAKEN**

On Thursday, January 16, 2020, I responded to 375 W. Passaic Street, (Ramada Hotel) on a report of lost property. Upon my arrival contact was made with the caller Bouazza Quaziz, Mr. Quaziz stated that he checked into the Ramada Hotel on Tuesday, January 14, 2020, at 1745 hours and at approximately 2100 hours that night was the last time he observed his black Apple I-Pad, divorce paperwork, and a domestic dispute report from Jersey City Police department. Mr. Quaziz stated that he checked out of the Ramada Hotel on Wednesday, January 15, 2020, at 0932 hours, and not until later in the day at approximately 1700 hours did he realized that the aforementioned items were no longer in his possession.

Mr. Quaziz stated that he waited to report the missing items until now due to being busy running errands at the time he realized they were gone.

CS158

| 16. REPORTING OFFICER | 17. BADGE # | 18. HOURS | 19. DATE | 20. REVIEWED | 21. PENDING | 22. COMPLETED |
|---|---|---|---|---|---|---|
| PATROLMAN SALDIVIA, CHRISTOPHER SIGNATURE | 158 | 10:00 | 01/16/2020 | SERGEANT STAPLETON, | | |

Page 1 of 1

Clear

LASCHAN DIAZ PEREZ #3125 | Clear

**REPORT TAKEN LOCATION**
1 JACKSON ST, CLINTON AVE & COMMUNIPAW AVE, JERSEY CITY, NJ 07304

| STREET CRIME | SHOOTING |
|---|---|
| ☐ YES ☒ NO | ☐ YES ☒ NO |

**NOTIFICATIONS**

| NOTIFICATION-1 MADE | NOTIFICATION DATE |
|---|---|
| Supervisor | Sep 19, 2019 12:13 |

**NOTIFICATION DETAILS**
West Patrol Sgt. Romanski

## NARRATIVE

On September 19, 2019, at approximately 11:39hrs, while working as the west desk officer, I, P.O Diaz-Perez #3125 was approached by Mr. Bouazza Ouaziz to report multiple checks missing from his apartment.

Mr. Ouaziz stated that on 09/18/2019 at approximately 15:00hrs he left his Citi Bank and two other Moroccan Banks checkbooks inside a bag located in his apartment. Mr. Ouaziz stated that today 09/19/2019 at approximately 10:43hrs he noticed (4 Citi Bank Checks #101-104), (3 Credit Agricole Moroccan Bank checks) and (2 Banque Populaire Moroccan Bank checks) missing from his apartment.

He stated he believes the checks were taken by his former wife (Ms. Noura Eldghazoini) and her boyfriend ( Hispanic male, 5'7, 36-37yrs old, black hair, appro. 170lbs). Ms. Oussa stated that on 09/6/2019 he noticed Ms. Eldghazoini's boyfriend inside of a vehicle displaying California plates~~~~~~ parked inside a parking lot located by Bergen Ave/ Duncan Ave. He also stated that two months ago he observed his wife's boyfriend taking photos of his vehicle. He continued by stating that Mrs. Eldghazoini's boyfriend is a computer smart man. Ms. Ouaziz stated on 09/06/2019 at approximately 10:00 am several emails were erased from his computer.

West Patrol Sgt. Romanski was advised.

### REPORTING PARTY/COMPLAINANT-1

| REPORTING PARTY/COMPLAINANT-1 (PERSON) | DOB / ESTIMATED AGE RANGE |
|---|---|
| R-1 Ouaziz, Bouâzza | 1977-01-01 |

| SEX | RACE / ETHNICITY | PHONE NUMBER |
|---|---|---|
| Male | N/A / Not Hispanic Or Latino | (646) 575-5858 (primary, cell) |

**HOME ADDRESS**
20-41 49TH ST, ASTORIA, NY 11105

**REPORTING PARTY SIGNATURE**

I HAVE READ THIS COMPLETED REPORT, AND I AM AWARE THAT A PERSON GIVING FALSE POLICE REPORTS TO LAW ENFORCEMENT AUTHORITIES CAN BE CHARGED UNDER N.J.S. 2C:28-4, OF THE NEW JERSEY CRIMINAL CODE. I AFFIRM THAT THE ABOVE INFORMATION IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE.

### OFFENSE-1

**OFFENSE CODE**
2C:20-3 | Theft by Unlawful Taking or Disposition

| OFFENSE START DATE | OFFENSE END DATE |
|---|---|
| Sep 18, 2019 15:00 | Sep 19, 2019 10:43 |

**OFFENSE LOCATION**

**LOCATION NAME / STREET ADDRESS/LOCATION NAME / APT, UNIT, STE / DESCRIPTION**
24 REED ST, APT 1D

| REPORTING OFFICER SIGNATURE / DATE | SUPERVISOR SIGNATURE / DATE |
|---|---|
| LASCHAN DIAZ PEREZ #3125   Sep 19, 2019 13:28 (e-signature) | RICHARD ROMANSKI #8098   Sep 20, 2019 13:08 (e-signature) |
| PRINT NAME | PRINT NAME |
| LASCHAN DIAZ PEREZ #3125 | RICHARD ROMANSKI #8098 |

Mar143 RMS Form v2.0 generated by P. CICCHETTI on Sep 25, 2019 12:26.

Pg 1 of 3

*police officer who give me this report was covering information I told what are you doing she told me use this private information because she knows they were drugging me and they were deleting information*

| MONTICELLO AVE | | BERGEN AVE |
|---|---|---|
| LOCATION CATEGORY | | DISTRICT |
| *Apartment Building* | | West |

## VICTIMS-1

| VICTIMS-1 NAME (LAST, FIRST MIDDLE) | | | DOB / ESTIMATED AGE RANGE |
|---|---|---|---|
| V-1 Ouaziz, Bouazza | | | 1977-01-01 |
| SEX | RACE / ETHNICITY | PHONE NUMBER | |
| Male | N/A / Not Hispanic Or Latino | (646) 575-5858 (primary, cell) | |

HOME ADDRESS

20-41 49TH ST, ASTORIA, NY 11105

## SUSPECTS-1

| SUSPECTS-1 NAME (LAST, FIRST MIDDLE) | | DOB / ESTIMATED AGE RANGE |
|---|---|---|
| S-1 Elghazoini, Noura | | ▓▓▓▓▓ |
| SEX | RACE / ETHNICITY | |
| Female | N/A / Not Hispanic Or Latino | |

HOME ADDRESS

▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

## SUSPECTS-2

| SUSPECTS-2 NAME (LAST, FIRST MIDDLE) | | DOB / ESTIMATED AGE RANGE |
|---|---|---|
| S-2 UNKNOWN, UNKNOWN | | ▓▓▓▓▓ |
| SEX | RACE / ETHNICITY | |
| Male | WHITE / Hispanic Or Latino | |

## VEHICLE / PROPERTY & ITEMS SUMMARY

| DESCRIPTION / MAKE / MODEL / COLOR | STATUS / DATE / REASON FOR CUSTODY | VIN # / SERIAL # | QTY. | TOTAL ($) VALUE |
|---|---|---|---|---|
| Citi Bank (Check #101-104) / Unknown | Stolen / Sep 18, 2019 | | 4 | UNKNOWN |
| Moroccan Banque Populaire Bank (2 Checks) / Unknown | Stolen / Sep 18, 2019 | | 2 | UNKNOWN |
| Moroccan Credit Agricole Bank (3 Checks) / Unknown | Stolen / Sep 18, 2019 | | 3 | UNKNOWN |

## PERSON ADDENDUM

| FIRST NAME | LAST NAME | DOB / ESTIMATED AGE RANGE |
|---|---|---|
| Bouazza | Ouaziz | 1977-01-01 |
| RACE / ETHNICITY | SEX | DECEASED |
| N/A / Not Hispanic Or Latino | Male | ☐ YES ☒ NO |

HOME ADDRESS-1

20-41 49TH ST, ASTORIA, NY 11105

HOME ADDRESS-2

24 REED ST, MONTICELLO AVE & BERGEN AVE, JERSEY CITY, NJ 07304

| PHONE NUMBER | DL ID # | DL STATE |
|---|---|---|
| (646) 575-5858 (primary, cell) | 853-531-301 | New York |

## PERSON ADDENDUM

| FIRST NAME | LAST NAME | DOB / ESTIMATED AGE RANGE |
|---|---|---|
| Unknown | Unknown | 36 - 37 years old |
| RACE / ETHNICITY | SEX | DECEASED |
| WHITE / Hispanic Or Latino | Male | ☐ YES ☒ NO |

| REPORTING OFFICER SIGNATURE / DATE | SUPERVISOR SIGNATURE / DATE |
|---|---|
| LASCHAN DIAZ PEREZ #3125    Sep 19, 2019 13:28 (e-signature) | RICHARD ROMANSKI #8098    Sep 20, 2019 13:08 (e-signature) |
| PRINT NAME | PRINT NAME |
| LASCHAN DIAZ PEREZ #3125 | RICHARD ROMANSKI #8098 |

*Mark43 RMS Form v2.0 generated by P. CICCHETTI on Sep 25, 2019 12:26.*

Pg 2 of 3

**Mail body: Fwd: CCRB Case #202107560**

Get Outlook for iOS

**From:** CCRB_CTS <administrator-1@ccrb.nyc.gov>
**Sent:** Monday, December 27, 2021 8:15:16 AM
**To:** bouazza_m@hotmail.com <bouazza_m@hotmail.com>
**Cc:** administrator-1@ccrb.nyc.gov <administrator-1@ccrb.nyc.gov>
**Subject:** CCRB Case #202107560

CIVILIAN COMPLAINT REVIEW BOARD
100 CHURCH STREET 10th FLOOR
NEW YORK, NEW YORK 10007 ♦ TELEPHONE (212) 912-7235
www.nyc.gov/ccrb

**IAB REF#: 202107560**

December 27, 2021

Bouazza Ouaziz
1909 Quentin Road Apt. 6D
Brooklyn, NY 11229

Dear Bouazza Ouaziz:

The Civilian Complaint Review Board has a specific jurisdiction when it is investigating allegations against sworn members of the NYPD. Some allegations do not fall under the jurisdiction of the CCRB and fall under the jurisdiction of another entity, which is the case here.

As a result, we are forwarding your complaint to the **Internal Affairs Bureau**, so they can take appropriate action. Please expect to hear from someone from that organization who will be investigating your incident. They will be able to explain to you in detail how their process works. Your continued willingness to participate in this extremely important process with the **Internal Affairs Bureau** is greatly appreciated.

If you have any questions, please contact the **Internal Affairs Bureau** at **315 Hudson Street 3 Fl, New York NY 10013; telephone (212) 741-8401**. Make sure you have the reference number at the top of this page when reaching out to them.

The integrity and quality of the Police Department's service to the public depends, in large part, upon receiving information from citizens like you regarding the performance of police officers as they carry out their duties. The Civilian Complaint Review Board is grateful for the effort you have already put forth in furthering this goal.

Sincerely,

Eshwarie Mahadeo
Director of Case Management

# EXHIBIT 4

Family court of the state of New York

County of kings

|  | File 299759 |
| --- | --- |
| Bouazza ouaziz | docket H:0-13777-21 |
| Petitioner | new supporting and additional statement |

Against

Noura elghazoini

Respondent

To the family court

Bouazza ouaziz ,the petitioner being duly sworn and dispose and state and adopted all fats phrased as stated  on last pro se amended complaint and now adding information as state of facts related to defendant wrongdoing and conspiracy to deprive rights under color of law and a conspiracy to prevent petitioner equal protection of law and due process ,and conspiracy to interstate crime to cover up their crimes

1. Respondent noura elghazoini was drugging plaintiff s , and she committing crimes against plaintiff since 2016, the first day we meet in Astoria 2016 she seeped with in Astoria around 4pm she wake up and she was screaming and she told me to destroy my virginity and she run away and she jumped in car new jersey plate BMK      AND CAR owned by Francesco and he lives in 6skytop gardens apt 11 parlin , new jersey friend of her boyfriend Michael colombas and he is friend of Robert Rodriguez who is police officer in the Bronx 45 precent and who was using his power as police officer to commit unhuman crimes against petitioner .

2. Respondent noura elghazoini and her co-conspirator were drugging plaintiff and his girlfriend in apartment 1909 quentin rd Brooklyn new wYork with help of super of the building and manger of Jilmor management llc David ,when I found out super of the building disappear

1

3.  Respondent noura elghazoini and her co-conspirator Robert Rodriguez and her
    boyfriend Michael colomabas were assaulting petitioner and his girlfriend and as tactic
    to cover up their crimes and petitioner informed and believed they assaulted plaintiff
    girlfriend on October 6, October 13, October 17, October 20, October 30 under color of
    law as tactic to cover up their crimes and on February 25 , 2022, petitioner told to judge
    in Hudson county " you are a judge and you are here to safeguard life and liberties and
    this people  still committing crimes against me in Brooklyn and you are going to be
    responsible for any reverse of violence "and I asked her million time to move the case to
    trial to prove this crimes and outrage of crimes and marriage scam and fraud is on all
    those who involved on it according to 18USC 371  "and she told me "we are helping
    defendant to get social security "very reasonable informed person would know that
    respondent and her co-conspirators are drugging petitioner and his girlfriend and they
    were telling to people petitioner girlfriend is helping us , petitioner girlfriend whom we
    meet on march 2020 is legally living in the united states , and she is in innocent and
    decent girl working hard to support her family , and judge Caroline Cohen and office of
    Yevette Clarke in Brooklyn knew and they have reason to know that respondent and her
    conspirators are committing crimes against petitioner and his girlfriend and they
    conspired agreed among themselves
    To move my case to another judge from Richmond county to prevent me from equal
    protection of law and due process and free of violence.

4.  On January December 25, 2022 judge waterman told me next time we are going to be
    in another place , and on January 25 , 2022 judge Caroline Cohen who doesn't have no
    jurisdiction over my case and ,judge Caroline Cohen elected judge to civil court which
    has jurisdiction over action and proceeding for the recovery of money and chattels
    :foreclosures of mechanics ,liens and liens on personal properties , and to remove
    tenants therefrom and unlimited jurisdiction to enter judgement upon a counterclaim for
    recovery of money .N.Y.COURT .ART .6,15,(b).and she showed on the hearing with a
    big Halloween sunglass and she was hiding her face and intentionally and deliberately

conspired with office of Yevette Clarke in Brooklyn (Orlando ross and eli slavin )to move my case to another judge in Richmond county as attempt to prevent me equal protection of law and due process and far away from kings county prosecutor "no state legislator or executive or judicial officer war against the constitution without violating his undertaking to support it "conspiracy of judge Caroline Cohen and failure and refuse to prevent crimes and failure and refuse to aid to prevent conspiracy to crimes is cause of crime against plaintiff and his girlfriend and the continuation of crimes against plaintiff and his girlfriend and intentionally and deliberately and maliciously and willfully and reckless disregard to petitioner constitution rights to life and liberties and she jumped where doesn't have no jurisdiction to prevent petitioner from equal protection of law and due process. Kalb v. luce ,291 N.W .841,234,WISC509

5. Petitioner hired gregory gorodstsky to represent him in this matter after I found Yvette Clarke office (petitioner is democrat party been voting and supporting democratic member including Yevette Clarke since became American citizen 2014 with all due my respect to other pollical parties )in Brooklyn conspired to defraud united states of America and organized public department immigration ,and put life and liberties of petitioner in danger and office of Yevette Clarke knew and they have reason to know that petitioner is in annulment proceedings in Hudson county since 09,2019 and intentionally and maliciously and willfully involved in conspiracy to commit crime against petitioner and his girlfriend and conspired to aid and abet crimes with reckless disregard to petitioner constitution rights and liberties and to gain and enrich their service provider politically and economically ,

6. Defendant and her conspirators assaulted petitioner again on February 26 2022 , after they drugged him , with help of lilmor mangemnt llc, and the super of the building who allowed them to install knock out substance in the building and apartment , petitioner informed believed they informed they knocked to duplicate spaceman for DNA test after they destroyed the first one and after petitioner filed for order to vacate orders based on fraud on the court for nonexistence of 1 DNA test in LabCorp stored

3

information and fraud on the court conducted by judge maurren mantineo in Hudson county ,

7.  And defendant and her conspirator under color of law are accusing plaintiff that they give him money for green card , and petitioner is bad person and is using his current girlfriend for money to green card , plaintiff girlfriend is legally living in America and she has a green card and she is working hard till 4 am to support her family and they were drugging us to cover up their crimes and they now are involved in assigning biased judges to prevent me from equal protection of law and due process , why they are running away from trials ? why they don't bring those evidences to be exanimated in front of independed  judge ?marriage scam and fraud on me and on her if she they have prove that I involved in marriage scam and fraud ?respondent and her conspirators were doing the same crime fraud for long time to extortion and robbery using some bad police officers acting above the law to violate people rights and liberties . respondent 2014 accused her  boss that he took her virginity and they send him minor girl and the made him fake movie and they told to him you going to give up your 40000$ share in the store to respondent for not to be persecuted , petitioner and her conspirators are using police umbrella to extortion and robbery and intimidation , destroy of properties ,

8.  Judge Gregory geildamn who is a judge in Richmond county jumped to my case to kings county with no personal jurisdiction over my case and he told me I don't have available attorney this time , and he told me anything you said isn't relevant and I had never said anything yet ,the supreme court ,in re Eugene lee Armentrout et al ,99Ill.dec.703,457N.E.2d 1262(1983), stated that "fraud encompass a broad range of human behavior ,including *****anything to deceive ****whether it be by direct falsehood or by inuendo , by speech or by silence ,by word of mouth or by look or gesture ….".  "the relevant case demonstrate that the factor determining whether an act by judge is judicial one related i.e .., to the nature of the act itself whether it's a function normally performed by a judge and the exception of the party i.e …,whether they dealt with the judge in his usual capacity "435U.S.349.362(emphasis added ). A void

4

judgement which include judgment entered by a court which lack jurisdiction over the parties or subject matter, or lack inherent power to enter the particular judgment or an order procured by fraud ,can be attacked anytime ,in any court ,either directly or collaterally ......"long v.shorebank development corp.182f.3d548(C.A 7III(1999). The presence of malice and the intention of deprive a person of his civil rights is wholly incompatible with judicial function .U.S supreme court reports pierson v.ray 386U.S .547.568; when a judge acts intentionally and knowingly to deprive a person rights , he exercise no discretion or person judgment , he acts no longer as a judge , but as a minister of his own prejudices 386 U.S .547.568. judges considered biased if they show pattern of behavior or ruling in manner that is :1. preventing or hindering litigant full and fair , impartial hearing administration of justice or,    2-there is evidences which would reasonable person believe they could be prevented or hindered from receiving full, fair impartial hearing or the full , fair ,impartial administration of justice , 3. Judges are fraud when they don't not faithfully and consistently adhere their oath of office and aggressively pursue justice for all .

9.  Judge gregory gieldamn has no personal jurisdiction over my case and intentionally and deliberately and willfully jumped to case to protect conspirators to crimes as restated above and I stated in  last amended complaint filed as pro se , and he is assigned by office of Yevette Clarke in Brooklyn and nyc to deprive my rights under color of law which is violations in independence of  judicial branch and impartiality of judicial branch to safeguard life and liberties

10. Respondent still following petitioner in new jersey and new York and intimidating petitioner and stalking and interferences with petitioner liberties ,this is cause of biased judge caroline cohen and judge Gregory gieldman and office of Yevette Clarke in Brooklyn , and petitioner informed department of justice and federal departments , and government department in new York and new jersey and federal civil complaint is opened in united states district of new jersey , and another is going to open in eastern district of new York ,

5

Wherefore :

- Plaintiff is asking for case mentioned above to return back to king's county judge who has personal jurisdiction over petitioner

- petitioner filed protection order as equal protection of law and due process and free of violence as guaranteed by united state constitution and NYS CONSTITUTION

-petition is asking for search warrant to bring defendant to justice for refusal to show up in many attempt and she is ignoring petition ,and she still following petitioner ,and stalking , and intimidation ,

- respondant noura elghazoini and her boyfriend michael colombas and her sister somia el ghazoini and boyfriend Robert Rodriguez police officer in new NYC  and 1- does police officers in new York city and jersey city  and office of yevette clarke and caroline cohen judge are going to be held  accountable for any reverse violence or any felony will be committed because of this outrage and unhuman behavior under color of law

- as civilized person and believe in justices I did what  I have to do without any violence and all this people conspired to violate my rights and my liberties and violate my privacy and are committing stone age crime and been aided and abetted by those use to violate their oath and acting above the law to protect criminals and give them more space to commit more crimes against the society and against plaintiff as tactic to clean their wrongdoing and their violations of law and to enrich their service provider , believed their wrongdoing wouldn't be discovered or sanctioned but to be tolerated

- petitioner is asking for 100.3 judicial conduct part (D) (1)disciplinary responsibilities against judge caroline  cohen and her misconduct ,and part (D)(2) against attorney Gregory gorodotsky .

Family court of the state of new york

County of kings

---

Bouazza ouaziz                    file 299759

     Petitioner              docket H :0-13777-21

Against                          additional supporting statement


Noura el ghazoini

     Respondent

---

             Verification


     Bouazza ouaziz ,being duly sworn ,says that he is the petitioner in the above named

proceeding and that the forgoing petition and statement of facts are true , and I'm aware of any

of above are not true I will be subject to punishment .


             Bouazza ouaziz

             Petitioner

Subscribed and sworn before me

On this   21st   day of. July  2022


Notary public

SERGEY IZHOVSKIY
Notary Public State of New York
No. 01IZ6114717
Qualified in Kings County
Commission Expires August 23, 2024

JS 44   (Rev. 4-29-21)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.   *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
BOUAZZA OUAZIZ

## DEFENDANTS
YVETTE CLARK ET AL

**(b)** County of Residence of First Listed Plaintiff _____
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant   KINGS OR *Washington DC*
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF
THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

☐ 1  U.S. Government
Plaintiff

☒ 3  Federal Question
*(U.S. Government Not a Party)*

☐ 2  U.S. Government
Defendant

☐ 4  Diversity
*(Indicate Citizenship of Parties in Item III)*

*Does this action include a motion for temporary restraining order or order to show cause? Yes* ☐ *No* ☒

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff*
*(For Diversity Cases Only)*                                  *and One Box for Defendant)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

### CONTRACT
☐ 110 Insurance
☐ 120 Marine
☐ 130 Miller Act
☐ 140 Negotiable Instrument
☐ 150 Recovery of Overpayment
& Enforcement of Judgment
☐ 151 Medicare Act
☐ 152 Recovery of Defaulted
Student Loans
(Excludes Veterans)
☐ 153 Recovery of Overpayment
of Veteran's Benefits
☐ 160 Stockholders' Suits
☐ 190 Other Contract
☐ 195 Contract Product Liability
☐ 196 Franchise

### REAL PROPERTY
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

### TORTS
**PERSONAL INJURY**
☐ 310 Airplane
☐ 315 Airplane Product
Liability
☐ 320 Assault, Libel &
Slander
☐ 330 Federal Employers'
Liability
☐ 340 Marine
☐ 345 Marine Product
Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle
Product Liability
☐ 360 Other Personal
Injury
☐ 362 Personal Injury -
Medical Malpractice

**CIVIL RIGHTS**
☒ 440 Other Civil Rights
☐ 441 Voting
☐ 442 Employment
☐ 443 Housing/
Accommodations
☐ 445 Amer. w/Disabilities -
Employment
☐ 446 Amer. w/Disabilities -
Other
☐ 448 Education

**PERSONAL INJURY**
☐ 365 Personal Injury -
Product Liability
☐ 367 Health Care/
Pharmaceutical
Personal Injury
Product Liability
☐ 368 Asbestos Personal
Injury Product
Liability
**PERSONAL PROPERTY**
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal
Property Damage
☐ 385 Property Damage
Product Liability

**PRISONER PETITIONS**
**Habeas Corpus:**
☐ 463 Alien Detainee
☐ 510 Motions to Vacate
Sentence
☐ 530 General
☐ 535 Death Penalty
**Other:**
☐ 540 Mandamus & Other
☐ 550 Civil Rights
☐ 555 Prison Condition
☐ 560 Civil Detainee -
Conditions of
Confinement

### FORFEITURE/PENALTY
☐ 625 Drug Related Seizure
of Property 21 USC 881
☐ 690 Other

### LABOR
☐ 710 Fair Labor Standards
Act
☐ 720 Labor/Management
Relations
☐ 740 Railway Labor Act
☐ 751 Family and Medical
Leave Act
☐ 790 Other Labor Litigation
☐ 791 Employee Retirement
Income Security Act

### IMMIGRATION
☐ 462 Naturalization Application
☐ 465 Other Immigration
Actions

### BANKRUPTCY
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal
28 USC 157

### PROPERTY RIGHTS
☐ 820 Copyrights
☐ 830 Patent
☐ 835 Patent - Abbreviated
New Drug Application
☐ 840 Trademark
☐ 880 Defend Trade Secrets
Act of 2016

### SOCIAL SECURITY
☐ 861 HIA (1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g))
☐ 864 SSID Title XVI
☐ 865 RSI (405(g))

### FEDERAL TAX SUITS
☐ 870 Taxes (U.S. Plaintiff
or Defendant)
☐ 871 IRS—Third Party
26 USC 7609

### OTHER STATUTES
☐ 375 False Claims Act
☐ 376 Qui Tam (31 USC
3729(a))
☐ 400 State Reapportionment
☐ 410 Antitrust
☐ 430 Banks and Banking
☐ 450 Commerce
☐ 460 Deportation
☐ 470 Racketeer Influenced and
Corrupt Organizations
☐ 480 Consumer Credit
(15 USC 1681 or 1692)
☐ 485 Telephone Consumer
Protection Act
☐ 490 Cable/Sat TV
☐ 850 Securities/Commodities/
Exchange
☐ 890 Other Statutory Actions
☐ 891 Agricultural Acts
☐ 893 Environmental Matters
☐ 895 Freedom of Information
Act
☐ 896 Arbitration
☐ 899 Administrative Procedure
Act/Review or Appeal of
Agency Decision
☐ 950 Constitutionality of
State Statutes

## V. ORIGIN *(Place an "X" in One Box Only)*

☒ 1 Original
Proceeding

☐ 2 Removed from
State Court

☐ 3 Remanded from
Appellate Court

☐ 4 Reinstated or
Reopened

☐ 5 Transferred from
Another District
*(specify)*

☐ 6 Multidistrict
Litigation -
Transfer

☐ 8 Multidistrict
Litigation -
Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
42 usc 1983, 1986, 1985, 1988, 13981 and other violation
Brief description of cause:
conspiracy to sexual assault under color of law , conspiracy to deprive rights and immune secured by the united state constitution

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION
UNDER RULE 23, F.R.Cv.P.

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE   hon.judge Susan d.wigenton

DOCKET NUMBER  2:22-cv-4546

DATE

SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**

RECEIPT #            AMOUNT            APPLYING IFP            JUDGE            MAG. JUDGE

**CERTIFICATION OF ARBITRATION/ELIGIBILITY**

Local Arbitration Rule 83.7 provides that with certain exceptions, actions seeking money damages only in an amount not in excess of $150,000, exclusive of interest and costs, are eligible for compulsory arbitration. The amount of damages is presumed to be below the threshold amount unless a certification to the contrary is filed.

Case is Eligible for Arbitration ☐

I, _____, counsel for _____, do hereby certify that the above captioned civil action is ineligible for compulsory arbitration for the following reason(s):

☑ monetary damages sought are in excess of $150,000, exclusive of interest and costs,

☑ the complaint seeks injunctive relief,

☐ the matter is otherwise ineligible for the following reason

## DISCLOSURE STATEMENT - FEDERAL RULES CIVIL PROCEDURE 7.1

Identify any parent corporation and any publicly held corporation that owns 10% or more or its stocks:

## RELATED CASE STATEMENT (Section VIII on the Front of this Form)

Please list all cases that are arguably related pursuant to Division of Business Rule 50.3.1 in Section VIII on the front of this form. Rule 50.3.1 (a) provides that "A civil case is "related" to another civil case for purposes of this guideline when, because of the similarity of facts and legal issues or because the cases arise from the same transactions or events, a substantial saving of judicial resources is likely to result from assigning both cases to the same judge and magistrate judge." Rule 50.3.1 (b) provides that " A civil case shall not be deemed "related" to another civil case merely because the civil case: (A) involves identical legal issues, or (B) involves the same parties." Rule 50.3.1 (c) further provides that "Presumptively, and subject to the power of a judge to determine otherwise pursuant to paragraph (d), civil cases shall not be deemed to be "related" unless both cases are still pending before the court."

# NY-E DIVISION OF BUSINESS RULE 1(c)

1.) Is the civil action being filed in the Eastern District removed from a New York State Court located in Nassau or Suffolk County?       ☐ Yes    ☑ No

2.) If you answered "no" above:
a) Did the events or omissions giving rise to the claim or claims, or a substantial part thereof, occur in Nassau or Suffolk County?       ☐ Yes    ☑ No

b) Did the events or omissions giving rise to the claim or claims, or a substantial part thereof, occur in the Eastern District?       ☑ Yes    ☐ No

c) If this is a Fair Debt Collection Practice Act case, specify the County in which the offending communication was received:

If your answer to question 2 (b) is "No," does the defendant (or a majority of the defendants, if there is more than one) reside in Nassau or Suffolk County, or, in an interpleader action, does the claimant (or a majority of the claimants, if there is more than one) reside in Nassau or Suffolk County? ☐ **Yes**    ☐ **No**
*(Note: A corporation shall be considered a resident of the County in which it has the most significant contacts).*

## BAR ADMISSION

I am currently admitted in the Eastern District of New York and currently a member in good standing of the bar of this court.

☐    Yes                    ☐    No

Are you currently the subject of any disciplinary action (s) in this or any other state or federal court?

☐    Yes    (If yes, please explain    ☐    No

I certify the accuracy of all information provided above.

**Signature:** _____